1   Theodore Stevenson III
    Texas State Bar No. 19196650
2   tstevenson@mckoolsmith.com
3   MCKOOL SMITH, P.C.
    300 Crescent Court, Suite 1500
4   Dallas, Texas 75201
    Telephone: (214) 978-4000
5   Fax: (214) 978-4044

6   Kevin Burgess
7   Texas State Bar No. 24006927
    kburgess@mckoolsmith.com
8   Pierre Hubert
    Texas State Bar No. 24002317
9   phubert@mckoolsmith.com
    MCKOOL SMITH, P.C.
10  300 W. 6th St., Suite 1700
11  Austin, Texas 78701
    Telephone: (512) 692-8700
12  Fax: (512) 692-8744

13  Michael D. Rounds
    Nevada Bar No. 4734
14  mrounds@watsonrounds.com
15  Adam K. Yowell
    Nevada Bar No. 11748
16  ayowell@watsonrounds.com
    WATSON ROUNDS
17  5371 Kietzke Lane
    Reno, NV 89511-2083
18  Telephone: (775) 324-4100
19  Fax: (775) 333-8171
    **Attorneys for Plaintiff**

20
            IN THE UNITED STATES DISTRICT COURT
21            FOR THE DISTRICT OF NEVADA
                      RENO DIVISION
22

23  UNWIRED PLANET LLC, a Nevada limited          CA No. 3:12-cv-00505-RCJ-VPC
    liability company,
24                                                **VERIFIED PETITION FOR
                    Plaintiff,                    PERMISSION TO PRACTICE IN
25                                                THIS CASE ONLY BY
                                                 ATTORNEY NOT ADMITTED TO
26          v.                                    THE BAR OF THIS COURT AND
                                                 DESIGNATION OF LOCAL
27  APPLE, INC., a California corporation,        COUNSEL**

28                  Defendant.

McKOOL SMITH
A PROFESSIONAL CORPORATION • ATTORNEYS
DALLAS, TEXAS

Theodore Stevenson, III, Petitioner, respectfully represents to the Court:

1.     That Petitioner is an attorney at law and a member of the law firm of McKool Smith with offices at 300 Crescent Court, Suite 1500, Dallas, Texas (telephone 214-978-4000).

2.     That Petitioner has been retained personally or as a member of the law firm by Unwired Planet LLC, a Nevada limited liability company, to provide legal representation in connection with the above-entitled case now pending before this Court.

3.     That since 1989, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Texas where Petitioner regularly practices law.

4.     That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

> State of Texas - April 14, 1989; TX Bar No. 19196650;
> U.S. District Court, Northern District of Texas - July 25, 1990;
> U.S. District Court, Southern District of Texas - July 12, 1991;
> U.S. District Court, Eastern District of Texas - December 2, 1991;
> U.S. District Court, Western District of Texas - July 28, 1993;
> U.S. Court of Appeals, Federal Circuit - February 27, 1997;
> U.S. Court of Appeals, 4th Circuit - April 27, 1992;
> U.S. Court of Appeals, 5th Circuit - May 22, 1989;
> U.S. Court of Appeals, 8th Circuit;
> U.S. Court of Appeals, 9th Circuit; and
> U.S. Supreme Court.

5.     That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appeal before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

6.     That Petitioner has never been denied admission to the State Bar of Nevada.

7.     That Petitioner is a member of good standing in the following Bar Associations:

Texas Bar Association

McKool Smith
A Professional Corporation • Attorneys
Dallas, Texas

2

McKool 828418v1

8.      Petitioner has filed application to appear as counsel under Local Rule 1A 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Dated:  October  5 , 2012

_____
Theodore Stevenson, III

STATE OF TEXAS

COUNTY OF DALLAS

Theodore Stevenson, III, Petitioner, being first duly sworn, deposes and says:  That the foregoing statements are true.

_____
Theodore Stevenson, III

Subscribed and sworn to before me this 5th day of October, 2012



ANNETTE KENT
Notary Public, State of Texas
Commission Expires
OCTOBER 7, 2012

_____
Notary Public

McKool Smith
A Professional Corporation • Attorneys
Dallas, Texas

1

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO

2

3      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

4  believes it to be in the best interests of the client to designate Michael D. Rounds, Attorney at

5  Law, member of the State of Nevada and previously admitted to practice before the above-

6  entitled Court as associate resident counsel in this action.  The address and email address of said

7  designated Nevada counsel is:

8
          Michael D. Rounds
9          Nevada Bar No. 4734
          mrounds@watsonrounds.com
10         WATSON ROUNDS
          5371 Kietzke Lane
11         Reno, NV 89511-2083
          Telephone: (775) 324-4100
12         Fax: (775) 333-8171

13

By this designation the Petitioner and undersigned party agree that this designation constitutes

14

15  agreement and authorization for the designated resident admitted counsel to sign stipulations

16  binding on all of us.

17

18

19

20

21

22

23

24

25

26

27

28

McKool Smith
A Professional Corporation • Attorneys
DALLAS, TEXAS

McKool 828418v1

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Michael D. Rounds as his Designated Resident Nevada Counsel in this case.

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Michael D. Rounds
Nevada Bar No. 4734
Email: mrounds@watsonrounds.com

APPROVED:

Dated this _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE

McKool 828402v1

5

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Theodore Stevenson, III**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 14th day of April, 1989.

I further certify that the records of this office show that, as of this date

**Theodore Stevenson, III**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 12th day of October, 2012.
BLAKE HAWTHORNE, Clerk

by *Brad Sonego*

Brad Sonego, Deputy Clerk

No. 1012H

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.