1 | Theodore Stevenson III (*pro hac vice*)
Texas State Bar No. 19196650
2 | tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
3 | MCKOOL SMITH, P.C.
Dallas, Texas 75201
4 | Telephone: (214) 978-4000
Fax: (214) 978-4044
5 |
6 | Kevin Burgess (*pro hac vice*)
Texas State Bar No. 2400069
7 | kburgess@mckoolsmith.com
Pierre Hubert (*pro hac vice*)
8 | Texas State Bar NO. 240023
phubert@mckoolsmith.com
9 | MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
10 | Austin, Texas 78701
Telephone: (512) 692-8700
11 | Fax: (512) 692-8744

12 | Michael D. Rounds
Nevada Bar No. 4734
13 | mrounds@watsonrounds.com
Adam K. Yowell
14 | Nevada Bar No. 11748
ayowell@watsonrounds.com
15 | WATSON ROUNDS
5371 Kietzke Lane
16 | Reno, NV 89511-2083
Telephone: (775) 324-4100
17 | Fax: (775) 333-8171

18 | *Attorneys for Plaintiff*

19 |                    UNITED STATES DISTRICT COURT

20 |                         DISTRICT OF NEVADA

21 | UNWIRED PLANET LLC, a Nevada
limited liability company,
22 |
                    Plaintiff,
23 |
          v.
24 |
APPLE INC., a California corporation,
25 |
                    Defendant.
26 |
27 |
28 |

Case No.: 3:12-CV-00505-RCJ-VPC

[PROPOSED] ORDER GRANTING
UNWIRED PLANET'S MOTION
FOR LEAVE TO FILE
DECLARATION, DEPOSITION
TRANSCRIPT AND BRIEF UNDER
SEAL

✓ FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 1 1 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1    The Court is cognizant of the presumption in favor of public access to papers filed in the

2    district court.  *See Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995).  Upon

3    consideration of Unwired Planet's *Motion For Leave To File Declaration, Deposition*

4

5    *Transcript, and Brief Under Seal*, Unwired Planet has demonstrated that the brief, declaration

6    and deposition transcript at issue in the present motion contains information that is confidential

7    and should not be made public.  Therefore, the Court finds that Unwired Planet has satisfied its

8    burden to show compelling reasons for filing the declaration and a limited portion of its brief

9    referring to it under seal.

10

11    IT IS THEREFORE ORDERED that Unwired Planet's Motion to Seal is GRANTED.

12    IT IS SO ORDERED.

13    Dated: *March 11, 2013*

14    _____
      United States District Judge
15    *Magistrate*

16

17

18

19

20

21

22

23

24

25

26

27

28