# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNWIRED PLANET LLC, | ) | 3:12-CV-0505-RCJ (VPC) |
| Plaintiff, | ) | |
| vs. | ) | **MINUTES OF THE COURT** |
| APPLE INC., | ) | May 17, 2013 |
| Defendant. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion for clarification (#98) of the court's order (#93). Defendant opposed the motion (#105), and plaintiff replied (#113).

Plaintiff's motion for clarification is (#98) is **GRANTED** to the extent that the court clarifies that its order (#93) is clear on its face in ordering that:

> The court approves Apple's provision in its draft protective order concerning Unwired's outside counsels' use of confidential information obtained in this lawsuit for the purpose of giving advice on patent acquisitions (#72, Ex. B, ¶ 6(b) at 7).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
Deputy Clerk