AO−120/121

# United States District Court
## District of Nevada (Reno)
## CIVIL DOCKET FOR CASE #: 3:12−cv−00505−RCJ−VPC

Unwired Planet, LLC v. Apple, Inc.
Assigned to: Chief Judge Robert C. Jones
Referred to: Magistrate Judge Valerie P. Cooke
 Case:  3:12−cv−00504−MMD−VPC
Cause: 15:1126 Patent Infringement

Date Filed: 09/19/2012
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Unwired Planet, LLC**                        represented by  **Ashley N. Moore**
McKool Smith, P.C.
300 Crescent Court, Ste 1500
Dallas, TX 75201
214−978−4000
Email: amoore@mckoolsmith.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Sochia**
McKool Smith
300 Crescent Court
Ste 1500
Dallas, TX 75201
214 978 4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Kneupper**
McKool Smith P.C.
300 W. 6th Street
Austin, TX 78701
512−692−8736
Email: kkneupper@mckoolsmith.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mitchell Sibley**
McKool Smith
300 Crescent Court; Ste. 1500
Dallas, TX 75201
214−978−4000
Email: msibley@mckoolsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Mathews**
McKool Smith
300 Crescent Court; Ste. 1500

Dallas, TX 75201
214–978–4000
Email: nmathews@mckoolsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan James Cudnik**
Watson Rounds
5371 Kietzke Lane
Reno, NV 89511
775–324–4100
Fax: 775–333–8171
Email: RCudnik@watsonrounds.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Warren Lipschitz**
McKool Smith, P.C.
300 Crescent Court
Dallas, TX 75201
214–978–4000
Email: wlipschitz@mckoolsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam K Yowell**
Watson Rounds
5371 Kietzke Lane
Reno, NV 89511
775–324–4100
Email: ayowell@watsonrounds.com
*ATTORNEY TO BE NOTICED*

**James E. Quigley**
McKool Smith, P.C.
300 West Sixth Street
Austin, TX 78701
512–692–8700
Fax: 512–692–8744
Email: jquigley@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**John B Campbell**
McKool Smith PC
300 W 6th St Ste 1700
Austin, TX 78701
512–692–8730
Fax: 512–692–8744
Email: jcampbell@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**John F. Garvish , III**
McKool Smith, PC
300 W. 6th Street
Austin, TX 78701

512–692–8731
Fax: 512–692–8744
Email: jgarvish@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**John Shumaker**
McKool Smith P.C.
300 W. 6th Street
Austin, TX 78701
512–692–8736
Email: jshumaker@mckoolsmith.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin L. Burgess**
McKool Smith, PC
300 W. 6th Street
Austin, TX 78701
512–692–8700
Email: kburgess@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Mario A. Apreotesi**
McKool Smith, P.C.
300 West Sixth Street
Austin, TX 78701
512–692–8700
Fax: 512–692–8744
Email: mapreotesi@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Mieke K Malmberg**
McKool Smith Hennigan, P.C.
865 S. Figueroa St.
Los Angele, CA 90017
213–694–1112
Email: mmalmberg@mckoolsmithhennigan.com
*ATTORNEY TO BE NOTICED*

**Pierre J. Hubert**
McKool Smith, PC
300 W. 6th Street
Austin, TX 78701
512–692–8700
Email: phubert@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Theodore Stevenson , III**
McKool Smith, PC
300 Cresent Court
Dallas, TX 75201
214–978–4000
Email: tstevenson@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Michael D Rounds**
Watson Rounds, PC
5371 Kietzke Lane
Reno, NV 89511
Email: mrounds@watsonrounds.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Apple, Inc.**                    represented by    **Steven Kalogeras**
Gibson, Dunn &Crutcher LLP
200 Park Avenue
New York, NY 10166
212–351–3834
Email: SKalogeras@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brooke M Wallace**
Gibson, Dunn &Crutcher LLP
333 South Grand Ave.
Los Angeles, CA 90071
213–229–7074
Email: bwallace@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**E. Leif Reid**
Lewis and Roca, LLP
50 W. Liberty Street
Suite 410
Reno, NV 89501
775–321–3415
Fax: 775–823–2929
Email: lreid@lrlaw.com
*ATTORNEY TO BE NOTICED*

**Etai Lahav**
Gibson Dunn &Crutcher, LLP
200 Park Avenue
New York, NY 10166
212–351–2364
Email: elahav@gibsondunn.com
*TERMINATED: 08/19/2013*
*PRO HAC VICE*

**H. Mark Lyon**
Gibson, Dunn &Crutcher, LLP
1881 Page Mill Road
Palo Alto, CA 94304–1211
650–849–5300
Fax: 650–849–5333
Email: MLyon@gibsondunn.com

*ATTORNEY TO BE NOTICED*

**John L. Krieger**
Lewis and Roca LLP
3993 Howard Hughes Pkwy.
Suite 600
Las Vegas, NV 89169–0961
(702) 949–8200
Fax: (702) 949–8363
Email: jkrieger@lrlaw.com
*ATTORNEY TO BE NOTICED*

**Jonathan W Fountain**
Lewis and Roca, LLP
3993 Howard Hughes Pkwy.
Suite 600
Las Vegas, NV 89169
702–949–8340
Fax: 702–949–8374
Email: jfountain@lrlaw.com
*ATTORNEY TO BE NOTICED*

**Josh A. Krevitt**
Gibson Dunn &Crutcher, LLP
200 Park Avenue
New York, NY 10166
212–351–2490
Email: jkrevitt@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Stuart M Rosenberg**
Gibson, Dunn &Crutcher LLP
1881
Palo Alto, Ca 94304
650–849–5389
Email: srosenberg@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Yu–Chieh E Hsin**
Gibson, Dunn &Crutcher LLP
1881
Palo Alto, Ca 94304
650–849–5322
Email: ehsin@gibsondunn.com
*ATTORNEY TO BE NOTICED*

<u>**Counter Claimant**</u>

**Apple, Inc.**                    represented by   **Steven Kalogeras**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brooke M Wallace**
(See above for address)

*ATTORNEY TO BE NOTICED*

**E. Leif Reid**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Etai Lahav**
(See above for address)
*TERMINATED: 08/19/2013*

**H. Mark Lyon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan W Fountain**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josh A. Krevitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Rosenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yu−Chieh E Hsin**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Counter Defendant</u>**

**Unwired Planet, LLC**                    represented by  **Ashley N. Moore**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Sochia**
McKool Smith, PC
300 Crescent Court, Ste. 1500
Dallas, TX 75201
214−978−4000
Email: dsochia@mckoolsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Kneupper**
McKool Smith PC
300 W 6th St
Austin, TX 78701
512−692−8736

Email: kkneupper@mckoolsmith.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mitchell Sibley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Mathews**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Warren Lipschitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam K Yowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James E. Quigley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John B Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John F. Garvish , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Shumaker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin L. Burgess**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mario A. Apreotesi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mieke K Malmberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pierre J. Hubert**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Theodore Stevenson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael D Rounds**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**Apple, Inc.**                     represented by    **Steven Kalogeras**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brooke M Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**E. Leif Reid**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Etai Lahav**
(See above for address)
*TERMINATED: 08/19/2013*

**H. Mark Lyon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan W Fountain**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josh A. Krevitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Rosenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yu−Chieh E Hsin**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

## Counter Defendant

**Unwired Planet, LLC**                 represented by    **Ashley N. Moore**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Sochia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Kneupper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mitchell Sibley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Mathews**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Warren Lipschitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam K Yowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James E. Quigley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John B Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John F. Garvish , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Shumaker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin L. Burgess**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mario A. Apreotesi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mieke K Malmberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pierre J. Hubert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theodore Stevenson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael D Rounds**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2012 | Ï 1 | COMPLAINT against Apple, Inc. (Filing fee $ 350 receipt number 0978–2527930), filed by Unwired Planet, LLC. Certificate of Interested Parties due by 9/29/2012. Proof of service due by 1/17/2013. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Exhibit F, #7 Exhibit G, #8 Exhibit H, #9 Exhibit I, #10 Exhibit J, #11 Civil Cover Sheet, #12 Summons) (Rounds, Michael) **Modified on 9/20/2012 to reflect that Summons was issued on 9/20/2012** (HJ). (Entered: 09/19/2012) |
| 09/20/2012 | Ï 2 | NOTICE TO COUNSEL PURSUANT TO LOCAL RULE IA 10–2. Counsel Theodore Stevenson III to comply with completion and electronic filing of the Designation of Local Counsel and Verified Petition. For your convenience, click on the following link to obtain the form from the Court's website – www.nvd.uscourts.gov/Forms.aspx. Counsel is also required to register for the Court's Case Management and Electronic Case Filing (CM/ECF) system and the electronic service of pleadings. Please visit the Court's website **www.nvd.uscourts.gov** to register Attorney(s). Verified Petition due by 11/4/2012.**(no image attached)** (WJ) (Entered: 09/20/2012) |
| 09/20/2012 | Ï 3 | NOTICE TO COUNSEL PURSUANT TO LOCAL RULE IA 10–2. Counsel Kevin Burgess to comply with completion and electronic filing of the Designation of Local Counsel and Verified Petition. For your convenience, click on the following link to obtain the form from the Court's website – www.nvd.uscourts.gov/Forms.aspx. Counsel is also required to register for the Court's Case Management and Electronic Case Filing (CM/ECF) system and the electronic service of pleadings. Please visit the Court's website **www.nvd.uscourts.gov** to register Attorney(s). Verified Petition due by 11/4/2012.**(no image attached)** (WJ) (Entered: 09/20/2012) |
| 09/20/2012 | Ï 4 | NOTICE TO COUNSEL PURSUANT TO LOCAL RULE IA 10–2. Counsel Pierre Hubert to comply with completion and electronic filing of the Designation of Local Counsel and Verified Petition. For your convenience, click on the following link to obtain the form from the Court's website – www.nvd.uscourts.gov/Forms.aspx. Counsel is also required to register for the Court's Case Management and Electronic Case Filing (CM/ECF) system and the electronic service of pleadings. Please visit the Court's website **www.nvd.uscourts.gov** to register Attorney(s). Verified Petition due by 11/4/2012.**(no image attached)** (WJ) (Entered: 09/20/2012) |
| 09/20/2012 | Ï | Case assigned to Chief Judge Robert C. Jones and Magistrate Judge Valerie P. Cooke. **Nature of Suit: 830 Patent Case** (WJ) (Entered: 09/20/2012) |

| 09/20/2012 | Ï 5 | AO 120 – REPORT on the filing or determination of an action regarding a patent or trademark. E–mailed to the US Patent and Trademark Office. (Attachments: # 1 Complaint) (HJ) (Entered: 09/20/2012) |
|---|---|---|
| 09/20/2012 | Ï 6 | SUMMONS ISSUED as to Apple, Inc. re 1 Complaint. (HJ) (Entered: 09/20/2012) |
| 09/28/2012 | Ï 7 | CERTIFICATE of Interested Parties filed by Unwired Planet, LLC that identifies all parties that have an interest in the outcome of this case. Corporate Parent Unwired Planet, Inc., Corporate Parent Unwired Planet IP Holdings, Inc. for Unwired Planet, LLC added.. (Yowell, Adam) (Entered: 09/28/2012) |
| 10/12/2012 | Ï 8 | SUMMONS Returned Executed by Unwired Planet, LLC. Unwired Planet, LLC served on 10/9/2012, answer due 10/30/2012. (Rounds, Michael) (Entered: 10/12/2012) |
| 10/23/2012 | Ï 9 | STIPULATION FOR EXTENSION OF TIME (First Request) by Defendant Apple, Inc.. (Fountain, Jonathan) (Entered: 10/23/2012) |
| 10/24/2012 | Ï 10 | ORDER ON STIPULATION re 9 Stipulation to Extend Time to Answer, Move, or Otherwise Respond to Complaint. Apple, Inc. answer due 11/29/2012. Signed by Magistrate Judge Valerie P. Cooke on 10/24/12. (Copies have been distributed pursuant to the NEF – JC) (Entered: 10/24/2012) |
| 10/29/2012 | Ï 11 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Theodore Stevenson, III and DESIGNATION of Local Counsel Michael D. Rounds (Filing fee $ 200 receipt number 0978–2578210) filed by Plaintiff Unwired Planet, LLC. Motion ripe 10/29/2012. (Rounds, Michael) (Entered: 10/29/2012) |
| 10/29/2012 | Ï 12 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Pierre Hubert and DESIGNATION of Local Counsel Michael D. Rounds (Filing fee $ 200 receipt number 0978–2578224) filed by Plaintiff Unwired Planet, LLC. Motion ripe 10/29/2012. (Rounds, Michael) (Entered: 10/29/2012) |
| 10/29/2012 | Ï 13 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Kevin Burgess and DESIGNATION of Local Counsel Michael D. Rounds (Filing fee $ 200 receipt number 0978–2578233) filed by Plaintiff Unwired Planet, LLC. Motion ripe 10/29/2012. (Rounds, Michael) (Entered: 10/29/2012) |
| 11/01/2012 | Ï 14 | ORDER APPROVING 11 Verified Petition for Permission to Practice Pro Hac Vice for Theodore Stevenson, III, and approving Designation of Local Counsel Michael Rounds. Signed by Chief Judge Robert C. Jones on 11/1/12. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF – JC) (Entered: 11/02/2012) |
| 11/01/2012 | Ï 15 | ORDER APPROVING 12 Verified Petition for Permission to Practice Pro Hac Vice for Pierre J. Hubert and approving Designation of Local Counsel Michael Rounds. Signed by Chief Judge Robert C. Jones on 11/1/12. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF – JC) (Entered: 11/02/2012) |
| 11/01/2012 | Ï 16 | ORDER APPROVING 13 Verified Petition for Permission to Practice Pro Hac Vice for Kevin L. Burgess and approving Designation of Local Counsel Michael Rounds. Signed by Chief Judge Robert C. Jones on 11/1/12. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF – JC) (Entered: 11/02/2012) |

| | | |
|---|---|---|
| 11/15/2012 | Ï 17 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by H. Mark Lyon and DESIGNATION of Local Counsel Jonathan W. Fountain (Filing fee $ 200 receipt number 0978–2604080) by Defendant Apple, Inc.. Motion ripe 11/15/2012. (Fountain, Jonathan) (Entered: 11/15/2012) |
| 11/15/2012 | Ï 18 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Stuart M. Rosenberg and DESIGNATION of Local Counsel Jonathan W. Fountain (Filing fee $ 200 receipt number 0978–2604116) by Defendant Apple, Inc.. Motion ripe 11/15/2012. (Fountain, Jonathan) (Entered: 11/15/2012) |
| 11/15/2012 | Ï 19 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Y. Ernest Hsin and DESIGNATION of Local Counsel Jonathan W. Fountain (Filing fee $ 200 receipt number 0978–2604127) by Defendant Apple, Inc.. Motion ripe 11/15/2012. (Fountain, Jonathan) (Entered: 11/15/2012) |
| 11/15/2012 | Ï 20 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Brooke Wallace and DESIGNATION of Local Counsel Jonathan W. Fountain (Filing fee $ 200 receipt number 0978–2604135) by Defendant Apple, Inc.. Motion ripe 11/15/2012. (Fountain, Jonathan) (Entered: 11/15/2012) |
| 11/15/2012 | Ï 21 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Etai Lahav and DESIGNATION of Local Counsel Jonathan W. Fountain (Filing fee $ 200 receipt number 0978–2604141) by Defendant Apple, Inc.. Motion ripe 11/15/2012. (Fountain, Jonathan) (Entered: 11/15/2012) |
| 11/15/2012 | Ï 22 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Josh A. Krevitt and DESIGNATION of Local Counsel Jonathan W. Fountain (Filing fee $ 200 receipt number 0978–2604155) by Defendant Apple, Inc.. Motion ripe 11/15/2012. (Fountain, Jonathan) (Entered: 11/15/2012) |
| 11/28/2012 | Ï 23 | ORDER APPROVING 17 Verified Petition for Permission to Practice Pro Hac Vice for Mark Lyon and approving Designation of Local Counsel Jonathan Fountain. Signed by Chief Judge Robert C. Jones on 11/28/12. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF – JC) (Entered: 11/29/2012) |
| 11/28/2012 | Ï 24 | ORDER APPROVING 18 Verified Petition for Permission to Practice Pro Hac Vice for Stuart Rosenberg and approving Designation of Local Counsel Jonathan Fountain. Signed by Chief Judge Robert C. Jones on 11/28/12. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF – JC) (Entered: 11/29/2012) |
| 11/28/2012 | Ï 25 | ORDER APPROVING 19 Verified Petition for Permission to Practice Pro Hac Vice for Y. Ernest Hsin and approving Designation of Local Counsel Jonathan Fountain. Signed by Chief Judge Robert C. Jones on 11/28/12. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF – JC) (Entered: 11/29/2012) |
| 11/28/2012 | Ï 26 | ORDER APPROVING 21 Verified Petition for Permission to Practice Pro Hac Vice for Etai Lahav and approving Designation of Local Counsel Jonathan Fountain. Signed by Chief Judge Robert C. Jones on 11/28/12. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF – JC) (Entered: 11/29/2012) |

| 11/28/2012 | Ï 27 | ORDER APPROVING 22 Verified Petition for Permission to Practice Pro Hac Vice for Josh Krevitt and approving Designation of Local Counsel Jonathan Fountain. Signed by Chief Judge Robert C. Jones on 11/28/12.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – JC) (Entered: 11/29/2012) |
|---|---|---|
| 11/28/2012 | Ï 28 | ORDER APPROVING 20 Verified Petition for Permission to Practice Pro Hac Vice for Brooke Wallace and approving Designation of Local Counsel Jonathan Fountain. Signed by Chief Judge Robert C. Jones on 11/28/12.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – JC) (Entered: 11/29/2012) |
| 11/29/2012 | Ï 29 | ANSWER to 1 Complaint,, with Jury Demand ( Certificate of Interested Parties due by 12/9/2012., Discovery Plan/Scheduling Order due by 1/13/2013.), COUNTERCLAIM against Unwired Planet, LLC filed by Apple, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18)(Fountain, Jonathan) (Entered: 11/29/2012) |
| 11/30/2012 | Ï 30 | NOTICE PURSUANT TO LOCAL RULE IB 2–2: In accordance with 28 USC § 636(c) and FRCP 73, the parties in this action are provided with a link to the "AO 85 Notice of Availability, Consent, and Order of Reference – Exercise of Jurisdiction by a U.S. Magistrate Judge" form on the Court's website – www.nvd.uscourts.gov. **Consent forms should NOT be electronically filed.** Upon consent of all parties, counsel are advised to manually file the form with the Clerk's Office.<br>A copy of form AO 85 has been mailed to parties not receiving electronic service. (**no image attached**) (DRM) (Entered: 11/30/2012) |
| 12/10/2012 | Ï 31 | CERTIFICATE of Interested Parties filed by Apple, Inc.. There are no known interested parties other than those participating in the case. (Fountain, Jonathan) (Entered: 12/10/2012) |
| 12/21/2012 | Ï 32 | *Plaintiff's* ANSWER to 29 Answer to Complaint,,, Counterclaim,, *with Certificate of Service* filed by Unwired Planet, LLC.(Rounds, Michael) (Entered: 12/21/2012) |
| 01/11/2013 | Ï 33 | PROPOSED Discovery Plan/Scheduling Order filed by Counter Defendant Unwired Planet, LLC, Plaintiff Unwired Planet, LLC *Special Scheduling Review Requested*. (Rounds, Michael) (Entered: 01/11/2013) |
| 01/17/2013 | Ï 34 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Valerie P. Cooke, on 1/17/2013. By Deputy Clerk: LGM. A Case Management Conference is set for **2/4/2013** at **11:00 AM** in Reno Courtroom 1 before Magistrate Judge Valerie P. Cooke. Out–of–town and out–of–state counsel shall be allowed to appear telephonically for this hearing and shall advise Lisa Mann at (775)686–5653 at least two (2) days prior of the telephone number at which counsel can be reached for the conference. The parties shall jointly file a case management report by no later than the close of business on **Thursday, January 24, 2013**. See the attached order for specifications. (Copies have been distributed pursuant to the NEF – LGM) (Entered: 01/17/2013) |
| 01/24/2013 | Ï 35 | Joint STATUS REPORT *CASE MANAGEMENT REPORT* by Counter Defendant Unwired Planet, LLC, Plaintiff Unwired Planet, LLC. (Rounds, Michael) (Entered: 01/24/2013) |
| 01/31/2013 | Ï 36 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Valerie P. Cooke, on 1/31/2013. By Deputy Clerk: LGM. Out–of–town and out–of–state counsel appearing telephonically for the case management conference set before this Court on Monday, February |

| | | |
|---|---|---|
| | | 4, 2013 at 11:00 AM shall dial **877–336–1829** at least five (5) minutes prior to the hearing to be properly connected into the courtroom. The **Access Code is 2809752** and the **Security Code is 125050204**. IT IS SO ORDERED. **(no image attached)** (Copies have been distributed pursuant to the NEF – LGM) (Entered: 01/31/2013) |
| 02/01/2013 | Ï 37 | MOTION to Transfer by Counter Claimant Apple, Inc., Defendant Apple, Inc.. Responses due by 2/18/2013. (Attachments: #1 Declaration Mark Buckley, #2 Declaration Danielle Durkee, #3 Declaration Brooke Wallace, #4 Exhibit 1 (Part 1 of 4), #5 Exhibit 1 (Part 2 of 4), #6 Exhibit 1 (Part 3 of 4), #7 Exhibit 1 (Part 4 of 4), #8 Exhibit 2, #9 Exhibit 3, #10 Exhibit 4, #11 Exhibit 5, #12 Exhibit 6, #13 Exhibit 7, #14 Exhibit 8, #15 Exhibit 9, #16 Exhibit 10, #17 Exhibit 11, #18 Exhibit 12, #19 Exhibit 13, #20 Exhibit 14, #21 Exhibit 15, #22 Exhibit 16, #23 Exhibit 17, #24 Exhibit 18, #25 Exhibit 19)(Fountain, Jonathan) (Entered: 02/01/2013) |
| 02/04/2013 | Ï 38 | **SCHEDULING ORDER** Minute Order in Chambers of Magistrate Judge Valerie P. Cooke on 2/4/13. **Discovery due: 10/7/2013** Please see attached for other deadlines and details. (Copies have been distributed pursuant to the NEF – JC) (Entered: 02/05/2013) |
| 02/04/2013 | Ï 39 | MINUTES OF PROCEEDINGS – Case Management Conference held on 2/4/2013 before Magistrate Judge Valerie P. Cooke. Crtrm Administrator: *LGM*; Pla Counsel: *Adam Yowell and (By telephone) Michael Rounds, Pierre Hubert and John Shoemaker*; Def Counsel: *Ernest Hsin, Leif Reid, and Johnathan Fountain*; Court Reporter/FTR #: *11:05:44 – 11:23:56*; Time of Hearing: *11:05 a.m.*; Courtroom: *1*; The Court recites the agreement of parties regarding certain protocol and procedures they intend to abide by as they proceed with litigation in this action. The first pre–claim settlement conference is set for Friday, July 12, 2013 at 9:00 AM. Monthly Case Management Conferences are scheduled as follows: **3/15/2013 at 10:00 AM, 4/11/2013 at 09:00 AM, 5/10/2013 at 10:00 AM, 6/10/2013 at 09:00 AM, 7/11/2013 at 10:00 AM, and 8/9/2013 at 09:00 AM** all in Reno Courtroom 1 before Magistrate Judge Valerie P. Cooke. Counsel shall file a joint or separate case management report by no later than the close of business three (3) court days prior to each conference. See the attached order for specifications. (Copies have been distributed pursuant to the NEF – LGM) (Entered: 02/06/2013) |
| 02/11/2013 | Ï 40 | TRANSCRIPT of Proceedings, 39 Miscellaneous Hearing, held on 2/4/13, before Magistrate Judge Valerie P. Cooke. Court Reporter/Transcriber: Donna Davidson, 775–329–0132. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber using the court's "Transcript Order" form available on our website www.nvd.uscourts.gov before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 3/4/2013. Redacted Transcript Deadline set for 3/14/2013. Release of Transcript Restriction set for 5/12/2013. (DD) (Entered: 02/11/2013) |
| 02/14/2013 | Ï 41 | STIPULATION FOR EXTENSION OF TIME (First Request) re 37 MOTION to Transfer ; *TO FILE AND SERVE OPPOSITION TO APPLE INC.'S MOTION TO TRANSFER* by Counter Defendant Unwired Planet, LLC, Plaintiff Unwired Planet, LLC. (Rounds, Michael) (Entered: 02/14/2013) |
| 02/14/2013 | Ï 42 | STIPULATION FOR EXTENSION OF TIME (First Request) *FOR SERVING ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS* by Counter Defendant Unwired Planet, LLC, Plaintiff Unwired Planet, LLC. (Rounds, Michael) (Entered: 02/14/2013) |
| 02/19/2013 | Ï 43 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Valerie P. Cooke, on 2/19/2013. By Deputy Clerk: LGM. In light of a conflict with the Court's calendar, the case management conference currently set for 3/15/2013 at 10:00 AM is VACATED and ADVANCED to **3/11/2013 at 09:00 AM** in Reno Courtroom 1 before Magistrate Judge Valerie P. Cooke. Counsel shall file a joint or separate case management report by no later than the close of business on **Wednesday, March 6, 2013**. IT IS SO ORDERED. **(no image attached)** |

| | | (Copies have been distributed pursuant to the NEF – LGM) (Entered: 02/19/2013) |
|---|---|---|
| 02/19/2013 | Ï 44 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by John Shumaker and DESIGNATION of Local Counsel Michael D. Rounds (Filing fee $ 200 receipt number 0978–2710416) filed by Counter Defendant Unwired Planet, LLC, Plaintiff Unwired Planet, LLC. Motion ripe 2/19/2013. (Rounds, Michael) (Entered: 02/19/2013) |
| 02/19/2013 | Ï 45 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by James E. Quigley and DESIGNATION of Local Counsel Michael D. Rounds (Filing fee $ 200 receipt number 0978–2710423) filed by Counter Defendant Unwired Planet, LLC, Plaintiff Unwired Planet, LLC. Motion ripe 2/19/2013. (Rounds, Michael) (Entered: 02/19/2013) |
| 02/19/2013 | Ï 46 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Mieke Malmberg and DESIGNATION of Local Counsel Michael D. Rounds (Filing fee $ 200 receipt number 0978–2710432) filed by Counter Defendant Unwired Planet, LLC, Plaintiff Unwired Planet, LLC. Motion ripe 2/19/2013. (Rounds, Michael) (Entered: 02/19/2013) |
| 02/19/2013 | Ï 47 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by John F. Garvish and DESIGNATION of Local Counsel Michael D. Rounds (Filing fee $ 200 receipt number 0978–2710438) filed by Counter Defendant Unwired Planet, LLC, Plaintiff Unwired Planet, LLC. Motion ripe 2/19/2013. (Rounds, Michael) (Entered: 02/19/2013) |
| 02/19/2013 | Ï 48 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Mario A. Apreotesi and DESIGNATION of Local Counsel Michael D. Rounds (Filing fee $ 200 receipt number 0978–2710440) filed by Counter Defendant Unwired Planet, LLC, Plaintiff Unwired Planet, LLC. Motion ripe 2/19/2013. (Rounds, Michael) (Entered: 02/19/2013) |
| 02/20/2013 | Ï 49 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Ryan James Cudnik and DESIGNATION of Local Counsel Michael D. Rounds (Filing fee $ 200 receipt number 0978–2711052) filed by Counter Defendant Unwired Planet, LLC, Plaintiff Unwired Planet, LLC. Motion ripe 2/20/2013. (Rounds, Michael) (Entered: 02/20/2013) |
| 02/21/2013 | Ï 50 | ORDER on Stipulation 41 re 37 MOTION to Transfer filed by Apple, Inc., ( Responses due by 3/6/2013.) Signed by Chief Judge Robert C. Jones on 02/21/13. (Copies have been distributed pursuant to the NEF – LG) (Entered: 02/21/2013) |
| 02/21/2013 | Ï 51 | ORDER ON STIPULATION re 42 Stipulation, GRANTING extention of time for serving asserted claims and infringement contentions. Signed by Chief Judge Robert C. Jones on 02/21/13. (Copies have been distributed pursuant to the NEF – LG) (Entered: 02/21/2013) |
| 02/21/2013 | Ï 52 | ORDER granting 44 Verified Petition for Permission to Practice Pro Hac Vice for Attorney John Shumaker for Unwired Planet, LLC and approving Designation of Local Counsel. Signed by Chief Judge Robert C. Jones on 02/21/13. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF – LG) (Entered: 02/21/2013) |
| 02/21/2013 | Ï 53 | ORDER granting 45 Verified Petition for Permission to Practice Pro Hac Vice for Attorney James E. Quigley for Unwired Planet, LLC and approving Designation of Local Counsel. Signed by Chief Judge Robert C. Jones on 02/21/13. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF – LG) (Entered: 02/21/2013) |
| 02/21/2013 | Ï 54 | ORDER granting 46 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Mieke Malmberg for Unwired Planet and approving Designation of Local Counsel. Signed by Chief Judge Robert C. Jones on 02/21/13. |

| | | |
|---|---|---|
| | | Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – LG) (Entered: 02/21/2013) |
| 02/21/2013 | Ï 55 | ORDER granting 47 Verified Petition for Permission to Practice Pro Hac Vice for Attorney John F. Garvish for Unwired Planet, LLC and approving Designation of Local Counsel. Signed by Chief Judge Robert C. Jones on 02/21/13.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – LG) (Entered: 02/21/2013) |
| 02/21/2013 | Ï 56 | ORDER granting 48 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Mario A. Apreotesi for Unwired Planet, LLC and approving Designation of Local Counsel. Signed by Chief Judge Robert C. Jones on 02/21/13.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – LG) (Entered: 02/21/2013) |
| 02/21/2013 | Ï 57 | MINUTE ORDER IN CHAMBERS of the Honorable Chief Judge Robert C. Jones, on February 21, 2013, by Carrie Lipparelli, Judicial Assistant. IT IS HEREBY ORDERED that 49 Verified Petition for Permission to Practice Pro Hac Vice and approving Designation of Local Counsel for Ryan James Cudnik is DENIED. IT IS SO ORDERED. Signed by Chief Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF – CL) (Entered: 02/21/2013) |
| 02/28/2013 | Ï 58 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by John B. Campbell and DESIGNATION of Local Counsel Michael D. Rounds (Filing fee $ 200 receipt number 0978−2721753) filed by Counter Defendant Unwired Planet, LLC, Plaintiff Unwired Planet, LLC. Motion ripe 2/28/2013. (Rounds, Michael) (Entered: 02/28/2013) |
| 03/01/2013 | Ï 59 | ORDER APPROVING 58 Verified Petition for Permission to Practice Pro Hac Vice by Attorney John B. Campbell for Unwired Planet, LLC, and approving Designation of Local Counsel Michael D. Rounds. Signed by Chief Judge Robert C. Jones on 03/01/2013.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – KR) (Entered: 03/01/2013) |
| 03/05/2013 | Ï 60 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Valerie P. Cooke, on 3/5/2013. By Deputy Clerk: LGM. Out−of−town counsel shall be allowed to appear telephonically at the case management conference set for **Monday, March 11, 2013 at 9:00 AM** and shall dial **877−336−1829** at least five (5) minutes prior to the hearing to be properly connected into the courtroom. The **Access Code** is **2809752** and the **Security Code** is **125050311**. IT IS SO ORDERED. **(no image attached)** (Copies have been distributed pursuant to the NEF – LGM) (Entered: 03/05/2013) |
| 03/06/2013 | Ï 61 | MOTION for Leave to File *Brief, Declaration and Exhibit Under Seal* by Plaintiff Unwired Planet, LLC. Motion ripe 3/6/2013. (Attachments: # 1 Proposed Order 1–(Proposed) Order Granting Motion to For Leave to File Under Seal)(Rounds, Michael) (Entered: 03/06/2013) |
| 03/06/2013 | Ï 62 | DECLARATION of MICHAEL D. ROUNDS re 61 MOTION for Leave to File *Brief, Declaration and Exhibit Under Seal* ; by Plaintiff Unwired Planet, LLC. (Rounds, Michael) (Entered: 03/06/2013) |
| 03/06/2013 | Ï 63 | RESPONSE to 37 MOTION to Transfer, filed by Plaintiff Unwired Planet, LLC. *Non−Confidential / Public Version* Replies due by 3/16/2013. (Rounds, Michael) (Entered: 03/06/2013) |
| 03/06/2013 | Ï 64 | |

| | | |
|---|---|---|
| | | DECLARATION of JOHN F. GARVISH, II re 63 Response to 37 Motion ; by Plaintiff Unwired Planet, LLC. (Attachments: # 1 Exhibit 20–26, # 2 Exhibit 27–32, # 3 Exhibit 33–37, # 4 Exhibit 38–52, # 5 Exhibit 53–57, # 6 Exhibit 58–61, # 7 Exhibit 62, # 8 Exhibit 63–68, # 9 Exhibit 69–75, # 10 Exhibit 76–81)(Rounds, Michael) *Modified on 3/12/2013 link to motion added.* (BLG). (Entered: 03/06/2013) |
| 03/06/2013 | Ï 65 | DECLARATION of DANIEL MENDEZ re 63 Response to 37 Motion ; by Plaintiff Unwired Planet, LLC. (Rounds, Michael) *Modified on 3/12/2013 link added.* (BLG). (Entered: 03/06/2013) |
| 03/06/2013 | Ï 66 | DECLARATION of MIKE MULICA re 63 Response to 37 Motion ; by Plaintiff Unwired Planet, LLC. (Rounds, Michael) *Modified on 3/12/2013 link added.* (BLG). (Entered: 03/06/2013) |
| 03/06/2013 | Ï 67 | DECLARATION of TIMOTHY ROBBINS re 63 Response to 37 Motion ; by Plaintiff Unwired Planet, LLC. (Rounds, Michael) *Modified on 3/12/2013 link added.* (BLG). (Entered: 03/06/2013) |
| 03/06/2013 | Ï 68 | DECLARATION of ERIC VETTER re 63 Response to 37 Motion ; by Plaintiff Unwired Planet, LLC. (Rounds, Michael) *Modified on 3/12/2013 link added.*(BLG). (Entered: 03/06/2013) |
| 03/06/2013 | Ï 72 | STATUS REPORT *Joint Case Management Report* by Defendant Apple, Inc., Plaintiff Unwired Planet, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Rounds, Michael) (Entered: 03/06/2013) |
| 03/11/2013 | Ï 73 | MINUTES OF PROCEEDINGS – Case Management Conference held on 3/11/2013 before Magistrate Judge Valerie P. Cooke. Crtrm Administrator: *LGM*; Pla Counsel: *Michael Rounds, John Campbell, and Pierre Hubert*; Def Counsel: *Ernest Hsin and Jonathan Fountain*; Court Reporter/FTR #: *9:02:49 – 10:16:56*; Time of Hearing: *9:02 a.m.*; Courtroom: *1*; The Court approves and signs the order granting Unwired Planet's motion for leave to file declaration, deposition transcript and brief under seal 61 . The Court finds it shall take the issues concerning the protective order and number of claims under submission and enter an written order. Court adjourns. (Copies have been distributed pursuant to the NEF – LGM) (Entered: 03/11/2013) |
| 03/11/2013 | Ï 76 | ORDER Granting Unwired Planet's Motion for Leave to File Declaration, Deposition Transcript and Brief Under Seal. Signed by Magistrate Judge Valerie P. Cooke on 3/11/13. (Copies have been distributed pursuant to the NEF – JC) (Entered: 03/13/2013) |
| 03/12/2013 | Ï 74 | STIPULATION FOR EXTENSION OF TIME (First Request) re 63 Response to Motion ; by Counter Claimant Apple, Inc., Defendant Apple, Inc.. (Fountain, Jonathan) (Entered: 03/12/2013) |
| 03/12/2013 | Ï 75 | ERRATA to 63 Response to 37 Motion ; *Corrections to Confidential Brief (Doc. 69) and Non–Confidential Brief (Doc. 63)* filed by Plaintiff Unwired Planet, LLC. (Yowell, Adam) Modified on 3/13/2013 add link to motion (WJ). (Entered: 03/12/2013) |
| 03/16/2013 | Ï 77 | MINUTE ORDER IN CHAMBERS of the Honorable Chief Judge Robert C. Jones, on March 16, 2013, by Carrie L. Lipparelli, Judicial Assistant. IT IS HEREBY ORDERED that 74 Stipulation Extending the Time for Defendant Apple Inc. To File and Serve a Reply in Support of Its Motion to Transfer (First Request) is GRANTED. Defendant Apple Inc. shall file a reply in support of its motion to transfer on or before March 25, 2013. |

| | | |
|---|---|---|
| | | IT IS SO ORDERED.<br><br>Signed Chief Judge Robert C. Jones. (Copies have been distributed pursuant to the NEF – CL) (Entered: 03/16/2013) |
| 03/20/2013 | Ï 78 | TRANSCRIPT of Proceedings, 73 Order on Motion for Leave to File, Miscellaneous Hearing,,,, held on 3−11−13, before Magistrate Judge Valerie P. Cooke. Court Reporter/Transcriber: Kathy French, 530−913−9213. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber using the court's "Transcript Order" form available on our website <a href=http://www.nvd.uscourts.gov target=_blank>www.nvd.uscourts.gov</a> before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 4/10/2013. Redacted Transcript Deadline set for 4/20/2013. Release of Transcript Restriction set for 6/18/2013. (KF) (Entered: 03/20/2013) |
| 03/25/2013 | Ï 79 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Warren H. Lipschitz and DESIGNATION of Local Counsel Michael D. Rounds (Filing fee $ 200 receipt number 0978−2752493) filed by Counter Defendant Unwired Planet, LLC, Plaintiff Unwired Planet, LLC . Motion ripe 3/25/2013. (Rounds, Michael) (Entered: 03/25/2013) |
| 03/25/2013 | Ï 80 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Ashley N. Moore and DESIGNATION of Local Counsel Michael D. Rounds (Filing fee $ 200 receipt number 0978−2752502) filed by Counter Defendant Unwired Planet, LLC, Plaintiff Unwired Planet, LLC . Motion ripe 3/25/2013. (Rounds, Michael) (Entered: 03/25/2013) |
| 03/25/2013 | Ï 81 | REPLY to Response to 37 MOTION to Transfer filed by Counter Claimant Apple, Inc., Defendant Apple, Inc.. (Attachments: # 1 Declaration Thomas Bernard, # 2 Declaration Brooke Wallace, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5)(Fountain, Jonathan) (Entered: 03/25/2013) |
| 03/29/2013 | Ï 82 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Steven Kalogeras and DESIGNATION of Local Counsel Jonathan W. Fountain (Filing fee $ 200 receipt number 0978−2760163) by Counter Claimant Apple, Inc., Defendant Apple, Inc.. Motion ripe 3/29/2013. (Fountain, Jonathan) (Entered: 03/29/2013) |
| 04/04/2013 | Ï 83 | MOTION for Leave to File *Sur−Reply to Apple's Reply in Support of Its Motion to Transfer Venue* by Plaintiff Unwired Planet, LLC. Motion ripe 4/4/2013. (Attachments: # 1 Proposed Order)(Yowell, Adam) (Entered: 04/04/2013) |
| 04/04/2013 | Ï 84 | MOTION to Seal *Motion for Leave to File Sur−Reply Brief Under Seal* by Plaintiff Unwired Planet, LLC. Motion ripe 4/4/2013. (Attachments: # 1 Proposed Order)(Yowell, Adam) (Entered: 04/04/2013) |
| 04/04/2013 | Ï 86 | REPLY to Response to 37 MOTION to Transfer filed by Plaintiff Unwired Planet, LLC. *Sur−Reply In Opposition to Apple's Motion to Transfer Venue−−REDACTED* (Yowell, Adam) (Entered: 04/04/2013) |
| 04/08/2013 | Ï 87 | ORDER APPROVING 79 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Warren H. Lipschitz for Unwired Planet, LLC and approving Designation of Local Counsel Michael D. Rounds. Signed by Chief Judge Robert C. Jones on 4/5/2013.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – DRM) (Entered: 04/08/2013) |
| 04/08/2013 | Ï 88 | ORDER APPROVING 80 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Ashley N. Moore for Unwired Planet, LLC and approving Designation of Local Counsel Michael D. Rounds. Signed by Chief Judge Robert C. Jones on 4/5/2013.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration |

| | | |
|---|---|---|
| | | Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – DRM) (Entered: 04/08/2013) |
| 04/08/2013 | Ï 89 | ORDER APPROVING 82 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Steven Kalogeras for Apple, Inc. and approving Designation of Local Counsel Jonathan Fountaion. Signed by Chief Judge Robert C. Jones on 4/5/2013.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – DRM) (Entered: 04/08/2013) |
| 04/08/2013 | Ï 90 | STATUS REPORT *for April 11, 2013 Case Management Conference* by Counter Claimant Apple, Inc., Defendant Apple, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Fountain, Jonathan) (Entered: 04/08/2013) |
| 04/08/2013 | Ï 91 | STATUS REPORT *Case Management Report for April 11, 2013 Case Management Conference* by Plaintiff Unwired Planet, LLC. (Rounds, Michael) (Entered: 04/08/2013) |
| 04/08/2013 | Ï 92 | DECLARATION of MICHAEL D. ROUNDS re 91 Status Report ; *including Exhibits A, B, and C In Support of Case Management Report* by Plaintiff Unwired Planet, LLC. (Rounds, Michael) (Entered: 04/08/2013) |
| 04/11/2013 | Ï 93 | ORDER re protective order provisions. The parties shall submit a protective order consistent with the attached order no later than Friday, April 19, 2013. Signed by Magistrate Judge Valerie P. Cooke on 4/11/13. (Copies have been distributed pursuant to the NEF – DN) (Entered: 04/11/2013) |
| 04/11/2013 | Ï 94 | MINUTES OF PROCEEDINGS – Case Management Conference held on 4/11/2013 before Magistrate Judge Valerie P. Cooke. Crtrm Administrator: *LGM*; Pla Counsel: *Michael Rounds, John Campbell, and (By telephone) Pierre Hubert*; Def Counsel: *Ernest Hsin, Jonathan Fountain, and (By telephone) Brooke Wallace*; Court Reporter/FTR #: *9:0048 – 10:09:54 and 10:15:12 – 10:39:34*; Time of Hearing: *9:00 a.m.*; Courtroom: *1*; The Court hears from counsel regarding their respective positions concerning discovery disputes. Counsel are directed to meet and confer and propose an amended scheduling order. See the attached order for specifications. (Copies have been distributed pursuant to the NEF – LGM) (Entered: 04/12/2013) |
| 04/15/2013 | Ï 95 | TRANSCRIPT of Proceedings, 94 Miscellaneous Hearing,, held on 4–11–13, before Magistrate Judge Valerie P. Cooke. Court Reporter/Transcriber: Kathy French, 530–913–9213. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber using the court's "Transcript Order" form available on our website <a href=http://www.nvd.uscourts.gov target=_blank>www.nvd.uscourts.gov</a> before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 5/6/2013. Redacted Transcript Deadline set for 5/16/2013. Release of Transcript Restriction set for 7/14/2013. (KF) (Entered: 04/15/2013) |
| 04/17/2013 | Ï 96 | ORDER – UP shall limit its asserted claims to no more than 70. The parties shall meet and confer and shall submit an amended scheduling order that incorporates these rulings. ( See pdf order for specifics. ) Signed by Magistrate Judge Valerie P. Cooke on 4/17/2013. (Copies have been distributed pursuant to the NEF – DRM) (Main Document 96 replaced on 4/17/2013) (DRM). (Entered: 04/17/2013) |
| 04/17/2013 | Ï 97 | NOTICE of Corrected Image/Document re 96 Order ( Original image was for an unrelated case, and has been replaced.) (Service of corrected image is attached.) (DRM) (Entered: 04/17/2013) |
| 04/19/2013 | Ï 98 | MOTION FOR CLARIFICATION OF APRIL 11, 2013, ORDER re 93 Order, by Plaintiff Unwired Planet, LLC. Responses due by 5/6/2013. (Rounds, Michael) (Entered: 04/19/2013) |
| 04/19/2013 | Ï 99 | |

| | | |
|---|---|---|
| | | STIPULATION *TO PRODUCE ELECTRONICALLY–STORED INFORMATION ACCORDING TO MODEL ORDER* by Counter Defendant Unwired Planet, LLC, Plaintiff Unwired Planet, LLC. (Attachments: #_1_ Exhibit A)(Rounds, Michael) (Entered: 04/19/2013) |
| 04/19/2013 | 100 | Submission of PROPOSED ORDER filed by Counter Claimant Apple, Inc., Defendant Apple, Inc. *Proposed Protective Order*. (Fountain, Jonathan) (Entered: 04/19/2013) |
| 04/22/2013 | 101 | RESPONSE to 83 MOTION for Leave to File *Sur–Reply to Apple's Reply in Support of Its Motion to Transfer Venue*, filed by Defendant Apple, Inc.. Replies due by 5/2/2013. (Krieger, John) (Entered: 04/22/2013) |
| 04/24/2013 | 102 | ORDER ON 99 STIPULATION. The parties will produce electronically–stored information according to the Federal Circuit Advisory Council's Model Order Regarding E–Discovery In Patent Cases. Signed by Magistrate Judge Valerie P. Cooke on 04/24/2013. (Copies have been distributed pursuant to the NEF – KR) (Entered: 04/24/2013) |
| 04/25/2013 | 103 | (1st Notice) PURSUANT TO SPECIAL ORDER 109: that **Josh A. Krevitt** is in violation of Special Order 109. **Participation in the electronic filing system became mandatory for all attorneys effective January 1, 2006.** You are required to register for the Court's Case Management and Electronic Case Filing (CM/ECF) program and the electronic service of pleadings. Please visit the Court's website to register for CM/ECF. **(no image attached)** (LG) (Entered: 04/25/2013) |
| 05/02/2013 | 104 | STIPULATION FOR EXTENSION OF TIME (First Request) re 94 Miscellaneous Hearing,, 96 Order, ; *for Apple to Serve its Local Rule 16.1–8 and 16.1–9 Disclosures and Document Production* by Counter Claimant Apple, Inc., Defendant Apple, Inc.. (Fountain, Jonathan) (Entered: 05/02/2013) |
| 05/06/2013 | 105 | RESPONSE to 98 MOTION FOR CLARIFICATION OF APRIL 11, 2013, ORDER re 93 Order, , filed by Counter Claimant Apple, Inc., Defendant Apple, Inc.. Replies due by 5/16/2013. (Attachments: #_1_ Exhibit A)(Fountain, Jonathan) (Entered: 05/06/2013) |
| 05/07/2013 | 106 | ORDER ON 104 STIPULATION, signed by Magistrate Judge Valerie P. Cooke on 05/07/2013. (Copies have been distributed pursuant to the NEF – KR) (Entered: 05/07/2013) |
| 05/07/2013 | 107 | STATUS REPORT *Case Management Conference Report [May 2013]* by Counter Claimant Apple, Inc., Defendant Apple, Inc.. (Attachments: #_1_ Exhibit A – Email Correspondence)(Fountain, Jonathan) (Entered: 05/07/2013) |
| 05/08/2013 | 108 | STATEMENT of Unwired Planet *Case Management Report* by Counter Defendant Unwired Planet, LLC, Plaintiff Unwired Planet, LLC. (Attachments: #_1_ Declaration Michael D. Rounds)(Rounds, Michael) (Entered: 05/08/2013) |
| 05/09/2013 | 109 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Valerie P. Cooke, on 5/9/2013. By Deputy Clerk: LGM. Out–of–town and out–of–state counsel shall be allowed to appear telephonically for the case management conference set before this Court on Friday, May 10, 2013 at 10:00 AM and shall dial **877–336–1829** at least five (5) minutes prior to the hearing to be properly connected into the courtroom. The **Access Code** is **2809752** and the **Security Code** is **125050510**. IT IS SO ORDERED. **(no image attached)** (Copies have been distributed pursuant to the NEF – LGM) (Entered: 05/09/2013) |
| 05/09/2013 | 110 | STIPULATION *REGARDING THE MAY 10, 2013 CASE MANAGEMENT CONFERENCE, UNWIRED PLANET'S LOCAL PATENT RULE 16.1–7(B) DOCUMENT PRODUCTION, AND APPLE'S DUE DATE FOR IT'S INVALIDITY CONTENTIONS* by Counter Defendant Unwired Planet, LLC, Plaintiff Unwired Planet, LLC. (Attachments: #_1_ Exhibit A)(Rounds, Michael) (Entered: 05/09/2013) |

| | | |
|---|---|---|
| 05/09/2013 | 111 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Valerie P. Cooke, on 5/9/2013. By Deputy Clerk: LGM. In light of the parties' stipulation regarding the May 10, 2013 case management conference 110 , the case management conference set for Friday, May 10, 2013 at 10:00 AM is VACATED. IT IS SO ORDERED. **(no image attached)** (Copies have been distributed pursuant to the NEF – LGM) (Entered: 05/09/2013) |
| 05/10/2013 | 112 | Unopposed MOTION to Amend/Correct Complaint re 1 Complaint,,. by Plaintiff Unwired Planet, LLC. Responses due by 5/27/2013. (Attachments: # 1 Exhibit 1–First Amended Complaint for Patent Infringement, # 2 Proposed Order Order Granting Leave to File First Amended Complaint for Patent Infringement)(Yowell, Adam) (Entered: 05/10/2013) |
| 05/16/2013 | 113 | REPLY to Response to 98 MOTION FOR CLARIFICATION OF APRIL 11, 2013, ORDER re 93 Order, filed by Counter Defendant Unwired Planet, LLC, Plaintiff Unwired Planet, LLC. (Attachments: # 1 Exhibit A)(Rounds, Michael) (Entered: 05/16/2013) |
| 05/17/2013 | 114 | ORDER granting 98 motion for clarification to the extent that the court clarifies that its order 93 is clear on its face. Signed by Magistrate Judge Valerie P. Cooke on 5/17/13. (Copies have been distributed pursuant to the NEF – DN) (Entered: 05/17/2013) |
| 05/22/2013 | 115 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Kevin M. Kneupper and DESIGNATION of Local Counsel Michael D. Rounds (Filing fee $ 200 receipt number 0978–2827583) filed by Counter Defendant Unwired Planet, LLC, Plaintiff Unwired Planet, LLC . Motion ripe 5/22/2013. (Rounds, Michael) (Entered: 05/22/2013) |
| 05/22/2013 | 116 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by David Sochia and DESIGNATION of Local Counsel Michael D. Rounds (Filing fee $ 200 receipt number 0978–2828079) filed by Counter Defendant Unwired Planet, LLC, Plaintiff Unwired Planet, LLC . Motion ripe 5/22/2013. (Rounds, Michael) (Entered: 05/22/2013) |
| 05/29/2013 | 117 | STIPULATION *[PROPOSED] PROTECTIVE ORDER REGARDING THE DISCLOSURE AND USE OF DISCOVERY MATERIALS* by Plaintiff Unwired Planet, LLC. (Rounds, Michael) (Entered: 05/29/2013) |
| 06/03/2013 | 118 | PROTECTIVE ORDER re 117 Proposed Order. Signed by Magistrate Judge Valerie P. Cooke on 6/3/13. (Copies have been distributed pursuant to the NEF – JC) (Entered: 06/03/2013) |
| 06/04/2013 | 119 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Valerie P. Cooke, on 6/4/2013. By Deputy Clerk: LGM. In light of a calendar conflict with plaintiff's counsel and having no objection from defendant's counsel, the Case Management Conference currently set for 6/10/2013 at 09:00 AM is VACATED and ADVANCED to **6/7/2013** at **09:00 AM** in Reno Courtroom 1 before Magistrate Judge Valerie P. Cooke. Out–of–town and out–of–state counsel shall be allowed to appear telephonically for the case management conference and shall dial **877–336–1829** at least five (5) minutes prior to the hearing to be properly connected into the courtroom. The **Access Code is 2809752** and the **Security Code** is **125050607**. IT IS SO ORDERED. **(no image attached)** (Copies have been distributed pursuant to the NEF – LGM) (Entered: 06/04/2013) |
| 06/04/2013 | 120 | NOTICE of Appearance by attorney Michael D Rounds on behalf of Counter Defendant Unwired Planet, LLC, Plaintiff Unwired Planet, LLC. *of RYAN J. CUDNIK* (Rounds, Michael) (Entered: 06/04/2013) |
| 06/04/2013 | 121 | ORDER granting 112 Motion to Amend/Correct Complaint. Signed by Magistrate Judge Valerie P. Cooke on 6/4/13. (Copies have been distributed pursuant to the NEF – JC) (Entered: 06/04/2013) |
| 06/05/2013 | 122 | ORDER APPROVING 115 Verified Petition for Permission to Practice Pro Hac Vice by Attorney Kevin Kneupper for Unwired Planet, LLC, and approving Designation of Local |

| | | |
|---|---|---|
| | | Counsel Michael D. Rounds. Signed by Chief Judge Robert C. Jones on 06/04/2013. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF – KR) (Entered: 06/05/2013) |
| 06/05/2013 | 123 | ORDER APPROVING 116 Verified Petition for Permission to Practice Pro Hac Vice by Attorney David Sochia for Unwired Planet, LLC, and approving Designation of Local Counsel Michael D. Rounds. Signed by Chief Judge Robert C. Jones on 06/04/2013. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF – KR) (Entered: 06/05/2013) |
| 06/05/2013 | 124 | STATUS REPORT *Case Management Conference Report [June 2013]* by Defendant Apple, Inc.. (Attachments: # 1 Exhibit A)(Fountain, Jonathan) (Entered: 06/05/2013) |
| 06/05/2013 | 125 | STATUS REPORT *Case Management Conference Statement* by Plaintiff Unwired Planet, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Rounds, Michael) (Entered: 06/05/2013) |
| 06/07/2013 | 126 | MINUTES OF PROCEEDINGS – Case Management Conference held on 6/7/2013 before Magistrate Judge Valerie P. Cooke. Crtrm Administrator: *Heidi Jordan*; Pla Counsel: *Michael Rounds, Ryan Cudnik*; Def Counsel: *Ernest Hsin, Jonathan Fountain (By telephone)*; Court Reporter/FTR #: *9:04 – 11:00*; Courtroom: *1*; The Court addresses the parties regarding the purpose of this hearing and notes the parties have filed their Case Management Conference Reports 124 125 . Having heard from counsel and good cause appearing, the Court finds as follows: <br><br> *Markman* hearing currently set December 16, 2013, at 1:30 p.m. is **RESCHEDULED** to **Tuesday, January 21–22, 2014, at 9:00 a.m.** <br><br> Pre–Claim Construction Settlement Conference currently set for July 12, 2013, at 9:00 a.m. is **RESCHEDULED** to **Thursday, September 19, 2013, at 9:00 a.m.** Settlement Statements due September 12, 2013. <br><br> Regarding the remaining revised deadlines, counsel shall submit an amended Scheduling Order incorporating the new agreed upon deadlines on or before **June 14, 2013.** (Copies have been distributed pursuant to the NEF – HJ) (Entered: 06/10/2013) |
| 06/10/2013 | 127 | TRANSCRIPT of Proceedings, 126 Status Conference,,,,, Set/Reset Deadlines,,,, held on 6–7–13, before Magistrate Judge Valerie P. Cooke. Court Reporter/Transcriber: Kathy French, 530–913–9213. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber using the court's "Transcript Order" form available on our website <a href=http://www.nvd.uscourts.gov target=_blank>www.nvd.uscourts.gov</a> before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 7/1/2013. Redacted Transcript Deadline set for 7/11/2013. Release of Transcript Restriction set for 9/8/2013. (KF) (Entered: 06/10/2013) |
| 06/14/2013 | 128 | PROPOSED Discovery Plan/Scheduling Order filed by Plaintiff Unwired Planet, LLC *Amended [Joint Proposed] Scheduling Order*. (Rounds, Michael) (Entered: 06/14/2013) |
| 06/17/2013 | 129 | **SCHEDULING ORDER** re 128 Amended Proposed Discovery Plan/Scheduling Order. Signed by Magistrate Judge Valerie P. Cooke on 6/17/13. (Copies have been distributed pursuant to the NEF – JC) (Entered: 06/17/2013) |
| 06/28/2013 | 130 | AMENDED COMPLAINT with Jury Demand against All Defendants, filed by Unwired Planet, LLC. No changes to parties. Proof of service due by 10/26/2013. (Rounds, Michael) (Entered: |

| | | 06/28/2013) |
|---|---|---|
| 07/01/2013 | 131 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Valerie P. Cooke, on 7/1/2013. By Deputy Clerk: LGM. Out–of–town and out–of–state counsel shall be allowed to appear telephonically for the case management conference set before this Court on **Thursday, July 11, 2013 at 10:00 AM** and shall dial **877–336–1829** at least five (5) minutes prior to the hearing to be properly connected into the courtroom. The **Access Code is 2809752** and the **Security Code is 125050711**. Counsel shall file a joint or separate case management report by no later than the close of business on **Monday, July 8, 2013**. IT IS SO ORDERED. (**no image attached**) (Copies have been distributed pursuant to the NEF – LGM) (Entered: 07/01/2013) |
| 07/08/2013 | 132 | STATEMENT *UNWIRED PLANET'S CASE MANAGEMENT STATEMENT* by Counter Defendant Unwired Planet, LLC, Plaintiff Unwired Planet, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Rounds, Michael) (Entered: 07/08/2013) |
| 07/08/2013 | 133 | STATUS REPORT *re July 2013 Case Management Conference* by Counter Claimant Apple, Inc., Defendant Apple, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Fountain, Jonathan) (Entered: 07/08/2013) |
| 07/11/2013 | 134 | MINUTES OF PROCEEDINGS – Case Management Conference held on 7/11/2013 before Magistrate Judge Valerie P. Cooke. Crtrm Administrator: *LGM*; Pla Counsel: *Michael Rounds, John Campbell, and (By telephone) Pierre Hubert*; Def Counsel: *Ernest Hsin, Jonathan Fountain, and (By telephone) Brooke Wallace*; Court Reporter/FTR #: *10:00:55 – 10:35:32*; Time of Hearing: *10:00 a.m.*; Courtroom: *1*; The Court finds it is not convinced and that it is premature to order Apple to limit the number of asserted prior art references at this time. IT IS SO ORDERED. (Copies have been distributed pursuant to the NEF – LGM) (Entered: 07/11/2013) |
| 07/11/2013 | 135 | STIPULATION FOR EXTENSION OF TIME (Second Request) *Extending the Time for Apple to Serve its Local Rule 16.1–8(b)–(e) Disclosures* by Counter Claimant Apple, Inc., Defendant Apple, Inc.. (Fountain, Jonathan) (Entered: 07/11/2013) |
| 07/15/2013 | 136 | ORDER ON STIPULATION re 135 Stipulation Extending Time for Apple to Serve Disclosures. Signed by Magistrate Judge Valerie P. Cooke on 7/15/13. (Copies have been distributed pursuant to the NEF – JC) (Entered: 07/15/2013) |
| 07/15/2013 | 137 | ANSWER to 130 Amended Complaint with Jury Demand , COUNTERCLAIM against Unwired Planet, LLC filed by Apple, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18)(Fountain, Jonathan) (Entered: 07/15/2013) |
| 07/16/2013 | 138 | NOTICE PURSUANT TO LOCAL RULE IB 2–2: In accordance with 28 USC § 636(c) and FRCP 73, the parties in this action are provided with a link to the "AO 85 Notice of Availability, Consent, and Order of Reference – Exercise of Jurisdiction by a U.S. Magistrate Judge" form on the Court's website – www.nvd.uscourts.gov. **Consent forms should NOT be electronically filed.** Upon consent of all parties, counsel are advised to manually file the form with the Clerk's Office.<br>A copy of form AO 85 has been mailed to parties not receiving electronic service. (**no image attached**) (DRM) (Entered: 07/16/2013) |
| 07/18/2013 | 139 | TRANSCRIPT of Proceedings, 134 Miscellaneous Hearing, held on 7/11/13, before Magistrate Judge Valerie P. Cooke. Court Reporter/Transcriber: Donna Davidson, 775–329–0132. Transcript may be viewed at the court public terminal or purchased through the Court |

| | | |
|---|---|---|
| | | Reporter/Transcriber using the court's "Transcript Order" form available on our website www.nvd.uscourts.gov before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 8/8/2013. Redacted Transcript Deadline set for 8/18/2013. Release of Transcript Restriction set for 10/16/2013. (DD) (Entered: 07/18/2013) |
| 07/22/2013 | 140 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Mitchell Sibley and DESIGNATION of Local Counsel Michael D. Rounds (Filing fee $ 200 receipt number 0978−2896079) filed by Counter Defendants Unwired Planet, LLC, Unwired Planet, LLC, Plaintiff Unwired Planet, LLC . Motion ripe 7/22/2013. (Rounds, Michael) (Entered: 07/22/2013) |
| 08/05/2013 | 141 | STIPULATION *and Proposed Order Vacating the August 9, 2013 Case Management Conference* by Counter Claimants Apple, Inc., Apple, Inc., Defendant Apple, Inc.. (Fountain, Jonathan) (Entered: 08/05/2013) |
| 08/06/2013 | 142 | ORDER ON STIPULATION re 141 Stipulation Vacating the August 9, 2013 Case Management Conference. Signed by Magistrate Judge Valerie P. Cooke on 8/6/13. (Copies have been distributed pursuant to the NEF – JC) (Entered: 08/06/2013) |
| 08/06/2013 | 143 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Nicholas M. Mathews and DESIGNATION of Local Counsel Michael D. Rounds (Filing fee $ 200 receipt number 0978−2914703) filed by Counter Defendants Unwired Planet, LLC, Unwired Planet, LLC, Plaintiff Unwired Planet, LLC . Motion ripe 8/6/2013. (Rounds, Michael) (Entered: 08/06/2013) |
| 08/08/2013 | 144 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Valerie P. Cooke, on 8/8/2013. By Deputy Clerk: LGM. Monthly Case Management Conferences are set as follows: **9/6/2013 at 02:00 PM, 10/4/2013 at 02:00 PM, 11/4/2013 at 02:00 PM, and 12/5/2013 at 09:00 AM** all in Reno Courtroom 1 before Magistrate Judge Valerie P. Cooke. Counsel shall file a joint or separate case management report by no later than the close of business three (3) court days prior to each conference. IT IS SO ORDERED. **(no image attached)** (Copies have been distributed pursuant to the NEF – LGM) (Entered: 08/08/2013) |
| 08/08/2013 | 145 | ANSWER to 137 Answer to Amended Complaint,,, Counterclaim,, filed by Unwired Planet, LLC.(Rounds, Michael) (Entered: 08/08/2013) |
| 08/09/2013 | 146 | NOTICE PURSUANT TO LOCAL RULE IB 2−2: In accordance with 28 USC § 636(c) and FRCP 73, the parties in this action are provided with a link to the "AO 85 Notice of Availability, Consent, and Order of Reference – Exercise of Jurisdiction by a U.S. Magistrate Judge" form on the Court's website – www.nvd.uscourts.gov. **Consent forms should NOT be electronically filed.** Upon consent of all parties, counsel are advised to manually file the form with the Clerk's Office.<br>A copy of form AO 85 has been mailed to parties not receiving electronic service. **(no image attached)** (JC) (Entered: 08/09/2013) |
| 08/15/2013 | 147 | STIPULATION *and Proposed Order for the Withdrawal of Attorney Etai Lahav and for the Removal of Attorney Etai Lahav from the CM/ECF Service List* by Counter Claimants Apple, Inc., Apple, Inc., Defendant Apple, Inc.. (Fountain, Jonathan) (Entered: 08/15/2013) |
| 08/19/2013 | 148 | ORDER ON 147 STIPULATION for Withdrawal of Attorney Etai Lahav as counsel for Apple Inc., and removal from CM/ECF service list. Signed by Magistrate Judge Valerie P. Cooke on 8/19/2013. (Copies have been distributed pursuant to the NEF – DRM) (Entered: 08/19/2013) |
| 08/19/2013 | 149 | NOTICE *OF ORDER* by Unwired Planet, LLC. (Attachments: # 1 Exhibit)(Rounds, Michael) (Entered: 08/19/2013) |
| 08/30/2013 | 150 | |

| | | |
|---|---|---|
| | | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Valerie P. Cooke, on 8/30/2013. By Deputy Clerk: LGM. Out−of−town and out−of−state counsel shall be allowed to appear telephonically for the case management conference set before this Court on **Friday, September 6, 2013** at **2:00 PM** and shall dial **877−336−1829** at least five (5) minutes prior to the hearing to be properly connected into the courtroom. The **Access Code** is **2809752** and the **Security Code** is **125050906**. Counsel shall file a joint or separate case management report by no later than the close of business on **Tuesday, September 3, 2013**. IT IS SO ORDERED. **(no image attached)** (Copies have been distributed pursuant to the NEF – LGM) (Entered: 08/30/2013) |
| 08/30/2013 | 151 | ORDER **granting** 37 Motion to Transfer. Clerk shall transfer case to Northern District of CA, close case administratively, and terminate all other pending motions in this district. Signed by Chief Judge Robert C. Jones on 8/30/13. (Copies have been distributed pursuant to the NEF – JC) (Entered: 08/30/2013) |