Josh Krevitt, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:    212.351.4000
Facsimile:    212.351.4035

H. Mark Lyon, SBN 162061
mlyon@gibsondunn.com
Y. Ernest Hsin, SBN 201668
ehsin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.849.5300
Facsimile:  650.849.5333

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Unwired Planet LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Apple Inc.,<br><br>　　　　　　Defendant. | CASE NO. 4:13-cv-04134-KAW<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 15, 2013

　　　　　　　　　　　　　　　　　　　　　　　Y. ERNEST HSIN

　　　　　　　　　　　　　　　　　　　　　　　By: _____

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　APPLE INC.

Gibson, Dunn &
Crutcher LLP

I, Heather J. Fischer, hereby certify that on this 15th day of October, 2013, I did cause the following documents to be served in the following manner:

- DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

On the interested parties in this action addressed as follows:

### ATTORNEYS FOR UNWIRED PLANET, LLC

Theodore Stevenson III
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
MCKOOL SMITH, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess
kburgess@mckoolsmith.com
Pierre Hubert
phubert@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

Michael D. Rounds
mrounds@watsonrounds.com
Adam K. Yowell
ayowell@watsonrounds.com
WATSON ROUNDS
1 Embarcadero Center, Suite 4100
San Francisco, CA 94111
Telephone: (775) 324-4100
Fax: (775) 333-8171

__X__   **BY ELECTRONIC MAIL TRANSMISSION** from hfischer@gibsondunn.com, by transmitting PDF copies of such documents to each such person identified above, at the e-mail address listed in their addresses. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 15, 2013 in Palo Alto, CA

Dated:   October 15, 2013

*/s/ Heather J. Fischer*
Heather J. Fischer
Gibson, Dunn & Crutcher, LLP
1881 Page Mill Road
Palo Alto, CA 94304