Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
MCKOOL SMITH, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Pierre Hubert
Texas State Bar No. 24002317
phubert@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

Michael D. Rounds
Nevada Bar No. 4734
mrounds@watsonrounds.com
Adam K. Yowell
Nevada Bar No. 11748
ayowell@watsonrounds.com
WATSON ROUNDS
1 Embarcadero Center, Suite 4100
San Francisco, CA 94111
Telephone: (775) 324-4100
Fax: (775) 333-8171

**Attorneys for Plaintiff**

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,**<br><br>Plaintiff,<br><br>v.<br><br>**APPLE INC., a California corporation,**<br><br>Defendant. | CIVIL ACTION NO.<br><br>4:13-cv-04134-YGR<br><br><br>**NOTICE OF APPEARANCE** |

1  Notice is hereby given that the undersigned attorney, Courtland L. Reichman, enters his
2  appearance in this matter for Plaintiff, UNWIRED PLANET LLC, for the purpose of receiving
3  notices and orders from the Court, and requests that copies of all briefs, motions, orders,
4  correspondence and other papers be electronically served on Courtland L. Reichman at the email
5  address of creichman@mckoolsmithhennigan.com.

DATED: December 26, 2013                MCKOOL SMITH HENNIGAN, P.C.


By */s/ Courtland L. Reichman*
　　Courtland L. Reichman
COURTLAND L. REICHMAN (SBN 268873)
creichman@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone:   (650) 394-1400
Facsimile:    (650) 394-1422

Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Pierre Hubert
Texas State Bar No. 24002317
phubert@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

1
2
3
4
5
6

        Michael D. Rounds
        Nevada Bar No. 4734
        mrounds@watsonrounds.com
        Adam K. Yowell
        Nevada Bar No. 11748
        ayowell@watsonrounds.com
        WATSON ROUNDS
        5371 Kietze Lane
        Reno, Nevada 89511
        Telephone: (775) 324-4100
        Fax: (775) 333-8171

***ATTORNEYS FOR PLAINTIFF UNWIRED PLANET LLC***

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 26, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

                                                      */s/ Courtland L. Reichman*