**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | Case No. 4:13-cv-4134-YGR <br><br> **JOINT** ~~PROPOSED~~ **SCHEDULING ORDER** |

Plaintiff Unwired Planet, LLC ("Plaintiff"), by its attorneys, and Defendant Apple Inc. ("Defendant"), by its attorneys, submit the following Joint Proposed Scheduling Order.

| EVENT | DATE |
|---|---|
| Unwired Planet identifies 10 claims for purposes of initial claim construction | January 22, 2014 |
| Apple supplements its response to interrogatories 3-8 for 10 identified claims | January 28, 2014 |
| Unwired Planet serves responses to Apple's invalidity and unenforceability contentions for 10 identified claims | February 3, 2014 |
| Unwired Planet serves supplemental infringement contentions for 10 identified claims | February 4, 2014 |
| Exchange of proposed terms for claim construction pursuant to Patent L.R. 4-1(a) | February 10, 2014 |
| Parties to meet and confer regarding claim terms pursuant to Patent L.R. 4-1(b) | February 14, 2014 |
| Document production to be substantially completed by all parties | February 28, 2014 |
| Exchange of preliminary claim constructions and extrinsic evidence pursuant to Patent L.R. 4-2(a) and (b) | February 28, 2014 |
| Joint Claim Construction and Prehearing Statement to be submitted pursuant to Patent L.R. 4-3 | March 10, 2014 |

| | |
|---|---|
| Opening claim construction brief pursuant to Patent L.R. 4-5(a) | April 7, 2014 (both parties) [1,2] |
| Responsive claim construction brief pursuant to Patent L.R. 4-5(b) | April 28, 2014 (both parties) |
| Reply claim construction brief pursuant to Patent L.R. 4-5(c) | N/A |
| Technology Tutorial | May 7, 2014 **at 2:00 p.m.** |
| Claim Construction Hearing | May 14, 2014 **at 2:00 p.m.** |

DATED: January 10, 2014                    Respectfully Submitted,

By:     */s/ John Campbell*
          Courtland L. Reichman
          California State Bar No. 268873
          creichman@mckoolsmith.com
          MCKOOL SMITH, P.C.
          255 Shoreline Drive, Suite 510
          Redwood Shores, CA  94065
          Telephone:  (650) 394-1400
          Fax:  (650) 394-1422

          Ted Stevenson III (*pro hac vice to be filed*)
          Texas State Bar No. 19196650
          tstevenson@mckoolsmith.com
          MCKOOL SMITH, P.C.
          300 Crescent Court Suite 1500
          Dallas, TX 75201
          Telephone: (214) 978-4000
          Fax: (214) 978-4044

          Kevin L. Burgess (*pro hac vice to be filed*)
          Texas State Bar No. 2400069
          kburgess@McKoolSmith.com
          John B. Campbell (*pro hac vice granted*)
          jcampbell@mckoolsmith.com
          MCKOOL SMITH, P.C.
          300 W. 6th St., Suite 1700
          Austin, Texas 78701
          Telephone: (512) 692-8700
          Fax: (512) 692-8744

          *Attorneys for Unwired Planet LLC*

---

[1] Unwired Planet understands that the Court's Standing Order for Patent Cases requires an opening, response, and reply brief.  Unwired Planet will defer to the Court's preference on the claim construction briefing procedure.  Accordingly, Unwired Planet does not oppose Apple's proposal if the Court prefers simultaneous briefing.

[2] Because neither Party bears the burden of proof during claim construction, Apple proposes that the Parties submit simultaneous opening claim construction briefs and thereafter submit simultaneous responsive claim construction briefs. No reply brief would be submitted.

By:     _/s/ Y. Ernest Hsin_____
Josh Krevitt, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Ave., New York, NY  10166-0193
Tel.: 212.351.4000; Fax: 212.351.4035

H. Mark Lyon, SBN 162061
mlyon@gibsondunn.com
Y. Ernest Hsin, SBN 239926
ehsin@gibsondunn.com
Stuart M. Rosenberg, SBN 239926
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Rd., Palo Alto, CA  94304-1211
Tel.: 650.849.5300; Fax: 650.849.5333

*Attorneys for Defendant Apple Inc.*

**IT IS SO ORDERED**.

Dated: January 15, 2014

_____
**YVONNE GONZÁLEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**