**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNWIRED PLANET LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**APPLE INC.,**<br><br>    Defendant. | Case No.: 13-CV-4134 YGR<br><br>**ORDER DENYING PLAINTIFF'S ORAL MOTION FOR RECONSIDERATION OF PROTECTIVE ORDER** |

On January 6, 2014, this Court held a case management conference in the above-styled action. During that conference, counsel for Plaintiff Unwired Planet made an oral motion for reconsideration of a protective order issued by the District of Nevada. (Dkt. No. 118.)

After consideration of the parties' oral arguments as well as the record in this case, including Magistrate Judge Cook's Order Re Protective Order Provisions (Dkt. No. 93) and the parties' Joint Case Management Report filed in the District of Nevada (Dkt. No. 72), the Court hereby **DENIES** Plaintiff's Oral Motion for Reconsideration of Protective Order.

Accordingly, the protective order entered by the District of Nevada remains in effect.

**IT IS SO ORDERED**.

Date: January 17, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**