Josh Krevitt, #208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Tel.:  212.351.4000
Fax:  212.351.4035

H. Mark Lyon, # 162061
mlyon@gibsondunn.com
Y. Ernest Hsin, # 201668
ehsin@gibsondunn.com
Stuart M. Rosenberg, #239926
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Tel.:  650.849.5300
Fax:  650.849.5333

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 3:13-cv-04134-VC<br><br>**JOINT ADMINISTRATIVE MOTION AND [PROPOSED] ORDER REGARDING EQUIPMENT AND MATERIALS FOR TECHNOLOGY TUTORIAL ON AUGUST 5, 2014 AND CLAIM CONSTRUCTION HEARING ON AUGUST 11, 2014**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom 4, 17th Floor |

WHEREAS Plaintiff Unwired Planet LLC ("Unwired Planet") and Defendant Apple Inc. ("Apple") respectfully request permission, pursuant to Northern District of California General Order No. 58, to bring certain equipment into the Federal Courthouse in San Francisco, California, located at 450 Golden Gate Avenue, San Francisco, California, and to set up and use this equipment in the courtroom of the Honorable Vince Chhabria.  The parties seek to use the abovementioned equipment for purposes of facilitating demonstrative exhibits that may be used during the Technology Tutorial to be held in this matter on Tuesday, August 5, 2014 at 9:00 am, and during the Claim Construction Hearing to be held in this matter on Monday, August 11, 2014 at 9:00am.

WHEREAS the abovementioned equipment will include the following:

- 4 laptop computers
- 1 17" LCD monitor
- 2 x 2 VGA switch
- 1 data projector
- 1 7.5' x 10' projector screen
- 1 projector stand
- 1 VGA distribution amplifier
- 1 table/cart/stand to setup and store devices
- 2 VGA switching boxes to facilitate switching between various display devices; and
- cables, peripherals, and power cords for the foregoing equipment.

NOW THEREFORE the parties hereby request the Court to allow access to the courtroom for the set-up of such equipment at 2:30 p.m. on August 4, 2014, and to allow use of such equipment at the Technology Tutorial beginning at 9:00 AM on August 5, 2014. The parties also request the Court to allow access to the courtroom for the set-up of such equipment at 2:30 p.m. on August 8, 2014, and to allow use of such equipment at the Claim Construction Hearing beginning at 9:00 AM on August 11, 2014.

1     Respectfully submitted,

2

3   Dated July 29, 2014           By: /s/ John Campbell*_____

4                                 Courtland L. Reichman
                                  California State Bar No. 268873
5                                 creichman@mckoolsmith.com
                                  MCKOOL SMITH, P.C.
6                                 255 Shoreline Drive, Suite 510
                                  Redwood Shores, CA 94065
7                                 Telephone: (650) 394-1400
                                  Fax: (650) 394-1422
8
                                  Ted Stevenson III (pro hac vice granted)
9                                 Texas State Bar No. 19196650
                                  tstevenson@mckoolsmith.com
10                                MCKOOL SMITH, P.C.
                                  300 Crescent Court Suite 1500
11                                Dallas, TX 75201
                                  Telephone: (214) 978-4000
12                                Fax: (214) 978-4044

13                                Kevin L. Burgess (pro hac vice granted)
                                  Texas State Bar No. 2400069
14                                kburgess@McKoolSmith.com
                                  John B. Campbell (pro hac vice granted)
15                                jcampbell@mckoolsmith.com
                                  MCKOOL SMITH, P.C.
16                                300 W. 6th St., Suite 1700
                                  Austin, Texas 78701
17                                Telephone: (512) 692-8700
                                  Fax: (512) 692-8744
18
                                  Attorneys for Unwired Planet LLC
19

20  Dated July 29, 2014           By: /s/ Brooke Myers Wallace
                                  Josh Krevitt, #208552
21                                jkrevitt@gibsondunn.com
                                  GIBSON, DUNN & CRUTCHER LLP
22                                200 Park Avenue
                                  New York, NY  10166-0193
23                                Tel.: 212.351.4000
                                  Fax:  212.351.4035
24

25  _____

26  *  In accordance with N.D. Cal. Local Rule 5-1, the filer of this document hereby
       attests that the concurrence to the filing of this document has been obtained from
27     the other signatories hereto.

28

H. Mark Lyon, # 162061
mlyon@gibsondunn.com
Y. Ernest Hsin, # 201668
ehsin@gibsondunn.com
Stuart M. Rosenberg, #239926
srosenberg@gibsondunn.com
Brooke Myers Wallace, # 259169
bwallace@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Tel.: 650.849.5300
Fax:  650.849.5333

Attorneys for Defendant Apple Inc.

## [PROPOSED] ORDER

The parties' request to bring the above equipment to the Court on August 4, 2014 for use during the Technology Tutorial scheduled for August 5, 2014, and to bring the above equipment to the Court on August 8, 2014 for use during the Claim Construction Hearing scheduled for August 11, 2014 is GRANTED.

IT IS SO ORDERED.

Dated July 30, 2014

_____

THE HONOR                          IA

United S

IT IS SO ORDERED

Judge Vince Chhabria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA