Josh Krevitt, # 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Ave., New York, NY 10166-0193
Tel.: 212.351.4000; Fax: 212.351.4035

H. Mark Lyon, # 162061
mlyon@gibsondunn.com
Y. Ernest Hsin, # 201668
ehsin@gibsondunn.com
Stuart M. Rosenberg, # 239926
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Rd., Palo Alto, CA 94304-1211
Tel.: 650.849.5300; Fax: 650.849.5333

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 4:13-cv-4134-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF UNWIRED PLANET LLC'S AND DEFENDANT APPLE INC.'S JOINT UNOPPOSED MOTION FOR LEAVE TO AMEND CERTAIN OF PLAINTIFF'S INFRINGEMENT CONTENTIONS AND CERTAIN OF DEFENDANT'S INVALIDITY CONTENTIONS** |

Having considered all papers filed in support of Plaintiff Unwired Planet LLC's and Defendant Apple Inc.'s Joint Unopposed Motion for Leave to Amend Certain of Plaintiff's Infringement Contentions and Certain of Defendant's Invalidity Contentions, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff Unwired Planet LLC's and Defendant Apple Inc.'s Joint Unopposed Motion for Leave to Amend Certain of Plaintiff's Infringement Contentions and Certain of Defendant's Invalidity Contentions is **GRANTED**.

**IT IS SO ORDERED.**

Dated: this 30 day of July, 2014.



The
United