1  Courtland L. Reichman, SBN 268873
   creichman@mckoolsmith.com
2  MCKOOL SMITH HENNIGAN, P.C.
   255 Shoreline Drive, Suite 510
3  Redwood Shores, CA 94065
   Telephone: (650) 394-1400
4  Fax: (650) 394-1422

5  Theodore Stevenson III (*pro hac vice*)
   tstevenson@mckoolsmith.com
6  300 Crescent Court, Suite 1500
   McKool Smith, P.C.
7  Dallas, Texas 75201
   Telephone: (214) 978-4000
8  Fax: (214) 978-4044

9  Kevin Burgess (*pro hac vice*)
   kburgess@mckoolsmith.com
10 John B. Campbell (*pro hac vice*)
   jcampbell@mckoolsmith.com
11 McKool Smith, P.C.
   300 W. 6th St., Suite 1700
12 Austin, Texas 78701
   Telephone: (512) 692-8700
13 Fax: (512) 692-8744

14 *Attorneys for Plaintiff*

15              **IN THE UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,** | **CIVIL ACTION NO.** |
| | **3:13-CV-04134-VC** |
| Plaintiff, | |
| v. | ~~[PROPOSED]~~ **ORDER GRANTING UNWIRED PLANET LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| **APPLE INC., a California corporation,** | |
| Defendant. | |

28 [PROPOSED] ORDER GRANTING UNWIRED PLANET LLC'S
   ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
   3:13-CV-04134-VC

1  Before the Court is Plaintiff Unwired Planet LLC's administrative motion for a sealing order pursuant to Northern District of California Civil Local Rule 79-5 and 7-11 to seal Exhibits A through I to the Declaration of Mario A. Apreotesi in support of Unwired Planet's Partially Opposed Motion for Leave to Supplement Infringement Contentions and to seal portions of the Memorandum of Points and Authorities in Support of Unwired Planet LLC's Partially Opposed Motion for Leave to Supplement Infringement Contentions that quote, describe and/or reference confidential information from Exhibits A through I. Having considered the papers submitted, the Court hereby GRANTS Plaintiff Unwired Planet LLC's Administrative Motion to File Documents Under Seal as listed in the table below:

| Document | Portion to be sealed |
|---|---|
| Exhibit A | Entirety |
| Exhibit B | Entirety |
| Exhibit C | Entirety |
| Exhibit D | Entirety |
| Exhibit E | Entirety |
| Exhibit F | Entirety |
| Exhibit G | Entirety |
| Exhibit H | Entirety |
| Exhibit I | Entirety |
| Memorandum of Points and Authorities in Support of Unwired Planet LLC's Partially Opposed Motion for Leave to Supplement Infringement Contentions | Portions of pages 5-6 and 10-12, as highlighted in green |

IT IS SO ORDERED.

SIGNED THIS __5th__ day of __September__, 2014.

_____
The Honorable Vince Chhabria
United States District Judge

1
[PROPOSED] ORDER GRANTING UNWIRED PLANET LLC'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
3:13-CV-04134-VC