1  Josh Krevitt
   jkrevitt@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Ave., New York, NY  10166-0193
3  Tel.: 212.351.4000; Fax: 212.351.4035

4  H. Mark Lyon, # 162061
   mlyon@gibsondunn.com
5  Y. Ernest Hsin, # 201668
   ehsin@gibsondunn.com
6  Stuart M. Rosenberg, # 239926
   srosenberg@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Rd., Palo Alto, CA  94304-1211
8  Tel.: 650.849.5300; Fax: 650.849.5333

9  *Attorneys for Defendant Apple Inc.*

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 | UNWIRED PLANET LLC, a Nevada limited liability company, | Case No. 3:13-cv-04134-VC |
15 | | |
16 | Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
17 | v. | |
18 | APPLE INC., a California corporation, | |
19 | Defendant. | |

Before the Court is Defendant Apple Inc.'s Administrative Motion to File Documents Under Seal ("Motion"). The Motion requests a sealing order pursuant to Northern District of California Civil Local Rule 79-5 and 7-11 to seal Exhibits 4-7 to the Declaration of Steven Kalogeras in Support of Apple Inc.'s Opposition to Unwired Planet LLC's Partially Opposed Motion for Leave to Supplement Infringement Contentions. Having considered the papers submitted,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** as described in the table below:

| Document | Portion to be sealed |
|---|---|
| Exhibit 4 | Entirety |
| Exhibit 5 | Entirety |
| Exhibit 6 | Entirety |
| Exhibit 7 | Entirety |

**IT IS SO ORDERED.**

Dated: this  16  day of  September , 2014.

_____
The Honorable Vince Chhabria
United States District Judge