Courtland L. Reichman, SBN 268873
creichman@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Fax: (650) 394-1422

Theodore Stevenson III (*pro hac vice*)
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
McKool Smith, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
kburgess@mckoolsmith.com
John B. Campbell (*pro hac vice*)
jcampbell@mckoolsmith.com
McKool Smith, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,**<br><br>Plaintiff,<br><br>v.<br><br>**APPLE INC., a California corporation,**<br><br>Defendant. | CIVIL ACTION NO.<br><br>**3:13-CV-04134-VC**<br><br>**[~~PROPOSED~~] ORDER GRANTING UNWIRED PLANET LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Before the Court is Plaintiff Unwired Planet LLC's administrative motion for a sealing order pursuant to Northern District of California Civil Local Rule 79-5 and 7-11 to seal portions of Unwired Planet LLC's Reply in Support of Its Partially Opposed Motion for Leave to Supplement Infringement Contentions that quotes, describes and/or references confidential information. Having considered the papers submitted, the Court hereby GRANTS Plaintiff Unwired Planet LLC's Administrative Motion to File Documents Under Seal as listed in the table below:

| Document | Portion to be sealed |
|---|---|
| Unwired Planet LLC's Reply in Support of Its Partially Opposed Motion for Leave to Supplement Infringement Contentions | Portions of pages 4-7, as highlighted in green |

IT IS SO ORDERED.

SIGNED THIS __1st__ day of __October__, 2014.

_____
The Honorable Vince Chhabria
United States District Judge

2
[PROPOSED] ORDER GRANTING UNWIRED PLANET LLC'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
3:13-CV-04134-VC