UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** October 9, 2014 | **Time:** 1 hour and 12 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 13-cv-04134-VC | **Case Name:** Unwired Planet, LLC   v.  Apple, Inc. | |

**Attorney for Plaintiff:** John Campbell, Jr. and Jennifer Estremera
**Attorney for Defendant:** Ernest Hsin

**Deputy Clerk:** Kristen Melen          **Court reporter:** James Pence

### PROCEEDINGS:

Motion to Amend/Correct hearing held.

### ORDER AFTER HEARING:

Case management conference hearing scheduled for October 14, 2014, at 11:00 a.m. The parties are to appear telephonically. Counsel for Unwired Planet are to provide the Court and opposing counsel a conference line to be used on the date of the hearing by Monday, October 13, 2014, at noon.

The parties are to be prepared to discuss trial management dates on Tuesday at the CMC.