UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** October 14, 2014 | **Time:** 1 hour and 28 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 13-cv-04134-VC | **Case Name:** Unwired Planet, LLC   v.  Apple, Inc. | |

**Attorney for Plaintiff:** John Campbell (t) and Ted Stevenson (t)
**Attorney for Defendant:** Ernest Hsin (t), Brooke Myers Wallace (t), Mark Lyon (t), and Wendy Anna Herby (In-house Counsel for Apple) (t)

**Deputy Clerk:** Kristen Melen               **Court Reporter:** Not reported or recorded

PROCEEDINGS

Telephonic case management conference hearing held.

REFERRALS:

The case is referred to Magistrate Judge Joseph C. Spero for all discovery.

No referral for settlement or mediation at this time. The parties will advise if they would like a referral at a later date.

PRETRIAL SCHEDULE:

**Opening brief re Motion re New Claims filing deadline: October 31, 2014**
**Opposition deadline: November 10, 2014**
**Reply deadline: November 13, 2014**
**Hearing: November 20, 2014, at 10:00 a.m.**

**Discovery cutoff:  November 17, 2014**
**Expert disclosure:  December 3, 2014**
**Expert rebuttal:  January 12, 2015**
**Expert reply: January 26, 2015**
**Expert discovery cutoff:  February 23, 2015**
**Opening MSJ filing deadline: March 2, 2015 (Parties to determine which side files first)**
**Opposition/ Cross-motion filing deadline: March 16, 2015**
**Reply/ Opposition to cross-motion deadline: March 30, 2015**
**Reply to cross-motion deadline: April 6, 2015**
**Motions heard by:  April 22, 2015, at 10:00 a.m.**

**Pretrial Conference:  May 13, 2015**
**Trial:  June 1, 2015, a**t **8:30 A.M., for 3 weeks, by  [ X ]   Jury  [  ]  Court \*\*The court admonishes the parties that date for trial is firm.**

**\***(t)= telephonic appearance by party