United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNWIRED PLANET, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC,<br><br>    Defendant. | Case No. 13-cv-04134-VC<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 246 |

The parties have a discovery dispute relating to requests by Unwired Planet for the production of materials from prior litigation between Apple and Samsung. Apple is ordered to produce these materials by October 28, 2014, consistent with the protective order between Apple and Samsung.

**IT IS SO ORDERED**.

Dated: October 14, 2014

VINCE CHHABRIA
United States District Judge