| | |
|---|---|
| Courtland L. Reichman, SBN 268873<br>creichman@mckoolsmith.com<br>MCKOOL SMITH HENNIGAN, P.C.<br>255 Shoreline Drive, Suite 510<br>Redwood Shores, CA 94065<br>Telephone: (650) 394-1400<br>Fax: (650) 394-1422<br><br>Theodore Stevenson III (*pro hac vice*)<br>tstevenson@mckoolsmith.com<br>300 Crescent Court, Suite 1500<br>MCKOOL SMITH, P.C.<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Fax: (214) 978-4044<br><br>Kevin Burgess (*pro hac vice*)<br>kburgess@mckoolsmith.com<br>John B. Campbell (*pro hac vice*)<br>jcampbell@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>300 W. 6th St., Suite 1700<br>Austin, Texas 78701<br>Telephone: (512) 692-8700<br>Fax: (512) 692-8744<br><br>*Attorneys for Plaintiff* | Josh Krevitt<br>jkrevitt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Ave., New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>Fax: (212) 351-4035<br><br>H. Mark Lyon<br>mlyon@gibsondunn.com<br>Y. Ernest Hsin<br>ehsin@gibsondunn.com<br>Stuart Rosenberg<br>srosenberg@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Rd.<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Fax: (650) 849-5333<br><br>*Attorneys for Defendant* |

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,**<br><br>　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**APPLE INC., a California corporation,**<br><br>　　　　　**Defendant.** | **CIVIL ACTION NO.**<br><br>**3:13-cv-04134-VC**<br><br>**STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE** |

| | |
|---|---|
| 1 | Plaintiff Unwired Planet LLC and Defendant Apple Inc. hereby stipulate and agree that the claims in Unwired Planet's First Amended Complaint for patent infringement of U.S. Patent Nos. 6,317,594; 7,020,685; 7,233,790; RE43,113; and 7,522,927, shall be and hereby are dismissed as to Apple without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Unwired Planet and Apple further stipulate and agree that the counterclaims in Apple's Answer to Unwired Planet's First Amended Complaint, Affirmative and Other Defenses, and Counterclaim related to U.S. Patent Nos. 6,317,594; 7,020,685; 7,233,790; RE43,113; and 7,522,927, shall be and hereby are dismissed as to Unwired Planet without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Each party will bear its own attorneys' fees and costs. |

| | |
|---|---|
| Dated: October 20, 2014 | MCKOOL SMITH HENNIGAN, P.C.<br><br>By */s/ John B. Campbell, Jr.*<br><br>Courtland L. Reichman (SBN 268873)<br>creichman@mckoolsmithhennigan.com<br>MCKOOL SMITH HENNIGAN, P.C.<br>255 Shoreline Drive, Suite 510<br>Redwood Shores, CA 94065<br>Telephone:  (650) 394-1400<br>Facsimile:  (650) 394-1422<br><br>Theodore Stevenson III (*pro hac vice*)<br>tstevenson@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone:  (214) 978-4000<br>Fax:  (214) 978-4044<br><br>Kevin Burgess (*pro hac vice*)<br>kburgess@mckoolsmith.com<br>John B. Campbell (*pro hac vice*)<br>jcampbell@mckoolsmith.com<br>Kevin Kneupper (*pro hac vice*)<br>kkneupper@mckoolsmith.com<br>Mario A. Apreotesi (*pro hac vice*)<br>mapreotesi@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>300 W. 6th St., Suite 1700<br>Austin, Texas 78701<br>Telephone:  (512) 692-8700<br>Fax:  (512) 692-8744<br><br>Lauren Fornarotto (*pro hac vice*)<br>lfornarotto@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>One Bryant Park, 47th Floor<br>New York, NY 10036<br>Telephone:  (212) 402-9400<br>Fax:  (212) 402-9444<br><br>*ATTORNEYS FOR PLAINTIFF UNWIRED PLANET LLC* |

| | |
|---|---|
| Case No. 3:13-CV-04134-VC | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

4

McKool 1022098v1

Dated: October 20, 2014    GIBSON, DUNN & CRUTCHER LLP

By: */s/ Brooke Myers Wallace*_____

Josh Krevitt
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Ave.
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

H. Mark Lyon
mlyon@gibsondunn.com
Y. Ernest Hsin
ehsin@gibsondunn.com
Stuart Rosenberg
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Rd.
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

*ATTORNEYS FOR DEFENDANT APPLE INC.*

# ATTESTATION OF CONCURRENCE IN FILING

In accordance with the Northern District of California's General Order No. 45, Section X(B), I attest that concurrence in the filing of the document has been obtained from Brooke Myers Wallace.

Dated: October 20, 2014

McKOOL SMITH HENNIGAN, P.C.

By */s/ John B. Campbell, Jr.*

Courtland L. Reichman (SBN 268873)
creichman@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Facsimile: (650) 394-1422

Theodore Stevenson III (*pro hac vice*)
tstevenson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
kburgess@mckoolsmith.com
John B. Campbell (*pro hac vice*)
jcampbell@mckoolsmith.com
Kevin Kneupper (*pro hac vice*)
kkneupper@mckoolsmith.com
Mario A. Apreotesi (*pro hac vice*)
mapreotesi@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

Lauren Fornarotto (*pro hac vice*)
lfornarotto@mckoolsmith.com
MCKOOL SMITH, P.C.
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Fax: (212) 402-9444
*ATTORNEYS FOR PLAINTIFF UNWIRED PLANET LLC*

Case No. 3:13-CV-04134-VC   STIPULATION OF DISMISSAL WITHOUT PREJUDICE