| | |
|---|---|
| Courtland L. Reichman, SBN 268873<br>creichman@mckoolsmith.com<br>MCKOOL SMITH HENNIGAN, P.C.<br>255 Shoreline Drive, Suite 510<br>Redwood Shores, CA 94065<br>Telephone: (650) 394-1400<br>Fax: (650) 394-1422<br><br>Theodore Stevenson III (*pro hac vice*)<br>tstevenson@mckoolsmith.com<br>300 Crescent Court, Suite 1500<br>McKool Smith, P.C.<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Fax: (214) 978-4044<br><br>Kevin Burgess (*pro hac vice*)<br>kburgess@mckoolsmith.com<br>John B. Campbell (*pro hac vice*)<br>jcampbell@mckoolsmith.com<br>McKool Smith, P.C.<br>300 W. 6th St., Suite 1700<br>Austin, Texas 78701<br>Telephone: (512) 692-8700<br>Fax: (512) 692-8744<br><br>*Attorneys for Plaintiff* | Josh Krevitt<br>jkrevitt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Ave., New York, NY  10166-0193<br>Telephone: (212) 351-4000<br>Fax: (212) 351-4035<br><br>H. Mark Lyon<br>mlyon@gibsondunn.com<br>Y. Ernest Hsin<br>ehsin@gibsondunn.com<br>Stuart Rosenberg<br>srosenberg@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Rd.<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Fax: (650) 849-5333<br><br>*Attorneys for Defendant* |

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,**<br><br>**Plaintiff,**<br><br>v.<br><br>**APPLE INC., a California corporation,**<br><br>**Defendant.** | **CIVIL ACTION NO.**<br><br>**3:13-CV-04134-VC**<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE** |

[PROPOSED] ORDER GRANTING STIPULATION
OF PARTIAL DISMISSAL
3:13-CV-04134-VC

Before the Court is the parties' Stipulation of Partial Dismissal Without Prejudice. Plaintiff Unwired Planet LLC and Defendant Apple Inc. stipulate and agree that the claims in Unwired Planet's First Amended Complaint for patent infringement of U.S. Patent Nos. 6,317,594; 7,020,685; 7,233,790; RE43,113; and 7,522,927, shall be dismissed as to Apple Inc. without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Unwired Planet and Apple further stipulate and agree that the counterclaims in Apple's Answer to Unwired Planet's First Amended Complaint, Affirmative and Other Defenses, and Counterclaim related to U.S. Patent Nos. 6,317,594; 7,020,685; 7,233,790; RE43,113; and 7,522,927, shall be dismissed as to Unwired Planet, LLC without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Each party will bear its own attorneys' fees and costs.

Having considered the papers submitted, the Court hereby DISMISSES WITHOUT PREJUDICE Unwired Planet LLC's claims of patent infringement against Apple, Inc. for U.S. Patent Nos. 6,317,594; 7,020,685; 7,233,790; RE43,113; and 7,522,927 and the Court further hereby DISMISSES WITHOUT PREJUDICE Apple Inc.'s counterclaims against Unwired Planet LLC related to U.S. Patent Nos. 6,317,594; 7,020,685; 7,233,790; RE43,113; and 7,522,927.

IT IS SO ORDERED.

SIGNED THIS __20th__ day of __October__, 2014.



[PROPOSED] ORDER GRANTING STIPULATION
OF PARTIAL DISMISSAL
3:13-CV-04134-VC