UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNWIRED PLANET, LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>APPLE INC,<br><br>       Defendant. | Case No.  13-cv-04134-VC   (JCS)<br><br>**ORDER TO MEET AND CONFER**<br>Re: Dkt. No. 262 |

IT IS HEREBY ORDERED that lead trial counsel shall meet and confer, in person, in Courtroom G, at 450 Golden Gate Avenue, 15th Floor, San Francisco, CA, regarding docket number 262, on **Wednesday November 5, 2014, at 9:30 A.M.** Lead trial counsel is instructed to bring with them all resources, including personnel, that are necessary to reach an agreed upon resolution of the issues.

**IT IS SO ORDERED.**

Dated: November 3, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge