**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

Courtland L. Reichman, SBN 268873
creichman@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Fax: (650) 394-1422

Theodore Stevenson III (pro hac vice)
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
MCKOOL SMITH, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (pro hac vice)
kburgess@mckoolsmith.com
John B. Campbell (pro hac vice)
jcampbell@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744
*Attorneys for Plaintiff*

Josh Krevitt
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Ave., New York, NY  10166-0193
Telephone: (212) 351-4000
Fax: (212) 351-4035

H. Mark Lyon
mlyon@gibsondunn.com
Y. Ernest Hsin
ehsin@gibsondunn.com
Stuart Rosenberg
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Rd.
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Fax: (650) 849-5333

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,**<br><br>Plaintiff,<br><br>v.<br><br>**APPLE INC., a California corporation,**<br><br>Defendant. | CIVIL ACTION NO.<br><br>3:13-cv-04134-VC (JCS)<br><br>**STIPULATION OF RESOLUTION OF UNWIRED PLANET'S MOTION TO COMPEL (DKT. NO. 262)** |

1   Pursuant to the Court's Order on November 6, 2014 (Dkt. No. 270), Plaintiff Unwired Planet
2   LLC ("Unwired Planet") and Defendant Apple Inc. ("Apple"), by and through their designated
3   counsel, respectfully submit this Stipulation of Resolution of Unwired Planet's Motion to Compel
4   (Dkt. No. 262).  The parties conducted a meet-and-confer on November 5, 2014, and addressed the
5   requests that Unwired Planet considered to be outstanding from its letter of October 14, 2014 (*see*
6   Dkt. No. 262-7, Lu Decl., Ex. A).  The parties resolved any remaining disputes regarding these
7   requests, which in turn resolves Unwired Planet's motion, by reaching the following agreements and
8   understandings:

1. Request 9(b):  Apple confirmed that, to the best of its understanding, the "AppKit" code Apple produced is for the Mac OSX platform, and not for iOS.  Unwired Planet agreed that this information satisfies request 9(b).

2. Requests 9(d), 22, 24, and 21: Apple will supplement by producing client-side and server-side code for Find My iPhone and iTunes related to APNS to the extent not already produced.  Unwired Planet confirms that it is no longer seeking any additional code in response to these requests other than the aforementioned Find My iPhone and iTunes code.

3. Request 4(c): Apple agrees to produce the code for request 4(c), which has been updated by Unwired Planet to reflect the correct name of the requested function.

4. Requests 4(a) and 4(b) have been produced.

5. Request 16(d) has been produced.  Apple contends requests 16(a)-(c) have been produced, but Unwired Planet believes code invoking the functions has not been produced, but agrees to continue its analysis of the produced code in that regard. If it is confirmed that code responsive to request 16(a)-(c) has not yet been produced, Apple agrees to produce it. With regard to 16(e), Apple represents there is no code invoking that function based on its current understanding of the code.

6. Request 14 (in connection with Unwired Planet's 10/16/2014 email):  Apple will supplement its production of ▆▆ code and agrees that the total produced ▆▆ code is fairly representative of the time frame that Unwired Planet accuses of infringement, such agreement to be negotiated and formally documented by the parties under separate cover. Apple will provide the approximate dates that the versions of ▆▆ code that Apple has made available for inspection went into production  if that information is not apparent in the source code itself.  Based on the above understanding, Unwired Planet confirms that it is no longer seeking additional versions of ▆▆ code.

7. Request 19: Unwired Planet indicated that requests 19(a)-(c) have been satisfied, but that 19(d) is outstanding.  Apple explained that it believes code for 19(d) was produced already.

-1-
Case No. 3:13-CV-04134-VC (JCS)                               STIPULATION OF RESOLUTION OF UNWIRED
                                                              PLANET'S MOTION TO COMPEL

Unwired Planet agrees to continue its analysis of the produced code in this regard. If it is confirmed that code responsive to request 19(d) has not yet been produced, Apple agrees to produce it.

8. Requests 2 & 30: Apple will produce native files for requests 2 & 30.

9. Request 29: Apple will produce code corresponding to request 29.

10. Request 23: Apple has produced responsive code that satisfies this request as it relates to ▮▮▮▮. Apple also confirmed to the best of its current understanding that it has produced the complete source code for the client-side iTunes app. The remainder of request 23 has been resolved in connection with the parties' agreement mentioned above with respect to requests 9(d), 22, 24, and 21,

11. Requests 6-8: Apple has agreed to produce code responsive to this request but has encountered technical difficulties due to archiving, and will produce the code within 10 days of the parties' meet and confer.

12. Request 11:
    a. Apple has produced client-side code responsive to this request for Safari, Siri, Find My iPhone, Find My Friends, Camera, and "location database harvesting." Unwired Planet indicated that it had not located the client-side code for Camera and Find My Friends that Apple has made available, and Apple agreed to provide the folder names corresponding to that code.
    b. Apple agrees to produce supplemental client-side code responsive to this request for Find My Friends.
    c. For server-side code, Apple represents that it will produce the server-side code for Find My iPhone and Find My Friends.
    d. For client-side code for Maps, Compass, and Genius for Apps, Apple confirmed that it has that production in process.
    e. For "iCloud," Apple represents that, to the best of its current understanding, there is no separate "iCloud" code for interacting with Location Services.
    f. Apple represents that, to the best of its current understanding, it has produced framework code for ▮▮▮▮▮▮▮▮ and Weather, and will produce the framework code for Map Kit. Unwired Planet agrees that it is withdrawing its request for the framework code for Social and ▮▮▮▮▮▮ in exchange for Apple agreeing to produce a Rule 30(b)(6) witness to testify as to the interaction between those frameworks and Location Services.

13. Request 25: Apple has produced responsive code that satisfies this request.

14. Request 27: Unwired Planet agrees to withdraw this request in exchange for Apple agreeing to produce a Rule 30(b)(6) representative to testify as to whether third-party chips on iOS devices provide inputs to or receives inputs from the Core Location framework, and if they do, to provide an explanation of such functionality.

| | | |
|---|---|---|
| 1 | Dated:  November 6, 2014 | MCKOOL SMITH HENNIGAN, P.C. |
| 2 | | |
| 3 | | By /s/ John B. Campbell, Jr. |
| 4 | | Courtland L. Reichman (SBN 268873) |
| | | creichman@mckoolsmithhennigan.com |
| | | MCKOOL SMITH HENNIGAN, P.C. |
| 5 | | 255 Shoreline Drive, Suite 510 |
| | | Redwood Shores, CA 94065 |
| 6 | | Telephone:(650) 394-1400 |
| | | Facsimile:  (650) 394-1422 |
| 7 | | |
| | | Theodore Stevenson III (pro hac vice) |
| 8 | | tstevenson@mckoolsmith.com |
| | | McKool Smith, P.C. |
| 9 | | 300 Crescent Court, Suite 1500 |
| | | Dallas, Texas 75201 |
| 10 | | Telephone:(214) 978-4000 |
| | | Fax:          (214) 978-4044 |
| 11 | | |
| | | Kevin Burgess (pro hac vice) |
| 12 | | kburgess@mckoolsmith.com |
| | | John B. Campbell (pro hac vice) |
| 13 | | jcampbell@mckoolsmith.com |
| | | Kevin Kneupper (pro hac vice) |
| 14 | | kkneupper@mckoolsmith.com |
| | | McKool Smith, P.C. |
| 15 | | 300 W. 6th St., Suite 1700 |
| | | Austin, Texas 78701 |
| 16 | | Telephone:(512) 692-8700 |
| | | Fax:          (512) 692-8744 |
| 17 | | |
| | | *ATTORNEYS FOR PLAINTIFF UNWIRED* |
| 18 | | *PLANET LLC* |

| | | |
|---|---|---|
| 1 | Dated:  November 6, 2014 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | By: Y. Ernest Hsin |
| 3 | | Josh Krevitt |
| | | jkrevitt@gibsondunn.com |
| 4 | | GIBSON, DUNN & CRUTCHER LLP |
| | | 200 Park Ave. |
| 5 | | New York, NY 10166-0193 |
| | | Telephone:212.351.4000 |
| 6 | | Facsimile: 212.351.4035 |
| 7 | | H. Mark Lyon |
| | | mlyon@gibsondunn.com |
| 8 | | Y. Ernest Hsin |
| | | ehsin@gibsondunn.com |
| 9 | | Stuart Rosenberg |
| | | srosenberg@gibsondunn.com |
| 10 | | GIBSON, DUNN & CRUTCHER LLP |
| | | 1881 Page Mill Rd. |
| 11 | | Palo Alto, CA 94304-1211 |
| | | Telephone: 650.849.5300 |
| 12 | | Facsimile: 650.849.5333 |
| 13 | | *ATTORNEYS FOR DEFENDANT APPLE INC.* |

4

Case No. 3:13-CV-04134-VC (JCS)         STIPULATION OF RESOLUTION OF UNWIRED PLANET'S MOTION TO COMPEL

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with the Northern District of California's General Order No. 45, Section X(B), I attest that concurrence in the filing of the document has been obtained from Steven Kalogeras.

Dated: November 6, 2014

McKOOL SMITH HENNIGAN, P.C.

By /s/ John B. Campbell, Jr.

Courtland L. Reichman (SBN 268873)
creichman@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Facsimile: (650) 394-1422

Theodore Stevenson III (pro hac vice)
tstevenson@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:    (214) 978-4000
Fax:          (214) 978-4044

Kevin Burgess (pro hac vice)
kburgess@mckoolsmith.com
John B. Campbell (pro hac vice)
jcampbell@mckoolsmith.com
Kevin Kneupper (pro hac vice)
kkneupper@mckoolsmith.com
McKool Smith, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone:    (512) 692-8700
Fax:          (512) 692-8744g

ATTORNEYS FOR PLAINTIFF UNWIRED PLANET LLC

Dated: 11/7/14

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA