UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNWIRED PLANET, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC,<br><br>    Defendant. | Case No. 13-cv-04134-VC<br><br>**ORDER GRANTING UNWIRED PLANET 14 DAYS TO FILE MOTION**<br><br>Re: Dkt. No. 267 |

    Unwired Planet may file a motion requesting to add additional claims within fourteen days of the date of this order.

    The motion hearing scheduled for November 20, 2014 is vacated.

**IT IS SO ORDERED**.

Dated: November 7, 2014

_____
VINCE CHHABRIA
United States District Judge