Courtland L. Reichman, SBN 268873
creichman@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Fax: (650) 394-1422

Theodore Stevenson III (*pro hac vice*)
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
McKool Smith, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
kburgess@mckoolsmith.com
John B. Campbell (*pro hac vice*)
jcampbell@mckoolsmith.com
McKool Smith, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **3:13-CV-04134-VC** |
| v. | [PROPOSED] **ORDER GRANTING UNWIRED PLANET LLC'S MOTION TO CHANGE TIME** |
| **APPLE INC., a California corporation,** | |
| **Defendant.** | |

[PROPOSED] ORDER GRANTING UNWIRED PLANET LLC'S
MOTION TO CHANGE TIME
3:13-CV-04134-VC

Before the Court is Plaintiff Unwired Planet LLC's motion to change time pursuant to Local Rule 6-3. The Court finds that the Motion to Change Time is well taken and should be GRANTED.

IT IS SO ORDERED.

SIGNED THIS __26th__ day of __November__, 2014.

_____
The Honorable Vince Chhabria
United States District Judge

[PROPOSED] ORDER GRANTING UNWIRED PLANET LLC'S
MOTION TO CHANGE
3:13-CV-04134-VC

1