| | |
|---|---|
| Courtland L. Reichman, SBN 268873<br>creichman@mckoolsmith.com<br>MCKOOL SMITH HENNIGAN, P.C.<br>255 Shoreline Drive, Suite 510<br>Redwood Shores, CA 94065<br>Telephone: (650) 394-1400<br>Fax: (650) 394-1422<br><br>Theodore Stevenson III (pro hac vice)<br>tstevenson@mckoolsmith.com<br>300 Crescent Court, Suite 1500<br>MCKOOL SMITH, P.C.<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Fax: (214) 978-4044<br><br>Kevin Burgess (pro hac vice)<br>kburgess@mckoolsmith.com<br>John B. Campbell (pro hac vice)<br>jcampbell@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>300 W. 6th St., Suite 1700<br>Austin, Texas 78701<br>Telephone: (512) 692-8700<br>Fax: (512) 692-8744<br>*Attorneys for Plaintiff* | Josh Krevitt<br>jkrevitt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Ave., New York, NY  10166-0193<br>Telephone: (212) 351-4000<br>Fax: (212) 351-4035<br><br>H. Mark Lyon<br>mlyon@gibsondunn.com<br>Y. Ernest Hsin<br>ehsin@gibsondunn.com<br>Stuart Rosenberg<br>srosenberg@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Rd.<br>Palo Alto, CA  94304-1211<br>Telephone: (650) 849-5300<br>Fax: (650) 849-5333<br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Defendant. | **Case No. 3:13-cv-04134-VC (JCS)**<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Before the Court is the parties' Administrative Motion to File Documents Under Seal ("Motion").  The Motion requests a sealing order pursuant to Northern District of California Civil Local Rule 79-5 and 7-11 to seal portions of the Stipulation of Representativeness of Defendant Apple Inc.'s Source Code ("Stipulation").  Having considered the papers submitted,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** as described in the table below:

| Document | Portion to be sealed |
| --- | --- |
| Stipulation | Highlighted portions of paragraphs 6 and 7 |

**IT IS SO ORDERED.**

Dated: this  4th  day of  December , 2014.



The Honorable Vince Chhabria
United States District Judge