UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNWIRED PLANET, LLC,

    Plaintiff,

v.

APPLE INC,

    Defendant.

Case No. 13-cv-04134-VC

**ORDER DENYING MOTION FOR LEAVE**

Re: Dkt. No. 266

    Unwired Planet's motion for leave to add new products to this patent infringement suit is denied. Unwired Planet acted with diligence in seeking to add the iPhone 6, iOS 8 software, the iPad Air 2, and the iPad Mini 3, as it initiated discussions with Apple about adding the new products a few days after Apple released them, and then filed this motion roughly a month later. But at this stage, after fact discovery has already closed and with a trial date approaching, it would be unduly prejudicial to Apple to allow Unwired Planet to add new products.

**IT IS SO ORDERED**.

Dated: December 8, 2014

_____

VINCE CHHABRIA
United States District Judge