Courtland L. Reichman, SBN 268873
creichman@mckoolsmith.com
McKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Fax: (650) 394-1422

Theodore Stevenson III (*pro hac vice*)
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
McKOOL SMITH, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
kburgess@mckoolsmith.com
John B. Campbell (*pro hac vice*)
jcampbell@mckoolsmith.com
McKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

*Attorneys for Plaintiff Unwired Planet LLC*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**APPLE INC., a California corporation,**<br><br>　　　　　　**Defendant.** | CIVIL ACTION NO.<br><br>**3:13-CV-04134-VC**<br><br>[~~PROPOSED~~] **ORDER GRANTING UNWIRED PLANET'S UNOPPOSED MOTION TO AMEND PROTECTIVE ORDER** |

[PROPOSED] ORDER GRANTING UNWIRED PLANET'S UNOPPOSED
MOTION TO AMEND PROTECTIVE ORDER
3:13-CV-04134-VC

1    Before the Court is Unwired Planet's Unopposed Motion to Amend Protective Order.
2 The Court finds that the Motion is well taken and should be GRANTED.
3    IT IS SO ORDERED.
4    SIGNED THIS __23rd__ day of __December__, 2014.

_____
The Honorable Vince Chhabria
United States District Judge

[[PROPOSED] ORDER GRANTING UNWIRED PLANET'S UNOPPOSED
MOTION TO AMEND PROTECTIVE ORDER

3:13-CV-04134-VC