Courtland L. Reichman, SBN 268873
creichman@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Fax: (650) 394-1422

Theodore Stevenson III (*pro hac vice*)
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
McKool Smith, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
kburgess@mckoolsmith.com
John B. Campbell (*pro hac vice*)
jcampbell@mckoolsmith.com
McKool Smith, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,**<br><br>Plaintiff,<br><br>v.<br><br>**APPLE INC., a California corporation,**<br><br>Defendant. | **CIVIL ACTION NO.**<br><br>**3:13-CV-04134-VC**<br><br>**DECLARATION OF KEVIN M. KNEUPPER IN SUPPORT OF MOTION FOR RESOLUTION OF OBJECTIONS TO PRINTED SOURCE CODE UNDER PROTECTIVE ORDER**<br><br>**Judge: Hon. Vince Chhabria** |

DECLARATION OF KEVIN M. KNEUPPER IN
SUPPORT OF MOTION FOR RESOLUTION OF OBJECTIONS
TO PRINTED SOURCE CODE UNDER PROTECTIVE ORDER
3:13-CV-04134-VC

I, Kevin M. Kneupper, do hereby declare and state:

1. I am an attorney licensed to practice in the State of Texas, and have been admitted to practice before this Court *pro hac vice* in the above-captioned action (Dkt. No. 122). I am a principal with the law firm of McKool Smith, P.C., counsel for Plaintiff Unwired Planet LLC ("Unwired Planet") in this action. I have personal knowledge of the facts contained within this declaration and, if called as a witness, would and could testify competently to them. I make this declaration in support of Plaintiff's Motion for Resolution of Objections to Printed Source Code Under Protective Order.

2. I conducted an investigation in order to gather evidence to support Plaintiff's Motion for Resolution of Objections to Printed Source Code Under Protective Order in connection with this litigation. I gathered exhibits that would be required in support of Plaintiff's Motion for Resolution of Objections to Printed Source Code Under Protective Order. The results of my investigation and the corresponding documents I have gathered are identified hereafter.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Appendix A to the Expert Report of Mark Jones, Unwired Planet's technical expert.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Appendix B to the Expert Report of Mark Jones, Unwired Planet's technical expert.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Appendix C to the Expert Report of Mark Jones, Unwired Planet's technical expert.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Appendix D to the Expert Report of Mark Jones, Unwired Planet's technical expert.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a letter from Quincy Lu to John Campbell dated January 14, 2015.

2

DECLARATION OF KEVIN M. KNEUPPER IN
SUPPORT OF MOTION FOR RESOLUTION OF OBJECTIONS
TO PRINTED SOURCE CODE UNDER PROTECTIVE ORDER
3:13-CV-04134-VC

8. I investigated the purpose for which Unwired Planet is seeking the printed source code at issue, including by reviewing the expert reports and speaking to my colleagues at McKool Smith who would be involved in its use, including John Campbell, Christopher Mierzejewski, and Mario Apreotesi. Based on this investigation, I am unaware of any matter other than this lawsuit for which the source code is being printed, and it is my understanding that the source code at issue is being printed for the purpose of review and analysis solely in this lawsuit.

9. This declaration has been served on counsel of record for Apple pursuant to Northern District of California Civil Local Rule 79-5(e).

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on January 27, 2015 at Austin, Texas.

Dated: January 27, 2015                             */s/ Kevin M. Kneupper*
                                                                    Kevin M. Kneupper

3
DECLARATION OF KEVIN M. KNEUPPER IN
SUPPORT OF MOTION FOR RESOLUTION OF OBJECTIONS
TO PRINTED SOURCE CODE UNDER PROTECTIVE ORDER
3:13-CV-04134-VC