Courtland L. Reichman, SBN 268873
creichman@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Fax: (650) 394-1422

Theodore Stevenson III (*pro hac vice*)
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
McKool Smith, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
kburgess@mckoolsmith.com
John B. Campbell (*pro hac vice*)
jcampbell@mckoolsmith.com
McKool Smith, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **3:13-CV-04134-VC** |
| v. | [~~PROPOSED~~] **ORDER** |
| **APPLE INC., a California corporation,** | |
| **Defendant.** | |

[PROPOSED] ORDER
3:13-CV-04134-VC

Before the Court is Joint Motion for Extension of Expert Discovery Cutoff. The Court finds that the Motion is well taken and should be GRANTED.

IT IS SO ORDERED.

SIGNED THIS __11th_____ day of __February_____, 2015.

_____
The Honorable Vince Chhabria
United States District Judge