Courtland L. Reichman, SBN 268873
creichman@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Fax: (650) 394-1422

Theodore Stevenson III (*pro hac vice*)
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
McKool Smith, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
kburgess@mckoolsmith.com
John B. Campbell (*pro hac vice*)
jcampbell@mckoolsmith.com
McKool Smith, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,**<br><br>Plaintiff,<br><br>v.<br><br>**APPLE INC., a California corporation,**<br><br>Defendant. | CIVIL ACTION NO.<br><br>3:13-CV-04134-VC<br><br>[PROPOSED] **ORDER GRANTING UNWIRED PLANET LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

[PROPOSED] ORDER GRANTING UNWIRED PLANET LLC'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
3:13-CV-04134-VC

Before the Court is Plaintiff Unwired Planet LLC's administrative motion for a sealing order pursuant to Northern District of California Civil Local Rule 79-5 and 7-11 to seal Plaintiff's Motion for Resolution of Objections to Printed Source Code Under Protective Order, and Exhibits 1 through 5 to the Declaration of Kevin M. Kneupper in Support of Motion for Resolution of Objections to Printed Source Code Under Protective Order. Having considered the papers submitted, the Court hereby Grants Plaintiff Unwired Planet LLC's Administrative Motion to File Documents Under Seal as listed in the table below.

| Document | Portions to Seal |
|---|---|
| Motion for Resolution of Objections to Printed Source Code Under Protective Order | Entirety |
| Exhibit 1 | Entirety |
| Exhibit 2 | Entirety |
| Exhibit 3 | Entirety |
| Exhibit 4 | Entirety |
| Exhibit 5 | Entirety |

IT IS SO ORDERED.

SIGNED THIS __19th__ day of __February__, 2015.

_____
The Honorable Vince Chhabria
United States District Judge