1  JOSH KREVITT, SBN 208552
   jkrevitt@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
3  New York, NY  10166-0193
   Telephone:     212.351.4000
4  Facsimile:     212.351.4035

5  H. MARK LYON, SBN 162061
   mlyon@gibsondunn.com
6  Y. ERNEST HSIN, SBN 201668
   ehsin@gibsondunn.com
7  STUART M. ROSENBERG, SBN 239926
   srosenberg@gibsondunn.com
8  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
9  Palo Alto, CA  94304-1211
   Telephone:  650.849.5300
10 Facsimile:  650.849.5333

11 *Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNWIRED PLANET LLC, a Nevada limited liability company, | Case No. 3:13-cv-04134-VC |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL |
| APPLE INC., a California corporation, | |
| Defendant. | |

Before the Court is Defendant Apple Inc.'s Administrative Motion to File Documents Under Seal ("Motion").  The Motion requests a sealing order pursuant to Northern District of California Civil Local Rule 79-5 and 7-11 for Exhibits 1-6 to the Declaration of Quincy Lu in Support of Apple's Opposition to Unwired Planet's Motion for Resolution of Objections to Printed Source Code Under Protective Order.  Having considered the papers submitted,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** as described in the table below:

| Document | Portion to be sealed |
|---|---|
| Exhibit 1 | Entirety |
| Exhibit 2 | Entirety |
| Exhibit 3 | Entirety |
| Exhibit 4 | Entirety |
| Exhibit 5 | Entirety |
| Exhibit 6 | Entirety |

**IT IS SO ORDERED.**

Dated: this  19th  day of  February , 2015.

_____
The Honorable Vince Chhabria
United States District Judge