1  Josh Krevitt, #208552
   jkrevitt@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Ave.
3  New York, NY 10166-0193
   Telephone:  212.351.4000
4  Facsimile:  212.351.4035

5  H. Mark Lyon, # 162061
   mlyon@gibsondunn.com
6  Y. Ernest Hsin, # 201668
   ehsin@gibsondunn.com
7  Stuart M. Rosenberg, # 239926
   srosenberg@gibsondunn.com
8  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Rd.
9  Palo Alto, CA  94304-1211
   Telephone:  650.849.5300
10 Facsimile:  650.849.5333

11 *Attorneys for Defendant Apple Inc.*

12              **UNITED STATES DISTRICT COURT**

13             **NORTHERN DISTRICT OF CALIFORNIA**

14               **SAN FRANCISCO DIVISION**

15 UNWIRED PLANET LLC, a Nevada limited         Case No. 3:13-cv-4134-VC (JCS)
   liability company,
16
                 Plaintiff,
17                                              **APPLE INC.'S MOTION FOR SUMMARY
                                                JUDGMENT AND OPPOSITION TO
18      v.                                      UNWIRED PLANET'S MOTION FOR
                                                SUMMARY JUDGMENT**
19 APPLE INC., a California corporation,

20               Defendant.                     **Judge: Hon. Vince Chhabria**

21

22

23

24

25

26

27

28





2. 















1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28











1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



n need

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28































1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





data packets over the Internet.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28







1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

















1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28







24 *See* Ex. 15 (Jones Dep.) at 207:19-208:1 ("Q. So from the content of a byproduct request -- if
you had the entire content of a byproduct request sent by an iOS device, could you, from the
[Footnote continued on next page]















Dated:  March 16, 2015.

By: */s/ Y. Ernest Hsin*

Josh Krevitt
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Ave.
New York, NY  10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

H. Mark Lyon
mlyon@gibsondunn.com
Y. Ernest Hsin
ehsin@gibsondunn.com
Stuart Rosenberg
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Rd.
Palo Alto, CA  94304-1211
Telephone:  650.849.5300
Facsimile:  650.849.5333

*Attorneys for Defendant Apple Inc.*

1

**CERTIFICATE OF SERVICE**

2      The undersigned hereby certifies that the foregoing document was filed electronically in

3 compliance with Civil L.R. 5.4, and will be served upon all counsel of record for the parties who

4 have consented to electronic service in accordance with Civil L.R. 5.4 via the Court's ECF system.

5 Dated:  March 16, 2015              By: */s/ Christina Kogan*

6                                    Christina Kogan
                                     GIBSON, DUNN & CRUTCHER LLP
7

8                                    *Attorney for Defendant Apple Inc.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28