JOSH KREVITT, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone:    212.351.4000

H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
Y. ERNEST HSIN, SBN 201668
ehsin@gibsondunn.com
STUART M. ROSENBERG, SBN 239926
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:    650.849.5300

BROOKE MYERS WALLACE, SBN 259169
bwallace@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:    213.229.7000

*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Unwired Planet, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>Apple Inc.,<br><br>                Defendant. | CASE NO. 4:13-cv-4134-VC<br><br>**MOTION TO EXCLUDE UNWIRED PLANET'S SURVEY EXPERT DR. GREG M. ALLENBY, DAMAGES EXPERT MR. ROBERT MILLS, AND THE "EXPERT" DISCLOSURE OF MR. TIM ROBBINS**<br><br>**<u>Hearing</u>:**<br>Date:<br>Time:<br>Place:      Courtroom 4<br>Judge:     Hon. Vince Chhabria |

Gibson, Dunn &
Crutcher LLP



Gibson, Dunn &
Crutcher LLP

CASE NO. 3:12-CV-4134-VC
APPLE'S *DAUBERT* MOTION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn & Crutcher LLP

CASE NO. 3:12-CV-4134-VC
APPLE'S *DAUBERT* MOTION

Gibson, Dunn &
Crutcher LLP

CASE NO. 3:12-CV-4134-VC
APPLE'S *DAUBERT* MOTION

Gibson, Dunn &
Crutcher LLP



Gibson, Dunn &
Crutcher LLP

CASE NO. 3:12-CV-4134-VC
APPLE'S *DAUBERT* MOTION



CASE NO. 3:12-CV-4134-VC
APPLE'S *DAUBERT* MOTION

Gibson, Dunn &
Crutcher LLP



Gibson, Dunn &
Crutcher LLP

CASE NO. 3:12-CV-4134-VC
APPLE'S *DAUBERT* MOTION



Gibson, Dunn &
Crutcher LLP

CASE NO. 3:12-CV-4134-VC
APPLE'S *DAUBERT* MOTION



Gibson, Dunn &
Crutcher LLP

CASE NO. 3:12-CV-4134-VC
APPLE'S *DAUBERT* MOTION



CASE NO. 3:12-CV-4134-VC
APPLE'S *DAUBERT* MOTION

Gibson, Dunn &
Crutcher LLP



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

CASE NO. 3:12-CV-4134-VC
APPLE'S *DAUBERT* MOTION



Gibson, Dunn &
Crutcher LLP

CASE NO. 3:12-CV-4134-VC
APPLE'S *DAUBERT* MOTION



Gibson, Dunn &
Crutcher LLP

CASE NO. 3:12-CV-4134-VC
APPLE'S *DAUBERT* MOTION



Gibson, Dunn & Crutcher LLP

CASE NO. 3:12-CV-4134-VC
APPLE'S *DAUBERT* MOTION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



Gibson, Dunn & Crutcher LLP

CASE NO. 3:12-CV-4134-VC
APPLE'S *DAUBERT* MOTION



Gibson, Dunn &
Crutcher LLP

CASE NO. 3:12-CV-4134-VC
APPLE'S *DAUBERT* MOTION



Gibson, Dunn &
Crutcher LLP

CASE NO. 3:12-CV-4134-VC
APPLE'S *DAUBERT* MOTION



Gibson, Dunn &
Crutcher LLP

CASE NO. 3:12-CV-4134-VC
APPLE'S *DAUBERT* MOTION



14



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 3:12-CV-4134-VC
APPLE'S *DAUBERT* MOTION

Dated: March 16, 2015

JOSH KREVITT, SBN 208552
jkrevitt@gibsondunn.com
H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
Y. ERNEST HSIN, SBN 201668
ehsin@gibsondunn.com
STUART M. ROSENBERG, SBN 239926
srosenberg@gibsondunn.com
BROOKE MYERS WALLACE, SBN 259169
bwallace@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP


By:    _____/s/ *Brooke Myers Wallace*_____
                Brooke Myers Wallace, SBN 259169
                bwallace@gibsondunn.com

*Attorneys for Defendant Apple Inc.*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in

compliance with Civil L.R. 5.4 and will be served upon all counsel of record for the parties who have

consented to electronic service in accordance with Civil L.R. 5.4 via the Court's ECF system.

Dated:  March 16, 2015                    GIBSON, DUNN & CRUTCHER LLP


                                          By:  /s/ Brooke Myers Wallace
                                              Attorney for Defendant Apple Inc.