1   JOSH KREVITT, SBN 208552
    jkrevitt@gibsondunn.com
2   GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
3   New York, NY  10166-0193
    Telephone: 212.351.4000
4
    H. MARK LYON, SBN 162061
5   mlyon@gibsondunn.com
    Y. ERNEST HSIN, SBN 201668
6   ehsin@gibsondunn.com
    STUART M. ROSENBERG, SBN 239926
7   srosenberg@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
8   1881 Page Mill Road
    Palo Alto, CA  94304-1211
9   Telephone: 650.849.5300

10  BROOKE MYERS WALLACE, SBN 259169
    bwallace@gibsondunn.com
11  GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
12  Los Angeles, CA  90071-3197
    Telephone: 213.229.7000
13  *Attorneys for Defendant Apple Inc.*

14                     **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                        **SAN FRANCISCO DIVISION**

17  UNWIRED PLANET LLC,                    Case No. 3:13-cv-4134-VC

18                    Plaintiff,           **DECLARATION OF BROOKE MYERS**
                                           **WALLACE IN SUPPORT OF DEFENDANT**
19         v.                              **APPLE INC.'S MOTION TO EXCLUDE**
                                           **UNWIRED PLANET'S SURVEY EXPERT**
20  APPLE INC.,                            **DR. GREG M. ALLENBY, DAMAGES**
                                           **EXPERT MR. ROBERT MILLS, AND THE**
21                    Defendant.           **"EXPERT" DISCLOSURE OF MR. TIM**
                                           **ROBBINS**

22

23

24

25

26

27

28

1    I, Brooke Myers Wallace, declare and state:

2    1.    I am an associate at Gibson, Dunn & Crutcher LLP and counsel of record for

3    Defendant Apple Inc. ("Apple") in this action.  The items stated below are based on my personal

4    knowledge.

5    2.    Attached hereto as **Exhibit A** is an excerpt of a true and correct copy of the February

6    19, 2015 deposition of Greg M. Allenby, Ph.D.

7    3.    Attached hereto as **Exhibit B** is an excerpt of a true and correct copy of the February

8    26, 2015 deposition of Robert Mills.

9    4.    Attached hereto as **Exhibit C** is a true and correct copy of the Order Re Apple's

10   Motion to Exclude, Doc. No. 524, from the matter *NetAirus Techs., LLC v. Apple, Inc.*, No. 10-cv-

11   03257 (C.D. Cal. Oct. 23, 2013).

12   5.    Attached hereto as **Exhibit D** is a true and correct copy of the Opening Expert Report

13   of Dr. Greg M. Allenby, dated December 3, 2014.

14   6.    Attached hereto as **Exhibit E** is an excerpt of a true and correct copy of the February

15   5-6, 2015 deposition of Dr. Mark Thomas Jones.

16   7.    Attached hereto as **Exhibit F** is an excerpt of a true and correct copy of Appendices A,

17   B, and D to the Opening Expert Report of Dr. Mark Jones, dated December 3, 2014.

18   8.    Attached hereto as **Exhibit G** is a true and correct copy of the Memo. Op. and Order,

19   Doc. No. 374, from the matter *Smartflash LLC v. Apple, Inc.*, No. 13-CV-447 (E.D. Tex. Dec. 23,

20   2014).

21   9.    Attached hereto as **Exhibit H** is an excerpt of a true and correct copy of Exhibit 1 to

22   the Expert Report of Dr. Greg M. Allenby, dated December 3, 2014, containing an article titled

23   "Economic Valuation of Product Features."

24   10.   Attached hereto as **Exhibit I** is a true and correct copy of the Rebuttal Expert Report

25   of Dr. Lynne J. Weber to Allenby Expert Report and Use of Allenby Results in the Mills Expert

26   Report, dated January 19, 2015.

27   11.   Attached hereto as **Exhibit J** is a true and correct copy of a document titled "FY2007

28   – Q2FY2014 iPhone Summary," Bates numbered APL-UP_00196908.

1      12.     Attached hereto as **Exhibit K** is an excerpt of a true and correct copy of the October

2  22, 2014 deposition of Timothy Robbins.

3      13.     Attached hereto as **Exhibit L** is an excerpt of a true and correct copy of the October

4  23, 2014 deposition of Timothy Robbins.

5      14.     Attached hereto as **Exhibit M** is an excerpt of a true and correct copy of the February

6  12, 2015 deposition of Tim Robbins.

7      15.     Attached hereto as **Exhibit N** is an excerpt of a true and correct copy of the Expert

8  Report of Robert Mills, dated December 3, 2014.

9      16.     Attached hereto as **Exhibit O** is an excerpt of a true and correct copy of Exhibit 1 to

10  the Expert Report of Dr. Greg M. Allenby, dated December 3, 2014, containing an article titled

11  "Valuation of Patented Product Features."

12      17.     Attached hereto as **Exhibit P** is a true and correct copy of a document by Shari

13  Diamond, "Reference Guide on Survey Research," REFERENCE MANUAL ON SCIENTIFIC

14  EVIDENCE (Fed. Judicial Ctr. 3d ed.).

15      18.     Attached hereto as **Exhibit Q** is a true and correct copy of a document titled "US

16  Patent – Apple Chartable," Bates numbered UPA_0217331.

17      19.     Attached hereto as **Exhibit R** is a true and correct copy of a document titled "Unwired

18  Planet's CEO Presents at Patent Purchase Agreement Conference (Transcript)," dated January 10,

19  2013.

20      20.     Attached hereto as **Exhibit S** is a true and correct copy of Unwired Planet LLC's Rule

21  26(A)(2)(C) Disclosure Of Testimony By Tim Robbins, dated December 3, 2014 ("corrected"

22  version served by UP on February 11, 2015).

23

24

25

26

27

28

1    21.    I declare under the penalty of perjury under the laws of the State of California and the

2  United States that the foregoing is true and correct.  Executed this 16th day of March, 2015, in

3  California.

4                                          By:     /s/ Brooke Myers Wallace
                                                      Brooke Myers Wallace
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28