**CONFIDENTIAL DOCUMENT FILED UNDER SEAL**

# EXHIBIT K