JOSH KREVITT, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:    212.351.4000
Facsimile:    212.351.4035

H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
Y. ERNEST HSIN, SBN 201668
ehsin@gibsondunn.com
STUART M. ROSENBERG, SBN 239926
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300

BROOKE MYERS WALLACE, SBN 259169
bwallace@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Unwired Planet, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Apple Inc.,<br><br>    Defendant. | CASE NO. 3:13-cv-4134-VC<br><br>[PROPOSED] **ORDER GRANTING APPLE INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (D.I. 313 AND 314)**<br><br>Judge:  Honorable Vince Chhabria |

1  Before the Court is Defendant Apple Inc.'s Motion To Remove Incorrectly Filed Document,
2  for D.I. 313 and 314 in the above captioned case.
3  Finding the motion well taken, the Court hereby **GRANTS** the motion, and orders D.I. 313
4  and 314 to be removed from the Court's ECF system.

6  Dated: this 8th day of April, 2015.   _____
7                                        The Honorable Vince Chhabria
8                                        United States District Judge