Courtland L. Reichman, SBN 268873
creichman@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Fax: (650) 394-1422

Theodore Stevenson III (*pro hac vice*)
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
McKool Smith, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
kburgess@mckoolsmith.com
John B. Campbell (*pro hac vice*)
jcampbell@mckoolsmith.com
McKool Smith, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

*Attorneys for Plaintiff Unwired Planet LLC*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,**<br><br>**Plaintiff,**<br><br>v.<br><br>**APPLE INC., a California corporation,**<br><br>**Defendant.** | **CIVIL ACTION NO.**<br><br>**3:13-CV-04134-VC**<br><br>**UNOPPOSED MOTION TO PARTIALLY SEAL THE COURTROOM DURING HEARING ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>**Judge: Hon. Vince Chhabria** |

Plaintiff Unwired Planet LLC ("Unwired Planet") moves for an order partially sealing the courtroom at the hearing on the parties' Motions for Summary Judgment scheduled for April 22, 2015, at 10:00 am.

## I.     INTRODUCTION

On March 2, 2015, Unwired Planet filed an Administrative Motion to File Documents Under Seal [Dkt 310] seeking to seal Plaintiff's Motion for Summary Judgment, as well as certain exhibits thereto. On March 26, 2015, Apple filed an Administrative Motion to File Documents Under Seal [Dkt 316] seeking to seal Defendant's Motion for Summary Judgment and Opposition to Unwired Planet's Motion for Summary Judgment, as well as certain exhibits thereto.

Unwired Planet believes, based on the briefing of the parties, that certain terms of its contracts with third parties, including Lenovo and Microsoft, may be discussed at the hearing. Unwired Planet has obligations under those contracts to seek to protect the confidentiality of such agreements and their terms, which are designated as confidential information of Microsoft and Lenovo under the agreements. Those documents were designated as "Highly Confidential – Attorney's Eyes Only" when produced. Unwired Planet has consulted with Apple, and Apple does not oppose its request to partially seal the courtroom. As such, Unwired Planet requests that, to the extent terms of its contracts with third parties are discussed, including its contracts with Microsoft and Lenovo, the courtroom be sealed for those portions of the hearing. *See Jazz Photo Corp. v. United States*, 439 F.3d 1344, 1358 (Fed. Cir. 2006).

## II.     CONCLUSION

Based on the foregoing, Unwired Planet respectfully moves to partially seal the courtroom as necessary during the hearing on the parties' Motions for Summary Judgment scheduled for April 22, 2015, at 10:00 am.

DATED: April 14, 2015

**MCKOOL SMITH HENNIGAN, P.C.**

By <u>/s/ Kevin M. Kneupper</u>

Courtland L. Reichman (SBN 268873)
creichman@mckoolsmithhennigan.com
McKool Smith Hennigan, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Facsimile: (650) 394-1422

Theodore Stevenson III (*pro hac vice*)
tstevenson@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
kburgess@mckoolsmith.com
John B. Campbell (*pro hac vice*)
jcampbell@mckoolsmith.com
Kevin Kneupper (*pro hac vice*)
kkneupper@mckoolsmith.com
Leah Buratti (*pro hac vice*)
lburatti@mckoolsmith.com
Mario A. Apreotesi (*pro hac vice*)
mapreotesi@mckoolsmith.com
McKool Smith, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

*Attorneys for Plaintiff Unwired Planet LLC*

3
UNOPPOSED MOTION TO PARTIALLY SEAL THE COURTROOM DURING
HEARING ON MOTIONS FOR SUMMARY JUDGMENT
3:13-CV-04134-VC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil L.R. 5.4, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil L.R. 5.4 via the Court's ECF system.

Dated: April 14, 2015                    By: */s /Kevin M. Kneupper*
                                                         Kevin M. Kneupper