| | |
|---|---|
| Courtland L. Reichman, SBN 268873<br>creichman@mckoolsmith.com<br>MCKOOL SMITH HENNIGAN, P.C.<br>255 Shoreline Drive, Suite 510<br>Redwood Shores, CA 94065<br>Telephone: (650) 394-1400<br>Fax: (650) 394-1422 | Josh Krevitt, SBN 208552<br>jkrevitt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035 |
| Theodore Stevenson III (*pro hac vice*)<br>tstevenson@mckoolsmith.com<br>300 Crescent Court, Suite 1500<br>McKool Smith, P.C.<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Fax: (214) 978-4044 | H. Mark Lyon, SBN 162061<br>mlyon@gibsondunn.com<br>Y. Ernest Hsin, SBN 201668<br>ehsin@gibsondunn.com<br>Stuart M. Rosenberg, SBN 239926<br>srosenberg@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333 |
| Kevin Burgess (*pro hac vice*)<br>kburgess@mckoolsmith.com<br>John B. Campbell (*pro hac vice*)<br>jcampbell@mckoolsmith.com<br>McKool Smith, P.C.<br>300 W. 6th St., Suite 1700<br>Austin, Texas 78701<br>Telephone: (512) 692-8700<br>Fax: (512) 692-8744 | *Attorneys for Defendant Apple Inc.* |
| *Attorneys for Plaintiff Unwired Planet LLC* | |

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CIVIL ACTION NO.<br><br>3:13-CV-04134-VC<br><br>**JOINT ADMINISTRATIVE MOTION AND [PROPOSED] ORDER] REGARDING EQUIPMENT AND MATERIALS FOR HEARINGS ON APRIL 22, 2015**<br><br>Judge:   Hon. Vince Chhabria<br>            Courtroom 4, 17th Floor |

JOINT ADMINISTRATIVE MOTION AND [PROPOSED ORDER]
REGARDING EQUIPMENT AND MATERIALS FOR HEARINGS
ON APRIL 22, 2015
3:13-CV-04134-VC

1   Plaintiff Unwired Planet LLC ("Unwired Planet") and Defendant Apple Inc. ("Apple") respectfully request permission, pursuant to Northern District of California General Order No. 58, to bring certain equipment into the Federal Courthouse in San Francisco, California, located at 450 Golden Gate Avenue, San Francisco, California, and to set up and use this equipment in the courtroom of the Honorable Vince Chhabria.  The parties seek to use the abovementioned equipment for purposes of facilitating demonstrative exhibits that may be used during the hearings to be held in this matter on Wednesday, April 22, 2015, at 10:00 am.

WHEREAS the abovementioned equipment will include the following:

- 4 laptop computers
- 2 17" LCD Monitors
- 1 x 8 VGA DA
- 6 x 1 VGA switch
- 1 data projector
- 1 7.5' x 10' projector screen
- 1 projector stand
- 2 table/cart/stands to setup and store devices, and
- cables, peripherals, and power cords for the foregoing equipment.

NOW THEREFORE the parties hereby request the Court to allow access to the courtroom for the set-up of such equipment at 8:00 am on April 22, 2015, and to allow use of such equipment at the hearings beginning at 10:00 am.

DATED:  April 20, 2015

| **MCKOOL SMITH HENNIGAN, P.C.** | **GIBSON, DUNN & CRUTCHER LLP** |
|---|---|
| By */s/ Kevin M. Kneupper*[*] | By */s/ Brooke Myers Wallace* |
| Courtland L. Reichman (SBN 268873) | Josh Krevitt, SBN 208552 |
| creichman@mckoolsmithhennigan.com | jkrevitt@gibsondunn.com |
| McKool Smith Hennigan, P.C. | GIBSON, DUNN & CRUTCHER LLP |
| 255 Shoreline Drive, Suite 510 | 200 Park Avenue |
| Redwood Shores, CA 94065 | New York, NY  10166-0193 |
| Telephone: (650) 394-1400 | Telephone: 212.351.4000 |
| Facsimile: (650) 394-1422 | Facsimile:  212.351.4035 |
| Theodore Stevenson III (*pro hac vice*) | H. Mark Lyon, SBN 162061 |
| tstevenson@mckoolsmith.com | mlyon@gibsondunn.com |
| McKool Smith, P.C. | Y. Ernest Hsin, SBN 201668 |
| 300 Crescent Court, Suite 1500 | ehsin@gibsondunn.com |
| Dallas, Texas 75201 | Stuart M. Rosenberg, SBN 239926 |
| Telephone: (214) 978-4000 | srosenberg@gibsondunn.com |
| Fax: (214) 978-4044 | GIBSON, DUNN & CRUTCHER LLP |
|  | 1881 Page Mill Road |
| Kevin Burgess (*pro hac vice*) | Palo Alto, CA  94304-1211 |
| kburgess@mckoolsmith.com | Telephone: 650.849.5300 |
| John B. Campbell (*pro hac vice*) | Facsimile:  650.849.5333 |
| jcampbell@mckoolsmith.com |  |
| Kevin Kneupper (*pro hac vice*) | *Attorneys for Defendant Apple Inc.* |
| kkneupper@mckoolsmith.com |  |
| Leah Buratti (*pro hac vice*) |  |
| lburatti@mckoolsmith.com |  |
| Mario A. Apreotesi  (*pro hac vice*) |  |
| mapreotesi@mckoolsmith.com |  |
| McKool Smith, P.C. |  |
| 300 W. 6th St., Suite 1700 |  |
| Austin, Texas 78701 |  |
| Telephone: (512) 692-8700 |  |
| Fax: (512) 692-8744 |  |

*Attorneys for Plaintiff Unwired Planet LLC*

---

[*] In accordance with N.D. Cal. Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

1    [~~PROPOSED~~] ORDER

2    The parties' request to bring the above equipment on April 22, 2015, for use during the
3    hearings scheduled on April 22, 2015, is GRANTED.
4    IT IS SO ORDERED.

5    Dated: April 20, 2015

        _____
6       THE HONORABLE VINCE CHHABRIA
        United States District Judge