UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNWIRED PLANET, LLC,

    Plaintiff,

v.

APPLE INC,

    Defendant.

Case No. 13-cv-04134-VC

**ORDER RE HEARING**

At tomorrow's hearing, the Court does not wish to hear argument on the following issues:

- Apple's motion to exclude
- Unwired Planet's motion for summary judgment on Apple's invalidity argument with respect to the '831 patent based on the GSM standard as anticipatory prior art
- Apple's motion for summary judgment on invalidity of the '446 patent based on the Yamakita patent as anticipatory prior art
- Unwired Planet's motion for summary judgment on Apple's affirmative defense and counterclaim of inequitable conduct with respect to the '260 patent
- Unwired Planet's motion for summary judgment on Apple's invalidity argument with respect to the '092 patent based on "Proposal for LFS" as anticipatory prior art
- Unwired Planet's motion for summary judgment on Apple's laches defense

**IT IS SO ORDERED.**

Dated: April 21, 2015

_____
VINCE CHHABRIA
United States District Judge