Josh Krevitt, #208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Ave.
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

H. Mark Lyon, # 162061
mlyon@gibsondunn.com
Y. Ernest Hsin, # 201668
ehsin@gibsondunn.com
Stuart M. Rosenberg, # 239926
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Rd.
Palo Alto, CA  94304-1211
Telephone:  650.849.5300
Facsimile:  650.849.5333

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 3:13-cv-4134-VC<br><br>**JOINT STATEMENT OF THE CASE**<br><br>**Judge: Hon. Vince Chhabria** |

Pursuant to this Court's Standing Order for Civil Trials, Plaintiff Unwired Planet LLC ("Unwired Planet") and Defendant Apple Inc. ("Apple") submit this Joint Statement of the case to be read to the jury during voir dire.

### STATEMENT OF THE CASE

This case is about alleged infringement of patents. The plaintiff, the entity that has brought this case, is Unwired Planet LLC. The defendant in this case is Apple Inc. Unwired Planet accuses Apple of infringing four patents.

Unwired Planet filed suit against Apple seeking money damages from Apple, and alleges that some of Apple's mobile devices including the iPhone, iPad and iPod touch infringed certain claims of four of its patents. Apple denies that it has infringed these patent claims and argues that in addition, some or all of the patent claims are invalid. Invalidity is a defense to infringement.

The first patent at issue in this case is United States Patent Number 6,317,831 and was obtained by Peter King. For convenience, the parties and I will often refer to this patent as the '831 patent. The second patent at issue in this case is United States Patent Number 6,321,092, and was obtained by James Fitch, David Hose, and Michael McKnight. For convenience, the parties and I will often refer to this as the '092 patent. The third patent at issue in this case is United States Patent Number 6,532,446, and was obtained by Peter King. For convenience, the parties and I will often refer to this as the '446 patent. The fourth and final patent at issue in this case is United States Patent Number 6,647,260, and was obtained by Steven Dusse, Peter King, Bruce Schwartz, and Bruce Martin. For convenience, the parties and I will often refer to this as the '260 patent. Each of the four patents was transferred either directly or indirectly to Unwired Planet, who now owns all four patents.

Your job, if you become a member of the jury in this case, will be to decide whether any of the asserted claims of the four patents have been infringed, and whether the asserted patent claims are valid. If you decide that any asserted claim of one or more of the patents has been infringed and is not invalid, you will then need to decide any money damages to be awarded to Unwired Planet to compensate for the infringement.

DATED: May 1, 2015

| **McKool Smith Hennigan, P.C.** | **Gibson, Dunn & Crutcher LLP** |
|---|---|
| By /s/ Kevin M. Kneupper | By /s/ Brooke Myers Wallace |
| Courtland L. Reichman (SBN 268873)<br>creichman@mckoolsmithhennigan.com<br>McKool Smith Hennigan, P.C.<br>255 Shoreline Drive, Suite 510<br>Redwood Shores, CA 94065<br>Telephone: (650) 394-1400<br>Facsimile: (650) 394-1422 | Josh Krevitt, SBN 208552<br>jkrevitt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035 |
| Theodore Stevenson III (*pro hac vice*)<br>tstevenson@mckoolsmith.com<br>McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Fax: (214) 978-4044 | H. Mark Lyon, SBN 162061<br>mlyon@gibsondunn.com<br>Y. Ernest Hsin, SBN 201668<br>ehsin@gibsondunn.com<br>Stuart M. Rosenberg, SBN 239926<br>srosenberg@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333 |
| Kevin Burgess (*pro hac vice*)<br>kburgess@mckoolsmith.com<br>John B. Campbell (*pro hac vice*)<br>jcampbell@mckoolsmith.com<br>Kevin Kneupper (*pro hac vice*)<br>kkneupper@mckoolsmith.com<br>Leah Buratti (*pro hac vice*)<br>lburatti@mckoolsmith.com<br>Mario A. Apreotesi  (*pro hac vice*)<br>mapreotesi@mckoolsmith.com<br>McKool Smith, P.C.<br>300 W. 6th St., Suite 1700<br>Austin, Texas 78701<br>Telephone: (512) 692-8700<br>Fax: (512) 692-8744 | *Attorneys for Defendant Apple Inc.* |
| *Attorneys for Plaintiff Unwired Planet LLC* | |

JOINT STATEMENT OF THE CASE
CASE NO. 3:13-CV-4134                                        2