Josh Krevitt, #208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Ave.
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

H. Mark Lyon, # 162061
mlyon@gibsondunn.com
Y. Ernest Hsin, # 201668
ehsin@gibsondunn.com
Stuart M. Rosenberg, # 239926
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Rd.
Palo Alto, CA  94304-1211
Telephone:  650.849.5300
Facsimile:  650.849.5333

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 3:13-cv-4134-VC (JCS)<br><br>**APPLE INC.'S FURTHER BRIEFING REGARDING ITS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '446 PATENT**<br><br>**[FILED UNDER SEAL]**<br><br>**Judge: Hon. Vince Chhabria** |

**TABLE OF CONTENTS**

Page

I.  As Recognized by the '446 Patent, Voice Channels Have Fundamentally Different Properties From Data Channels ................................................................................................ 2

    A.  Cellular Voice Channels Treat Voice Differently From Non-Voice Data ........................ 3

    B.  VoIP Voice Channels Treat Voice Differently From Non-Voice Data ............................ 3

II. Siri's TCP/IP Channel Does Not Treat Voice Differently From Non-Voice Data ................ 5

As the Court's Order Regarding Further Briefing (D.I. 363) notes, the '446 patent explains that a voice channel "is generally established and coordinated using the infrastructure and procedures generally known in the art for setting up a phone call." '446 patent at 6:21-24. The undisputed record shows that such procedures include, *inter alia*, the channel's giving specific priority to voice over non-voice data, as well as using different error correction mechanisms for voice versus non-voice data, such that voice is sent more quickly (at the expense of accuracy), while non-voice data is sent more accurately (at the expense of speed). Thus, a voice channel is a voice channel by virtue of *how it treats and handles voice communications*. Consequently, as a bright line threshold principle, and at the most fundamental level, a voice channel must treat voice differently from how non-voice data is treated. A channel cannot, of course, treat voice according to the "procedures generally known in the art for setting up a phone call" if it makes no distinction between voice and non-voice data.

Here, Unwired Planet's expert, Dr. Jones, *expressly admits* that the channel used by Siri – a TCP/IP channel – does not distinguish between voice and non-voice data. Dkt. 316-35 (Ex. 43) at 9 ("TCP/IP is not concerned with whether it is transmitting voice or non-voice data."). This undisputed fact carries with it important ramifications relevant to the very issue before the Court. Specifically, because the channel used by Siri is not concerned with whether voice or non-voice data is being transmitted, it treats voice communications *exactly the same* as non-voice communications, such as webpages or email. Apple repeatedly emphasized this critical fact in both its expert report and its summary judgment briefing, and Unwired Planet has never attempted to dispute it. This undisputed fact, viewed in light of the patent's teaching of what constitutes a voice channel, is dispositive of the issue of whether Siri uses a voice channel to transmit a user's voice, and establishes that Siri does not.

Unwired Planet has raised a host of so-called "disputes." But Unwired Planet's arguments, at best, relate to how data is processed at devices or servers before or after it is sent (and, as explained below, many of Unwired Planet's arguments are wholly irrelevant), rather than the *nature of the channel* over which the data is sent. Not a single one of Unwired Planet's "disputes" changes the undisputed and *dispositive* fact that Siri's TCP/IP channel does not treat

voice differently from non-voice data (nor even distinguish between the two) and, therefore, is not a voice channel. To conclude otherwise, and *include*, within the patent's scope, channels that do not distinguish between voice and non-voice data, would be to disregard the alleged invention of the '446 patent, set forth in the Summary of the Invention, which is premised on the dichotomy between sending voice input over a *voice channel* and the resulting symbolic data file over a *data channel*. Here, the undisputed record establishes that Siri sends all communications, in both directions, over the same data channel and does not use a voice channel.

## I. As Recognized by the '446 Patent, Voice Channels Have Fundamentally Different Properties From Data Channels

The contrast between voice channels and data channels at the heart of the '446 patent is founded in how networks fundamentally treat voice differently from non-voice data. As Apple's expert, Mr. Rysavy, explained, it is critical that voice communications be transmitted without any delays. D.I. 316-32 (Ex. 36) ¶398. Delayed or irregular voice transmission causes distortion, and can also cause participants in a conversation to speak over each other. *Id*. Consequently, for the transmission of speech to be useful, voice channels must transmit all voice packets at the same speed, even if it means some transmission errors or dropped packets go uncorrected. *Id*. This undisputed requirement is the basis for the specific priority, protocols, and error correction used by voice channels, as discussed further below.

Data channels, in contrast, will tolerate delays, but they will *not* tolerate errors. *Id*. ¶¶398, 401. When transmitting non-voice data such as web pages, email, or file downloads, a data channel will sacrifice speed for the sake of accuracy. *Id*. For example, if errors are detected in a file download, the corresponding data packets are re-sent, guaranteeing an accurate file transfer but slowing down the overall transmission. In other words, it is unacceptable for a file to be downloaded with missing content, whereas it is acceptable for a phone conversation to have some dropped packets so long as the speech is not delayed. Importantly, Unwired Planet has *never disputed* any of these different attributes of voice channels versus data channels.

As discussed further below, in both cellular and non-cellular contexts, voice channels use priority, protocols, and error correction properties to accommodate the unique needs of voice communications. Critically, it is undisputed that Siri's TCP/IP channel has *none* of these

properties because it does not distinguish between voice and non-voice data.

### A.     Cellular Voice Channels Treat Voice Differently From Non-Voice Data

Because voice requires smooth transmission without delays, wireless carriers assign higher *priority* to voice communications.  D.I. 316-32 (Ex. 36) ¶402.  As a result, voice channels are assigned dedicated network resources, and receive network resources first, before allocations are made to data channels.  *Id*.  It is *undisputed* that speech sent to Siri servers – transmitted over a TCP/IP connection – is not given this higher priority, but instead is assigned the same priority as typical data communications like web browsing and email.

Moreover, voice channels use different *transmission protocols* from non-voice data channels.  One important element of the transmission protocol on a voice channel is the use of short transmission intervals to avoid introducing delays.  D.I. 316-32 (Ex. 36) ¶421.  In voice networks, 20 millisecond (msec) intervals are typical, meaning that 20 msec of voice are sent at a time.  *Id*. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Id*.

Finally, and relatedly, voice channels use different *error correction* mechanisms from non-voice data channels.  Data channels that use TCP employ error correction techniques that will retransmit packets if necessary, in order to ensure accuracy, even though this retransmission necessarily causes delays.  D.I. 316-32 (Ex. 36) ¶401.  Voice channels, on the other hand, use error correction that does *not* retransmit packets, even though it is less reliable, in order to avoid delays.  *Id*.  Unlike voice channels, Siri's TCP/IP channel undisputedly uses error correction techniques that retransmit packets, thus causing delays, when errors are detected.

These properties are integral to what the '446 specification describes as the hallmark of a voice channel, i.e., "the infrastructure and procedures generally known in the art for setting up a phone call." '446 patent at 4:21-25.  A phone call could not function properly without the priority, transmission protocols, and error correction properties employed by voice channels.

### B.     VoIP Voice Channels Treat Voice Differently From Non-Voice Data

The Court has asked whether VoIP technology sends voice input over a voice channel. The answer is that some, but not all, VoIP services utilize voice channels, but they do so by

adopting the properties discussed above with respect to cellular voice channels.  Specifically, as Mr. Rsyavy, explained in his report, a robust, reliable VoIP service—such as a VoIP system installed on a corporate or government network—will prioritize voice traffic above non-voice traffic being sent over the same network, use short transmission interval such as 20 msec, and use transmission protocols such as UDP and RTP, rather than TCP, because they do not cause delays by retransmitting voice packets when errors are detected.[1]  D.I. 316-32 (Ex. 36) ¶421.

This discussion of VoIP leads to the Court's next question, which is <u>whether there are examples of voice input being sent over a voice channel other than a cellular phone call</u>.  The answer is yes.  One such example would be a robust VoIP service that is integrated on a corporate or government network, where the voice-channel-related prioritization, protocols, etc. are implemented.[2]  On the other hand, an off-the-shelf VoIP service that merely provides a free VoIP app that anyone can download onto their personal device and use over a standard data channel would not be using a voice channel because it would not be integrated into a network such that it could reliably utilize the priority, transmission protocols, and error correction properties that cellular carriers or robust VoIP services use to create voice channels.

In any event, Unwired Planet's focus on VoIP and its attempt to link Siri to VoIP services

---

[1] The Court also asks <u>if there is a different answer to this question depending on whether or not VoIP uses TCP/IP protocols</u>.  While all VoIP services, by definition, send voice as IP packets, VoIP services avoid using TCP as the transmission protocol for sending those packets because TCP's error correction techniques introduce delays that are unsuitable for voice, as discussed above.  Indeed, Dr. Jones admits that no VoIP services use TCP in normal conditions.  D.I. 316-15 (Ex. 15) at 301:19-302:4.  While it is not theoretically impossible to use TCP to send undistorted speech, this hypothetical scenario is irrelevant here because, in order to overcome TCP's delays, it would necessitate the use of prioritization and dedicated network resources that undisputedly are not applied to Siri communications.

[2] The Court noted that the '446 patent refers to "palm sized computing devices and personal digital assistants [PDAs] with voice transmission" capabilities.  D.I. 363 at 1.  Importantly, Mr. Rysavy explained, and Dr. Jones never disputes, that these devices could access the same voice channels used for phone calls.  For example, in the mid 1990s, the Nokia Communicator combined a personal organizer with a GSM cellular phone, and the Motorola Envoy was a PDA that connect to a phone jack to place phone calls.  D.I. 316-32 (Ex. 36) ¶407.  Further, other PDAs and handheld computers communicated over telephone lines by using special dial-up modems.  *Id*. ¶408.

is a red herring.  First, Dr. Jones admits that Siri is not a VoIP service because it does not enable voice communications between users.  Dkt. 323-22 (Ex. 9) at 278:18-23, 279:6-23.  Second, Siri is also not analogous to VoIP because, as Dr. Jones admits, no VoIP services use TCP in normal operation.  D.I. 316-15 (Ex. 15) at 301:19-302:4.  Lastly, it is undisputed that the TCP/IP channel Siri uses does not distinguish between voice and non-voice data—instead all data is treated the same from the perspective of the channel.  VoIP services do not create voice channels merely by sending voice-related information, they do so if they apply the priority, protocols, and error correction used by voice channels, which Siri undisputedly does not do.

**II.     Siri's TCP/IP Channel Does Not Treat Voice Differently From Non-Voice Data**

The Court has also asked for <u>examples of voice being sent over a data channel.</u>  A prime example is Siri itself.  Some of the data Siri communicates is of course voice information, but *the channel* over which it is being communicated is a standard TCP/IP data channel.  As Apple pointed out in its summary judgment briefing – and as Unwired Planet *does not dispute* – Siri uses the same type of TCP/IP channel used for web browsing, email, and push notifications.  D.I. 316-3 at 26, 30.  Thus, the voice information that is sent from an iPhone to Siri servers is *treated the same by the channel* as a webpage or email would be treated.[3]  *Id*. at 28-29.

Indeed, the '446 patent expressly notes that TCP/IP is a characteristic of a *data channel*, not a voice channel.  For example, Claim 9 and Claim 41 state that TCP/IP is one of the communication protocols used on the "second communication path" that returns the translated data file from the speech recognition server to the mobile device.  Tellingly, neither the claims nor the specification of the '446 patent ever mention TCP/IP in the context of the voice channel.

The Court's final question is <u>whether there are any discernible limits on what constitutes a voice channel</u>.  As discussed above, the one inherent, immutable characteristic of any voice channel is that it must, at a minimum, treat voice differently from how non-voice data is treated.

---

[3] Moreover, it is also undisputed that non-voice data is transmitted between iOS devices and Siri servers in *both directions* using this same TCP/IP channel.  D.I. 316-3 at 28-29.  Not only is the translated text sent from the Siri servers to the iOS device, but the iOS device also sends address book names and song titles to the server (so that Siri can better recognize these words) over this same TCP/IP channel.  D.I. 316-32 (Ex. 36) ¶¶388, 475.

Without this limitation, the dichotomy between voice channels and data channels that is at the center of the '446 patent's "present invention" is rendered meaningless—and by rendering that distinction meaningless, negates the very premise of the Court's claim construction.

Unwired Planet's infringement theory fails as a matter of law because it is undisputed that Siri's TCP/IP channel treats voice and non-voice data *exactly the same*. There is nothing in the *nature of the channel* that distinguishes between voice and non-voice data. Thus, what Unwired Planet has been left to do is to point to irrelevant "evidence." This "evidence" simply does not speak to the nature of the channel, or more specifically, to *how the channel treats voice differently from how non-voice data is treated*.[4]

For example, Unwired Planet points to Speex software on the iOS device that compresses speech before it is transmitted. But Speex software affects *the format of the data*, not the nature of the channel. *See* D.I. 335-3 at 12. Unwired Planet also vaguely argues that the user's speech is "streamed" to the Siri servers but has no evidence or theory as to whether the user's speech is "streamed" any differently from how other non-voice data is "streamed" over a data channel. *Id*. Moreover, as discussed above, it is undisputed that the user's speech is actually transmitted to Siri servers with ████████████████████████

In conclusion, Unwired Planet admits that it did not invent server-based speech recognition for mobile devices. D.I. 316-3 at 27. Instead, the '446 patent claims a particular system that uses both a voice channel and a different data channel to communicate with a speech recognition server. Because Unwired Planet admits that Siri's TCP/IP channel treats voice information exactly as non-voice data would be treated, and does not distinguish between the two, Unwired Planet's infringement theory fails as a matter of law.

---

[4] Much of Unwired Planet's "evidence" is not even relevant to the accused functionality. *See* D.I. 335-3 at 10-11. For example, Unwired Planet points to technology for *game developers* that Siri undisputedly does not use. *Id*. Unwired Planet also argues that the phrase "audio channel" appears in the Siri source code, but as is also undisputed, this particular code refers to transferring data between servers, not sending speech from a mobile device to the server in the first place. *Id*. at 11. Finally, Unwired Planet continues to misleadingly argue that Siri uses the same "uplink" channels that phone calls use, but Dr. Jones conceded that he does not actually contend that this uplink channel meets the "voice channel" requirement. *Id*.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Dated: May 1, 2015.

By: */s/ Y. Ernest Hsin*

Josh Krevitt
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Ave.
New York, NY  10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

H. Mark Lyon
mlyon@gibsondunn.com
Y. Ernest Hsin
ehsin@gibsondunn.com
Stuart Rosenberg
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Rd.
Palo Alto, CA  94304-1211
Telephone:  650.849.5300
Facsimile:  650.849.5333

*Attorneys for Defendant Apple Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil L.R. 5.4, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil L.R. 5.4 via the Court's ECF system.

Dated: May 1, 2015  By: */s/ Brooke Myers Wallace*
Brooke Myers Wallace
GIBSON, DUNN & CRUTCHER LLP

*Attorney for Defendant Apple Inc.*