Courtland L. Reichman, SBN 268873
creichman@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Fax: (650) 394-1422

Theodore Stevenson III (*pro hac vice*)
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
McKool Smith, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
kburgess@mckoolsmith.com
John B. Campbell (*pro hac vice*)
jcampbell@mckoolsmith.com
McKool Smith, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

*Attorneys for Plaintiff*

H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
Y. ERNEST HSIN, SBN 201668
ehsin@gibsondunn.com
STUART M. ROSENBERG, SBN 239926
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Rd.
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Fax: (650) 849-5333

TRACEY B. DAVIES (*pro hac vice*)
tdavies@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Ave., Suite 1100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
Fax: (214) 571-2900

BROOKE MYERS WALLACE, SBN 259169
bwallace@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA 90071
Telephone: (213) 229-7000
Fax: (213) 229-6074

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 3:13-CV-04134-VC <br><br> **JOINT STIPULATION SEEKING FINAL JUDGMENT** <br><br> Judge: Hon. Vince Chhabria |

WHEREAS, Unwired Planet has alleged that Apple is liable for directly and indirectly infringing certain claims of U.S. Patent Nos. 6,321,092, 6,317,831, 6,532,446, and 6,647,260;

WHEREAS, Apple has denied infringement and counterclaimed for invalidity;

WHEREAS, the District Court has granted summary judgment of non-infringement to Apple on the asserted claims of the '831, '446, and '260 patents;

WHEREAS, with respect to the '092 patent the District Court has granted summary judgment to Apple on the issue of indirect infringement but denied summary judgment on the issue of direct infringement; and

WHEREAS, Unwired Planet has informed Apple that its damages claim for direct infringement of the '092 patent is de minimus, and Unwired Planet wishes to seek appellate review of the District Court's non-infringement rulings without delay, and Unwired Planet reserves the right to assert its claim for indirect infringement of the '092 patent on remand if the District Court's partial summary judgment of non-infringement of the '092 patent is reversed on appeal;

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE THAT, PURSUANT TO THE DISTRICT COURT'S APPROVAL:

1. Apple's Declaratory Judgment counterclaims regarding U.S. Patent Nos. 6,321,092, 6,317,831, 6,532,446, and 6,647,260 shall be dismissed without prejudice;

2. Unwired Planet's claim for direct infringement by Apple of U.S. Patent No. 6,321,092 shall be dismissed with prejudice;

3. The District Court shall enter a final judgment of non-infringement as to all asserted claims pursuant to this stipulation and the Court's Summary Judgment Order; and

4. If the judgment of non-infringement of U.S. Patent No. 6,321,092 is reversed or vacated on appeal, then any proceedings on remand shall be conducted on the record as it exists as of the time of this stipulation with respect to the question of whether there is any underlying direct infringement of the patent by any third party without re-opening the record for any additional fact or expert discovery regarding the parties' claims with respect to that patent.

The parties reserve their rights with regard to any further remand proceedings in this action related to Unwired Planet's claim that Apple is liable for indirect infringement of U.S. Patent No. 6,321,092 (other than with respect to whether there is underlying direct infringement by third parties as addressed above).  In the event of a remand, this stipulation will not prevent Unwired Planet from supplementing its damages calculation to include sales of accused products made after its most recent expert reports were served.

DATED:  May 28, 2015

| McKool Smith Hennigan, P.C. | Gibson, Dunn & Crutcher LLP |
|---|---|
| By */s/ Theodore Stevenson III* | By */s/ H. Mark Lyon* |
| Courtland L. Reichman (SBN 268873)<br>creichman@mckoolsmithhennigan.com<br>McKool Smith Hennigan, P.C.<br>255 Shoreline Drive, Suite 510<br>Redwood Shores, CA 94065<br>Telephone: (650) 394-1400<br>Facsimile: (650) 394-1422<br><br>Theodore Stevenson III (*pro hac vice*)<br>tstevenson@mckoolsmith.com<br>McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Fax: (214) 978-4044<br><br>Kevin Burgess (*pro hac vice*)<br>kburgess@mckoolsmith.com<br>John B. Campbell (*pro hac vice*)<br>jcampbell@mckoolsmith.com<br>Kevin Kneupper (*pro hac vice*)<br>kkneupper@mckoolsmith.com<br>Leah Buratti (*pro hac vice*)<br>lburatti@mckoolsmith.com<br>Mario A. Apreotesi  (*pro hac vice*)<br>mapreotesi@mckoolsmith.com<br>McKool Smith, P.C.<br>300 W. 6th St., Suite 1700<br>Austin, Texas 78701<br>Telephone: (512) 692-8700 | H. MARK LYON, SBN 162061<br>mlyon@gibsondunn.com<br>Y. ERNEST HSIN, SBN 201668<br>ehsin@gibsondunn.com<br>STUART M. ROSENBERG, SBN 239926<br>srosenberg@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Rd.<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Fax: (650) 849-5333<br><br>TRACEY B. DAVIES (*pro hac vice*)<br>tdavies@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Ave., Suite 1100<br>Dallas, TX 75201-6912<br>Telephone: (214) 698-3100<br>Fax: (214) 571-2900<br><br>BROOKE MYERS WALLACE, SBN 259169<br>bwallace@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Ave.<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>Fax: (213) 229-6074<br><br>*Attorneys for Defendant Apple Inc.* |

1  Fax: (512) 692-8744

2  *Attorneys for Plaintiff Unwired Planet LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil L.R. 5.4, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil L.R. 5.4 via the Court's ECF system.

Dated: May 28, 2015         By: */s / Brooke Myers Wallace*
                                Brooke Myers Wallace

JOINT STIPULATION SEEKING FINAL JUDGMENT
3:13-CV-04134-VC

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with the Northern District of California's General Order No. 45, Section X(B), I attest that concurrence in the filing of the document has been obtained from Theodore Stevenson III.

Dated: May 28, 2015        By: */s /H. Mark Lyon*
                                H. Mark Lyon

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with the Northern District of California's General Order No. 45, Section X(B), I attest that concurrence in the filing of the document has been obtained from H. Mark Lyon.

Dated: May 28, 2015                By: /s /  *Brooke Myers Wallace*
                                             Brooke Myers Wallace