Courtland L. Reichman, SBN 268873
creichman@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Fax: (650) 394-1422

Theodore Stevenson III (*pro hac vice*)
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
McKool Smith, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
kburgess@mckoolsmith.com
John B. Campbell (*pro hac vice*)
jcampbell@mckoolsmith.com
McKool Smith, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

*Attorneys for Plaintiff*

H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
Y. ERNEST HSIN, SBN 201668
ehsin@gibsondunn.com
STUART M. ROSENBERG, SBN 239926
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Rd.
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Fax: (650) 849-5333

TRACEY B. DAVIES (*pro hac vice*)
tdavies@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Ave., Suite 1100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
Fax: (214) 571-2900

BROOKE MYERS WALLACE, SBN 259169
bwallace@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA 90071
Telephone: (213) 229-7000
Fax: (213) 229-6074

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **3:13-CV-04134-VC** |
| v. | [~~PROPOSED~~] **FINAL JUDGMENT** |
| **APPLE INC., a California corporation,** | Judge: Hon. Vince Chhabria |
| **Defendant.** | |

FINAL JUDGMENT
3:13-CV-04134-VC

For the reasons set forth in the Court's May 22, 2015 summary judgment order, and pursuant to the parties' May 28, 2015 joint stipulation seeking final judgment, the Court hereby enters FINAL JUDGMENT as follows:

1. Unwired Planet's claim for direct infringement by Apple of U.S. Patent No. 6,321,092 is dismissed with prejudice.

2. Apple's Declaratory Judgment counterclaims regarding U.S. Patent Nos. 6,321,092, 6,317,831, 6,532,446, and 6,647,260 are dismissed without prejudice.

3. FINAL JUDGMENT of non-infringement is hereby entered for Apple on Unwired Planet's claims for infringement of U.S. Patent Nos. 6,317,831, 6,532,446, 6,647,260, and 6,321,092.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 29, 2015

_____
HON. VINCE CHHABRIA
United States District Court Judge