JOSH KREVITT, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
Y. ERNEST HSIN, SBN 201668
ehsin@gibsondunn.com
STUART M. ROSENBERG, SBN 239926
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300

BROOKE MYERS WALLACE, SBN 259169
bwallace@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNWIRED PLANET LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>        Defendant. | CASE NO. 3:13-cv-4134-VC<br><br>[~~PROPOSED~~] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL – APPLE'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (D.I. 336) |

1  Before the Court is Defendant Apple Inc.'s Motion for an order sealing Apple's Reply in
2  Support of Its Motion for Summary Judgment (D.I. 336).
3  Finding the motion well taken, the Court hereby **GRANTS** the motion, and orders Apple's
4  Reply in Support of Its Motion for Summary Judgment, sealed.

6  Dated: this  29  day of  May   , 2015.   _____
7  The Honorable Vince Chhabria
8  United States District Judge