1  JOSH KREVITT, SBN 208552
   jkrevitt@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
3  New York, NY  10166-0193
   Telephone:     212.351.4000
4  Facsimile:     212.351.4035

5  H. MARK LYON, SBN 162061
   mlyon@gibsondunn.com
6  Y. ERNEST HSIN, SBN 201668
   ehsin@gibsondunn.com
7  STUART M. ROSENBERG, SBN 239926
   srosenberg@gibsondunn.com
8  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
9  Palo Alto, CA  94304-1211
   Telephone: 650.849.5300

10
11 BROOKE MYERS WALLACE, SBN 259169
   bwallace@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
12 333 South Grand Avenue
   Los Angeles, CA  90071-3197
13 Telephone: 213.229.7000

14 *Attorneys for Defendant Apple Inc.*

15

16              **UNITED STATES DISTRICT COURT**

17            **NORTHERN DISTRICT OF CALIFORNIA**

18               **SAN FRANCISCO DIVISION**

19 UNWIRED PLANET LLC,                    CASE NO. 3:13-cv-4134-VC

20                    Plaintiff,          **[PROPOSED] ORDER GRANTING APPLE
                                          INC.'S ADMINISTRATIVE MOTION TO
21          v.                            FILE DOCUMENTS UNDER SEAL –
                                          APPLE'S REPLY IN SUPPORT OF ITS
22 APPLE INC.,                            MOTION TO EXCLUDE (D.I. 333)**

23                    Defendant.

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

Before the Court is Defendant Apple Inc.'s Administrative Motion for an order sealing: (1) Apple's Reply in Support of Its Motion to Exclude Unwired Planet's Survey Expert Dr. Greg M. Allenby, Damages Expert Mr. Robert Mills, and the "Expert" Disclosure of Mr. Tim Robbins (D.I. 333, "Apple's Reply").

Finding the motion well taken, the Court hereby **GRANTS** the motion, and orders Apple's Reply sealed.

Dated:  this 29 day of __May__, 2015.     _____

The Honorable Vince Chhabria

United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL – REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE – CASE NO. 3:13-CV-4134-VC