JOSH KREVITT, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:    212.351.4000
Facsimile:    212.351.4035

H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
Y. ERNEST HSIN, SBN 201668
ehsin@gibsondunn.com
STUART M. ROSENBERG, SBN 239926
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300

BROOKE MYERS WALLACE, SBN 259169
bwallace@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNWIRED PLANET LLC,<br><br>             Plaintiff,<br><br>       v.<br><br>APPLE INC.,<br><br>             Defendant. | CASE NO. 3:13-cv-4134-VC<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL – APPLE'S MOTION TO EXCLUDE (D.I. 319)** |

[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL – MOTION TO EXCLUDE – CASE NO. 3:13-CV-4134-VC

Gibson, Dunn & Crutcher LLP

Before the Court is Defendant Apple Inc.'s Administrative Motion for an order sealing: (1) portions of Apple's Motion to Exclude Unwired Planet's Survey Expert Dr. Greg M. Allenby, Damages Expert Mr. Robert Mills, and the "Expert" Disclosure of Mr. Tim Robbins (D.I. 319, "Apple's Motion"), (2) portions of Exhibits B, E, I, K-N, and S to Apple's Motion, and (3) the entirety of Exhibits J and Q to Apple's Motion.

Finding the motion well taken, the Court hereby **GRANTS** the motion, and orders Apple's Motion and Exhibits sealed.

Dated: this 29 day of May, 2015.   _____

The Honorable Vince Chhabria

United States District Judge

2

[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL – MOTION TO EXCLUDE – CASE NO. 3:13-CV-4134-VC

Gibson, Dunn & Crutcher LLP