JOSH KREVITT, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:    212.351.4000
Facsimile:    212.351.4035

H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
Y. ERNEST HSIN, SBN 201668
ehsin@gibsondunn.com
STUART M. ROSENBERG, SBN 239926
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300

BROOKE MYERS WALLACE, SBN 259169
bwallace@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNWIRED PLANET LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>              Defendant. | CASE NO. 3:13-cv-4134-VC<br><br>[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL – APPLE'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (D.I. 317) |

1  Before the Court is Defendant Apple Inc.'s Administrative Motion to File Under seal
2  (1) portions of Apple's Motion for Summary Judgment and Opposition to Unwired Planet's Motion
3  for Summary Judgment (D.I. 317, "Apple's Motion for Summary Judgment"), (2) portions of
4  Exhibits 1, 14, 15, 29, 33, 35-38, 43, 50-54, and 56-58 to the Declaration of Y. Ernest Hsin in
5  Support of Apple's MSJ, and (3) the entirety of Exhibits 8, 13, 19, 21, 22, 23 to the Declaration of Y.
6  Ernest Hsin in Support of Apple's Motion for Summary Judgment.

7  Finding the motion well taken, the Court hereby **GRANTS** the motion, and orders that
8  portions of Apple's Motion for Summary Judgment, portions of Exhibits 1, 14, 15, 29, 33, 35-38, 43,
9  50-54, and 56-58 to the Declaration of Y. Ernest Hsin in Support of Apple's Motion for Summary
10 Judgment and the entirety of Exhibits 8, 13, 19, 21, 22, 23 to the Declaration of Y. Ernest Hsin in
11 Support of Apple's Motion for Summary Judgment, be sealed.

12 IT IS SO ORDERED.

14 Dated: this 29 day of May, 2015.  _____
15                                   The Honorable Vince Chhabria
16                                   United States District Judge

Case 3:13-cv-04134-VC   Document 423   Filed 05/29/15   Page 3 of 3
Crutcher LLP

3

[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL