Courtland L. Reichman, SBN 268873
creichman@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Fax: (650) 394-1422

Theodore Stevenson III (*pro hac vice*)
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
McKool Smith, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
kburgess@mckoolsmith.com
John B. Campbell (*pro hac vice*)
jcampbell@mckoolsmith.com
McKool Smith, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,**<br><br>**Plaintiff,**<br><br>v.<br><br>**APPLE INC., a California corporation,**<br><br>**Defendant.** | **CIVIL ACTION NO.**<br><br>**3:13-CV-04134-VC**<br><br>**[~~PROPOSED~~] ORDER GRANTING UNWIRED PLANET LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Before the Court is Plaintiff Unwired Planet LLC's Administrative Motion to File Under Seal (1) portions of its Response to Apple Inc.'s ("Apple") Motion for Summary Judgment; and (2) portions of Exhibits 2, 5, 6, 12, 13, 14, 17, 21, 23, 28, 30, 31, 32, 34, and 35 to the Declaration of Kevin M. Kneupper in Support of Unwired Planet's Responses to Apple Inc.'s Motion for Summary Judgment.

Having considered the papers submitted, the Court hereby GRANTS Unwired Planet LLC's Administrative Motion to File Documents Under Seal, and orders that portions of Unwired Planet's Responses to Apple Inc.'s Motion for Summary Judgment, and portions of Exhibits 2, 5, 6, 12, 13, 14, 17, 21, 23, 28, 30, 31, 32, 34, and 35 to the Declaration of Kevin M. Kneupper in Support of Unwired Planet's Responses to Apple Inc.'s Motion for Summary Judgment, be sealed.

IT IS SO ORDERED.

SIGNED THIS __29_____ day of _____May_____, 2015.

_____
The Honorable Vince Chhabria
United States District Judge

[PROPOSED] ORDER GRANTING UNWIRED PLANET LLC'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
3:13-CV-04134-VC