JOSH KREVITT, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:    212.351.4000
Facsimile:    212.351.4035

H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
Y. ERNEST HSIN, SBN 201668
ehsin@gibsondunn.com
STUART M. ROSENBERG, SBN 239926
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300

BROOKE MYERS WALLACE, SBN 259169
bwallace@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Unwired Planet, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>Apple Inc.,<br><br>          Defendant. | CASE NO. 3:13-cv-4134-VC<br><br>[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL – APPLE'S FURTHER BRIEFING REGARDING ITS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '446 PATENT<br><br>Judge: Honorable Vince Chhabria |

Before the Court is Defendant Apple Inc.'s Motion for an order sealing its Further Briefing Regarding its Motion for Summary Judgment of Non-Infringement of the '446 Patent.

Finding the motion well taken, the Court hereby **GRANTS** the motion as described in the table below:

| Document | Portion to be sealed |
|---|---|
| Apple's Further Briefing Regarding its Motion for Summary Judgment of Non-Infringement of the '446 Patent. | Highlighted portions. |

Dated: this  29  day of  May        , 2015.   _____

The Honorable Vince Chhabria
United States District Judge

2

[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL – APPLE'S FURTHER BRIEFING REGARDING MSJ OF NON-INFRINGEMENT – CASE NO. 3:13-CV-4134-VC