JOSH KREVITT, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
Y. ERNEST HSIN, SBN 201668
ehsin@gibsondunn.com
STUART M. ROSENBERG, SBN 239926
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300

BROOKE MYERS WALLACE, SBN 259169
bwallace@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNWIRED PLANET LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | CASE NO. 3:13-cv-4134-VC<br><br>[~~PROPOSED~~] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL – APPLE'S MIL #1 AND UNWIRED PLANET'S OPPOSITION<br><br>**Judge: Honorable Vince Chhabria** |

1   Before the Court is Defendant Apple Inc.'s Administrative Motion for an order sealing: portions of Apple's Motion In Limine #1 and Unwired Planet's response thereto; (2) Exhibit 2 and 5 to Apple's Motion In Limine #1 (4) Exhibits 1 and 2 to Unwired Planet's Opposition to Apple's Motion.

Finding the motion well taken, the Court hereby **GRANTS** the motion, and orders that portions of Apple's Motion In Limine #1 and Unwired Planet's response thereto; (2) Exhibit 2 and 5 to Apple's Motion In Limine #1 (4) Exhibits 1 and 2 to Unwired Planet's Opposition to Apple's Motion will be sealed.

Dated: this 29 day of May, 2015.   _____

The Honorable Vince Chhabria
United States District Judge