1  Courtland L. Reichman, SBN 268873
   creichman@mckoolsmith.com
2  MCKOOL SMITH HENNIGAN, P.C.
   255 Shoreline Drive, Suite 510
3  Redwood Shores, CA 94065
   Telephone: (650) 394-1400
4  Fax: (650) 394-1422

5  Theodore Stevenson III (*pro hac vice*)
   tstevenson@mckoolsmith.com
6  300 Crescent Court, Suite 1500
   McKool Smith, P.C.
7  Dallas, Texas 75201
   Telephone: (214) 978-4000
8  Fax: (214) 978-4044

9  Kevin Burgess (*pro hac vice*)
   kburgess@mckoolsmith.com
10 John B. Campbell (*pro hac vice*)
   jcampbell@mckoolsmith.com
11 McKool Smith, P.C.
   300 W. 6th St., Suite 1700
12 Austin, Texas 78701
   Telephone: (512) 692-8700
13 Fax: (512) 692-8744

14 *Attorneys for Plaintiff*

15            **IN THE UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
16

17 **UNWIRED PLANET LLC, a Nevada limited**        **CIVIL ACTION NO.**
18 **liability company,**
                                                  **3:13-CV-04134-VC**
19            **Plaintiff,**

20       v.                                       **[PROPOSED] ORDER GRANTING**
                                                  **UNWIRED PLANET LLC'S**
21 **APPLE INC., a California corporation,**      **ADMINISTRATIVE MOTION TO**
                                                  **FILE DOCUMENTS UNDER SEAL**
22            **Defendant.**

23

24

25

26

27

28 [PROPOSED] ORDER GRANTING UNWIRED PLANET LLC'S
   ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
   3:13-CV-04134-VC

Before the Court is Plaintiff Unwired Planet LLC's Administrative Motion to File Under Seal (1) portions of Unwired Planet LLC's Motion in Limine #1; (2) portions of Exhibits 4 and 5 to Unwired Planet LLC's Motion in Limine #1; and (3) portions of Apple Inc.'s Opposition to Unwired Planet LLC's Motion in Limine #1.

Having considered the papers submitted, the Court hereby GRANTS Unwired Planet LLC's Administrative Motion to File Documents Under Seal, and orders that portions of Unwired Planet's Motion in Limine #1, portions of Exhibits 4 and 5 to Unwired Planet's Motion in Limine #1, and portions of Apple Inc.'s Opposition to Unwired Planet's Motion in Limine #1, be sealed.

IT IS SO ORDERED.

SIGNED THIS  29  day of   May  , 2015.

_____
The Honorable Vince Chhabria
United States District Judge