JOSH KREVITT, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:   212.351.4000
Facsimile:   212.351.4035

H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
Y. ERNEST HSIN, SBN 201668
ehsin@gibsondunn.com
STUART M. ROSENBERG, SBN 239926
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300

BROOKE MYERS WALLACE, SBN 259169
bwallace@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNWIRED PLANET LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | CASE NO. 3:13-cv-4134-VC<br><br>[~~PROPOSED~~] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL – APPLE'S MIL #2<br><br>**Judge: Honorable Vince Chhabria** |

1  Before the Court is Defendant Apple Inc.'s Administrative Motion for an order sealing:
2  (1) portions of Apple's Motion *In Limine* #2, (2) portions of Unwired Planet's Opposition to Apple's
3  Motion *In Limine* #2, (3) portions of Exhibits 1, 2, 5-8, and 10 in support of Apple's Motion *In*
4  *Limin*e #2, and (4) portions of Exhibits 6 and 7 in support of Unwired Planet's Opposition to Apple's
5  Motion *In Limine* #2.

6  Finding the motion well taken, the Court hereby **GRANTS** the motion, and orders that
7  portions of Apple's Motion *In Limine* #2, Unwired Planet's Opposition, Exhibits 1, 2, 5-8, and 10 to
8  Apple's Motion *In Limine* #2 and Exhibits 6 and 7 to Unwired Planet's Opposition be sealed.

10  Dated: this 29 day of May, 2015.   _____
11                                      The Honorable Vince Chhabria
12                                      United States District Judge

2

[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL – APPLE'S MIL #2 AND UP'S OPPOSITION – CASE NO. 3:13-CV-4134-VC