JOSH KREVITT, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:    212.351.4000
Facsimile:     212.351.4035

H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
Y. ERNEST HSIN, SBN 201668
ehsin@gibsondunn.com
STUART M. ROSENBERG, SBN 239926
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300

BROOKE MYERS WALLACE, SBN 259169
bwallace@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNWIRED PLANET LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>                    Defendant. | CASE NO. 3:13-cv-4134-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL – APPLE INC.'S FURTHER BRIEFING REGARDING ON-SALE BAR**<br><br>**Judge: Honorable Vince Chhabria** |

Before the Court is Defendant Apple Inc.'s Administrative Motion for an order sealing portions of Apple's Further Briefing Regarding On-Sale Bar.

Finding the motion well taken, the Court hereby **GRANTS** the motion, and orders that portions of Apple's Further Briefing Regarding On-Sale Bar be sealed.

Dated: this 29 day of May, 2015.   _____

The Honorable Vince Chhabria
United States District Judge