H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
Y. ERNEST HSIN, SBN 201668
ehsin@gibsondunn.com
STUART M. ROSENBERG, SBN 239926
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Rd.
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Fax: (650) 849-5333

TRACEY B. DAVIES (Admitted *Pro Hac Vice*)
tdavies@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Ave., Suite 1100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
Fax: (214) 571-2900

BROOKE MYERS WALLACE, SBN 259169
bwallace@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA 90071
Telephone: (213) 229-7000
Fax: (213) 229-6074

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Defendant. | Case No. 3:13-cv-04134-VC (JCS)<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME |

1  Before the Court is Apple's Motion for Extension of Time. The Court finds that the
2  Motion is well taken and should be GRANTED.  The deadline for Apple to file its bill of costs
3  and to file a motion for attorneys' fees is hereby extended to June 19, 2015.
4  
5  IT IS SO ORDERED.

SIGNED THIS  11th  day of  June , 2015.

_____
The Honorable Vince Chhabria
United States District Judge