Courtland L. Reichman
SBN 268873
creichman@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone:  (650) 394-1400
Fax:  (650) 394-1422

Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
MCKOOL SMITH, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
John B. Campbell
Texas State Bar No. 24036314
jcampbell@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,**<br><br>              **Plaintiff,**<br><br>        v.<br><br>**APPLE INC., a California corporation,**<br><br>              **Defendant.** | Case No. 3:13-cv-4134-VC (JCS)<br><br>**UNWIRED PLANET'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO APPLE'S BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES**<br><br>JUDGE: Hon. Vince Chhabria |

Pursuant to Local Civil Rule 6-3, Plaintiff Unwired Planet LLC respectfully brings this motion to extend the time to respond to Apple's bill of costs (Dkt. 439) and motion for attorneys' fees (Dkt. 442) by three weeks, from July 6, 2015 to July 27, 2015.

Under Local Civil Rule 54-2, Unwired Planet must respond to Apple's bill of costs and motion for attorneys' fees within fourteen days, by July 6, 2015, unless otherwise ordered by the Court. Unwired Planet has recently had two important personnel changes. First, Unwired Planet's General Managers, Timothy Robbins and Daniel Mendez, previously announced they are leaving the company with a last date on July 1, 2015. Unwired Planet is currently in the process of hiring a replacement to manage the existing case, which it hopes to have completed by the middle of July. Last week, Mr. Mendez was overseas on travel for the Company and Mr. Robbins was on leave with the birth of his son. Second, Unwired Planet's recently hired CEO, Boris Teksler, is not directly managing the present litigation because (a) Mr. Teksler previously worked for Apple and remains mindful of his obligations to his past employer and (b) his role is the CEO and not a manager of litigation. As a result, there will be a period of time after July 1, 2015 in which Unwired Planet will not have an employee authorized to approve filings by Unwired Planet's outside counsel in this matter. Unwired Planet requests this extension to allow time to complete this process and to enable the company to review and provide approval for Unwired Planet's response to Apple's bill of costs and motion for attorneys' fees. Because Judgment has been entered in this case (Dkt. 418), the requested time modification of three weeks will not affect other deadlines or the resolution of the case on the merits. Unwired Planet discussed this proposed extension with Apple's counsel, and Apple does not oppose the extension, although Apple is not agreeing with Unwired Planet's

-1-

Case No. 3:13-cv-4134-VC (JCS)

UNWIRED PLANET'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO APPLE'S BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES

1 statements herein about Unwired Planet's business and personnel, and instead merely does not
2 oppose the extension itself.
3
4 Unwired Planet therefore requests that the Court grant the extension of 21 days of additional time, to July 27, 2015.

| | | |
|---|---|---|
| 1 | DATED: June 30, 2015 | M<small>C</small>K<small>OOL</small> S<small>MITH</small> H<small>ENNIGAN</small>, P.C. |

By */s/ Theodore Stevenson III*_____
Courtland L. Reichman (SBN 268873)
creichman@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone:      (650) 394-1400
Facsimile:      (650) 394-1422

Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Mitchell R. Sibley
Texas State Bar No. 24073097
msibley@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:      (214) 978-4000
Fax:              (214) 978-4044

Kevin Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
John B. Campbell
Texas State Bar No. 24036314
jcampbell@mckoolsmith.com
Kevin Kneupper
Texas State Bar No. 24050885
kkneupper@mckoolsmith.com
James E. Quigley
Texas State Bar No. 24075810
jquibley@mckoolsmith.com
Mario A. Apreotesi
Texas State Bar No. 24080772
mapreotesi@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone:      (512) 692-8700
Fax:              (512) 692-8744

*ATTORNEYS FOR PLAINTIFF UNWIRED PLANET LLC*

**3**

**Case No. 3:13-cv-4134-VC (JCS)**      **UNWIRED PLANET'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 30, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

  _/s/ Kevin M. Kneupper_

**McKool Smith Hennigan, P.C.**
Redwood Shores, CA

**4**

**Case No. 3:13-cv-4134-VC (JCS)**  **UNWIRED PLANET'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

McKool 1106441v1