Courtland L. Reichman, SBN 268873
creichman@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Fax: (650) 394-1422

Theodore Stevenson III (*pro hac vice*)
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
McKool Smith, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
kburgess@mckoolsmith.com
John B. Campbell (*pro hac vice*)
jcampbell@mckoolsmith.com
McKool Smith, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,**<br><br>Plaintiff,<br><br>v.<br><br>**APPLE INC., a California corporation,**<br><br>Defendant. | Case No. 3:13-cv-4134-VC (JCS)<br><br>[~~PROPOSED~~] **ORDER GRANTING UNWIRED PLANET'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO APPLE'S BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES**<br><br>**JUDGE: Hon. Vince Chhabria** |

[PROPOSED] ORDER GRANTING UNWIRED PLANET LLC'S
MOTION FOR EXTENSION OF TIME TO RESPOND TO APPLE'S
BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES

3:13-CV-04134-VC

1  Before the Court is Plaintiff Unwired Planet LLC's Unopposed Motion for Extension of
2  Time to Respond to Apple's Bill of Costs and Motion for Attorneys' Fees. The Court finds that
3  the Motion is well taken and should be GRANTED.

IT IS SO ORDERED.

SIGNED THIS ___1st___ day of ___July_____, 2015.

_____
The Honorable Vince Chhabria
United States District Judge

[PROPOSED] ORDER GRANTING UNWIRED PLANET LLC'S
MOTION FOR EXTENSION OF TIME TO RESPOND TO APPLE'S
BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES

3:13-CV-04134-VC