Courtland L. Reichman
SBN 268873
creichman@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone:  (650) 394-1400
Fax:  (650) 394-1422

Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
MCKOOL SMITH, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
John B. Campbell
Texas State Bar No. 24036314
jcampbell@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,**<br><br>Plaintiff,<br><br>v.<br><br>**APPLE INC., a California corporation,**<br><br>Defendant. | Case No. 3:13-cv-4134-VC (JCS)<br><br>**UNWIRED PLANET'S OBJECTIONS TO APPLE'S BILL OF COST**<br><br>**JUDGE: Hon. Vince Chhabria** |

**Case No. 3:13-cv-4134-VC (JCS)**

**UNWIRED PLANET'S OBJECTIONS TO APPLE'S BILL OF COSTS**

McKool 1105679v1

MCKOOL SMITH HENNIGAN, P.C.
REDWOOD SHORES, CA

1    Plaintiff Unwired Planet LLC sets forth the following objections to Apple's bill of costs, as

2    detailed below.

3    **I.    UNWIRED PLANET'S OBJECTIONS**

4       **A.  Objections to Apple's Category of "Deposition Transcripts" (Schedule A)**

5       Unwired Planet objects that for many of the depositions at issue, Apple has included the costs

6    to make exhibits electronically searchable (as opposed to the costs for exhibits themselves). The

7    Local Rules allow for "the cost of reproducing exhibits." *See* Civil Local Rule 54-3(c)(3). For

8    example, for the deposition of Jordan Becker, Apple included the cost of "Exhibits – OCR

9    Processing – B&W." Dkt. 439, Exhibit A. "OCR," or Optical Character Recognition, is a process by

10   which the exhibits are scanned and their text is converted to searchable metadata which can be used

11   to conduct electronic searches of the exhibits. This process is not part of the "reproduction" of the

12   exhibits, which is included in a separate line in each invoice, and as such it is improper to tax these

13   costs to Unwired Planet. Apple's costs should be reduced by $663.30 to account for the inclusion of

14   these expenses for the Becker, McKnight, and King depositions.

15      **B.  Objections to Apple's Category of "Witness Expenses" (Schedule C)**

16      Unwired Planet objects that Apple has included costs for depositions which never in fact took

17   place. After issuing subpoenas or deposition notices, Apple voluntarily chose not to take the

18   depositions of the following individuals or entities from its list: Nokia Inc., Qualcomm, Inc.,

19   Motorola Solutions, Oracle Corp., Motorola Mobility, Persistent Systems, Microsoft Corp., Alan

20   Minsk, Mike Mulica, Vector Capital, Lenovo, M*Modal, and Marsh, Fischmann & Breyfogle LLP.

21   Several of these entities are included multiple times in Apple's list of expenses, despite Apple never

22   actually deposing them. Because Apple opted to forgo the above depositions, it is inappropriate to

McKool Smith Hennigan, P.C.
Redwood Shores, CA

-1-

Case No. 3:13-cv-4134-VC (JCS)

UNWIRED PLANET'S OBJECTIONS TO
APPLE'S BILL OF COSTS

McKool Smith Hennigan, P.C.

Redwood Shores, CA

1    tax Unwired Planet with a "witness attendance fee" for witnesses who were not in fact deposed

2    because Apple determined that it did not wish to take their depositions. Apple's costs should be

3    reduced by $665.48 to account for this.

4

5    **C. Objections to Apple's Category of "Miscellaneous Reproduction and Exemplification Costs" (Schedule D)**

6

7    Apple seeks $16,431.30 in costs for "preparation of graphics and exhibits to assist Court in

8    understanding the issues." Dkt. 439, Schedule D. But with respect to graphics, the Local Rules

9    support only "the physical preparation and supplication of documents[,] and not the intellectual

10   effort involved in their production." *Emblaze Ltd. v. Apple, Inc.*, No. 5:11-cv-1079-PSG, 2015 U.S.

11   Dist. LEXIS 35366, at *22 (N.D. Cal. Mar. 20, 2015) (bracket in original). A number of the time

12   entries Apple included in its costs are for things other than the physical preparation of trial graphics.

13   Time spent in meetings or other activities is not appropriately taxed as costs. *Id.*

14

15   A number of the time entries for one of Apple's graphics team members, Colin Walsh, were

16   block-billed entries for both preparation of graphics and "Court coordination and equipment

17   logistics" or "case coordination and logistics." Dkt. 439, Ex. D. Apple does not separate out which

18   portions of the time for these entries were for creating graphics as opposed to logistical issues or

19   "case coordination." Similarly, Mr. Walsh billed 13.60 hours for "Meet with Gibson team and in-

20   house counsel in Palo Alto, printing, prep for Markman hearing." Meetings relating to documents

21   are not appropriately included in costs, *Emblaze*, 2015 U.S. Dist. LEXIS 35366 at *22. Because

22   Apple provides no proof of how much of the block entries consisted of graphics creation, those

23   entries should be disallowed, and Apple's costs should be reduced by $8,473.50 to account for these

24   block entries.

25

26

27   Case No. 3:13-cv-4134-VC (JCS)                    **2**                    UNWIRED PLANET'S OBJECTIONS TO
                                                                                APPLE'S BILL OF COSTS

28

1
2
3
4
5
6
7
8
9

Costs are also not appropriate if they are "incurred as a convenience rather than out of necessity for trial." *Id.* But Apple has charged for such items as 4 hours converting existing slides from one template into a "new template design," which is a convenience and not a necessity. Dkt. 439, Ex. D. Apple further includes 8.40 hours spent by team member Gavin Gregory in part "reformatting slides" for the *Markman* hearing. Any entries for which it is not clear how much time was spent on the creation of graphics, as opposed to other work, are not appropriate to tax to Unwired Planet. Apple's costs should be reduced by an additional $2,890.80 to account for these two entries.

10
11

**D. Objections to Apple's Category of "Electronic Discovery: File Processing/Uploads" Costs (Schedule E)**

McKool Smith Hennigan, P.C.
Redwood Shores, CA

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**3**

Case No. 3:13-cv-4134-VC (JCS)

**UNWIRED PLANET'S OBJECTIONS TO APPLE'S BILL OF COSTS**

McKool 1105679v1

1

2

3

4

5

6

7

8

9  **II.      CONCLUSION**

10          Based on the foregoing objections, Apple's costs should be reduced by a total of $9,532.08.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McKool Smith Hennigan, P.C.
Redwood Shores, CA

4

DATED:     July 27, 2015          MCKOOL SMITH HENNIGAN, P.C.


By  /s/ Theodore Stevenson III
Courtland L. Reichman (SBN 268873)
creichman@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone:      (650) 394-1400
Facsimile:      (650) 394-1422

Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Mitchell R. Sibley
Texas State Bar No. 24073097
msibley@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:      (214) 978-4000
Fax:            (214) 978-4044

Kevin Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
John B. Campbell
Texas State Bar No. 24036314
jcampbell@mckoolsmith.com
Kevin Kneupper
Texas State Bar No. 24050885
kkneupper@mckoolsmith.com
James E. Quigley
Texas State Bar No. 24075810
jquibley@mckoolsmith.com
Mario A. Apreotesi
Texas State Bar No. 24080772
mapreotesi@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone:      (512) 692-8700
Fax:            (512) 692-8744


*ATTORNEYS FOR PLAINTIFF UNWIRED PLANET LLC*

5

Case No. 3:13-cv-4134-VC (JCS)          UNWIRED PLANET'S OBJECTIONS TO
                                               APPLE'S BILL OF COSTS

McKool 1105679v1

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 27, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.


                              */s/ Kevin M. Kneupper*

Case No. 3:13-cv-4134-VC (JCS)

**UNWIRED PLANET'S OBJECTIONS TO APPLE'S BILL OF COSTS**

McKool 1105679v1