H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
Y. ERNEST HSIN, SBN 201668
ehsin@gibsondunn.com
STUART M. ROSENBERG, SBN 239926
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Rd.
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Fax: (650) 849-5333

TRACEY B. DAVIES (Admitted *Pro Hac Vice*)
tdavies@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Ave., Suite 1100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
Fax: (214) 571-2900

BROOKE MYERS WALLACE, SBN 259169
bwallace@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA 90071
Telephone: (213) 229-7000
Fax: (213) 229-6074

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>            Plaintiff,<br><br>     v.<br><br>APPLE INC., a California corporation,<br><br>            Defendant. | Case No. 3:13-cv-04134-VC (JCS)<br><br>[PROPOSED] ORDER GRANTING APPLE'S UNOPPOSED MOTION TO ENLARGE TIME TO FILE REPLY IN SUPPORT OF ITS BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES |

Before the Court is Apple's Motion to Enlarge the Time to File a Reply in Support of its Bill of Costs and Motion for Attorneys' Fees. The Court finds that the Motion is well taken and should be GRANTED. The deadline for Apple to file its reply in support of its Bill of Costs (Dkt. No. 439) and Motion for Attorneys' Fees (Dkt. No. 442) is hereby extended to August 14, 2015.

IT IS SO ORDERED.

SIGNED THIS __31st__ day of __July__, 2015.

_____
The Honorable Vince Chhabria
United States District Judge