1 | Courtland L. Reichman, SBN 268873
creichman@mckoolsmith.com
2 | MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
3 | Redwood Shores, CA 94065
Telephone: (650) 394-1400
4 | Fax: (650) 394-1422

5 | Theodore Stevenson III (*pro hac vice*)
tstevenson@mckoolsmith.com
6 | 300 Crescent Court, Suite 1500
McKool Smith, P.C.
7 | Dallas, Texas 75201
Telephone: (214) 978-4000
8 | Fax: (214) 978-4044

9 | Kevin Burgess (*pro hac vice*)
kburgess@mckoolsmith.com
10 | John B. Campbell (*pro hac vice*)
jcampbell@mckoolsmith.com
11 | McKool Smith, P.C.
300 W. 6th St., Suite 1700
12 | Austin, Texas 78701
Telephone: (512) 692-8700
13 | Fax: (512) 692-8744

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,**<br><br>Plaintiff,<br><br>v.<br><br>**APPLE INC., a California corporation,**<br><br>Defendant. | **CIVIL ACTION NO.**<br><br>**3:13-CV-04134-VC**<br><br>~~[PROPOSED]~~ **ORDER GRANTING UNWIRED PLANET LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

[PROPOSED] ORDER GRANTING UNWIRED PLANET LLC'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
3:13-CV-04134-VC

Before the Court is Plaintiff Unwired Planet LLC's Administrative Motion to File Under Seal portions of its Objections to Apple's Bill of Costs.

Having considered the papers submitted, the Court hereby GRANTS Unwired Planet LLC's Administrative Motion to File Documents Under Seal, and orders that portions of Unwired Planet's Objections to Apple's Bill of Costs be sealed.

IT IS SO ORDERED.

SIGNED THIS __3rd__ day of __August__, 2015.

_____
The Honorable Vince Chhabria
United States District Judge