H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
Y. ERNEST HSIN, SBN 201668
ehsin@gibsondunn.com
STUART M. ROSENBERG, SBN 239926
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300

TRACEY B. DAVIES, SBN 24001858
tdavies@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Ave., Suite 1100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
Fax: (214) 571-2900

BROOKE MYERS WALLACE, SBN 259169
bwallace@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNWIRED PLANET LLC, | CASE NO. 3:13-cv-4134-VC |
| Plaintiff, | [PROPOSED] **ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| APPLE INC., | **Judge: Honorable Vince Chhabria** |
| Defendant. | |

Apple filed its motion to seal portions of Apple's Reply in Support of its Bill of Costs.

The Court finds that Apple's sealing request is narrowly tailored and justified. Therefore, the above documents may be filed under seal consistent with Apple's requests:

| Document | Sealable Portion |
|---|---|
| Apple's Reply In Support of its Bill of Costs | Redacted Portions |

**IT IS SO ORDERED.**

Dated: August 17, 2015

_____
HONORABLE VINCE CHHABRIA
United States District Judge