H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
Y. ERNEST HSIN, SBN 201668
ehsin@gibsondunn.com
STUART M. ROSENBERG, SBN 239926
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300

TRACEY B. DAVIES (Admitted *Pro Hac Vice*)
Texas State Bar No. 24001858
tdavies@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Ave., Suite 1100
Dallas, TX 75201-6912
Telephone: 214.698.3100

BROOKE MYERS WALLACE, SBN 259169
bwallace@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Unwired Planet, LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>Apple Inc.,<br><br>            Defendant. | Case No. 3:13-cv-4134-VC<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Defendant Apple Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Defendant Apple Inc.:

> BLAINE H. EVANSON (SBN 254338)
> bevanson@gibsondunn.com
> GIBSON, DUNN & CRUTCHER LLP
> 3161 Michelson Drive
> Irvine, CA 92612
> Telephone: 949.451.3805
> Fax: 949.475.4768

Blaine Evanson is admitted to practice and in good standing in the State of California, and was admitted to the United States District Court for the Northern District of California on May 8, 2008.

Dated this 28th day of March, 2017.

GIBSON, DUNN & CRUTCHER LLP

By:     /s/ *Blaine H. Evanson*
       Blaine H. Evanson

*Attorneys for Apple Inc.*

2

CASE NO. 3:13-CV-4134-VC      NOTICE OF APPEARANCE

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2017, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: March 28, 2017

By:     /s/ *Blaine H. Evanson*

Blaine H. Evanson
GIBSON, DUNN & CRUTCHER LLP
*Attorney for Defendant Apple Inc.*