H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
Y. ERNEST HSIN, SBN 201668
ehsin@gibsondunn.com
STUART M. ROSENBERG, SBN 239926
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300

TRACEY B. DAVIES (Admitted *Pro Hac Vice*)
Texas State Bar No. 24001858
tdavies@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Ave., Suite 1100
Dallas, TX 75201-6912
Telephone: 214.698.3100

BROOKE MYERS WALLACE, SBN 259169
bwallace@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNWIRED PLANET LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | CASE NO. 3:13-cv-4134-VC<br><br>**DECLARATION OF LAUREN E. LENNON IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Lauren E. Lennon, declare and state:

1. I am an associate at Gibson, Dunn & Crutcher LLP and counsel of record for Defendant Apple Inc. ("Apple") in this action. The matters stated below are of my personal knowledge.

2. Pursuant to Civil Local Rule 79-5(d) and the Protective Order entered by the Court on June 3, 2013 (D.I. 118), I submit this declaration in support of Apple's Administrative Motion to file under seal (1) portions of Apple's Reply in Support of Its Motion to Compel Discovery (Apple's "Reply"), (2) portions of the Declaration of Lauren E. Lennon in Support of Apple's Reply, and (3) Exhibits A – D to the Declaration of Lauren E. Lennon in Support of Apple's Reply because they contain information that Unwired Planet has designated as confidential under the Protective Order (D.I. 118) entered in this action.

3. Specifically, Apple seeks to seal the highlighted portions of Apple's Reply, which quote, describe and/or reference information regarding patent licenses from Unwired to certain parties, and the value of such licenses, that Unwired Planet has designated as confidential under the Protective Order.

4. Apple further seeks to seal highlighted portions of the Declaration of Lauren E. Lennon in Support of Apple's Reply because Apple is uncertain whether the identity of the licensee is considered confidential by Unwired Planet.

5. Finally, Apple seeks to seal Exhibits A – D to the Declaration of Lauren E. Lennon in Support of Apple's Reply because it quotes, describes, and/or references information that Unwired planet has designated as confidential under the Protective Order.

6. This declaration will be served on counsel of record for Unwired Planet pursuant to Northern District of California Civil Local Rule 79-5(e).

I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 29th day of March, 2017, in California.

By: /s/   *Lauren E. Lennon*
      Lauren E. Lennon