**REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL**

Stephanie Adams Ryan (SBN 289548)
sadamsryan@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Fax: (650) 394-1422

Theodore Stevenson III (*pro hac vice*)
tstevenson@mckoolsmith.com
Douglas Cawley (*pro hac vice*)
dcawley@mckoolsmith.com
Mitchell Sibley (*pro hac vice*)
msibley@mckoolsmith.com
300 Crescent Court, Suite 1500
MCKOOL SMITH, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

John B. Campbell (*pro hac vice*)
jcampbell@mckoolsmith.com
Kathy H. Li (*pro hac vice*)
kli@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

*Attorneys for Plaintiff Unwired Planet LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 3:13-cv-4134-VC (JCS)<br><br>**UNWIRED PLANET LLC'S RESPONSE IN OPPOSITION TO APPLE'S SUPPLEMENTAL REPLY TO MOTION FOR SANCTIONS**<br><br>Trial Date: April 17, 2017<br>Judge: Hon. Vince Chhabria |

Case No. 3:13-cv-4134-VC (JCS)    UNWIRED PLANET LLC'S RESPONSE IN OPPOSITION TO APPLE'S SUPPLEMENTAL REPLY TO MOTION FOR SANCTIONS

McKool 1311849v1

Unwired Planet LLC ("Unwired Planet") files this response in opposition to the new points raised in Apple Inc.'s ("Apple") supplemental reply in support of its Motions for Sanctions (D.I. 594).

Apple requests that the Court exclude many of the facts about the Unwired Planet license with ▮▮▮ and only introduce the facts that fits Apple's inaccurate narrative. The Court should not permit Apple to create an inaccurate perception regarding the ▮▮▮ license. If Apple presents an inaccurate characterization of the transaction, the jury should hear the full story from Unwired Planet in rebuttal.

Unwired Planet negotiated an agreement with ▮▮▮ to license patents owned by Unwired Planet and its wholly-owned subsidiary, Unwired Planet IL (an Irish corporation). That negotiation ultimately resulted in an agreement that ▮▮▮ would pay royalties of ▮▮▮ ▮▮▮ to Unwired Planet as consideration for the license. This was negotiated as a package deal for both Unwired Planet and its wholly owned Irish subsidiary.

At ▮▮▮ request, the agreement was documented in two licenses so ▮▮▮ would not be at potential risk ▮▮▮ ▮▮▮. The two ▮▮▮ licenses that resulted from this agreement were signed by ▮▮▮ on the same day. One license is with Unwired Planet LLC and the other is with Unwired Planet's wholly-owned Irish subsidiary, Unwired Planet IL. D.I. 592, Exs. 2, 3.

The division of the ▮▮▮ paid to Unwired Planet LLC and its Irish subsidiary was ▮▮▮. Apple seeks to characterize this split of money as reflective of Unwired Planet's view of the relative strength of the portfolios held by Unwired Planet and its Irish subsidiary. Unwired Planet does not object to Apple making this point at trial, and does not intend to introduce evidence to the contrary. But, Apple should not be able to exclude or ignore the existence of ▮▮▮ to Unwired Planet's wholly owned subsidiary. The ▮▮▮ was part of the license consideration (a point which Apple does not contest) and licensing revenues earned by Unwired Planet's wholly owned subsidiary confer a tangible benefit on

the parent company that cannot be ignored or kept from the jury. If Apple presents an inaccurate characterization of the transaction, the jury should hear the full story from Unwired Planet in rebuttal.

Mr. Miller did not "flaunt" any evidentiary rules or discovery obligations as Apple argues. Rather, Mr. Miller explained Unwired Planet's view of the ▬ transaction and negotiations. While Apple feigns surprise at learning that Unwired Planet views the ▬ transaction as a package deal, including ▬, Apple knew this information going into the deposition. Apple had in its possession, and introduced as a deposition exhibit, Unwired Planet's written witness statement from the U.K. litigation that explained:

▬

Ex. 1 at 13-14. Mr. Miller's testimony provided the exact same explanation—it could not have been a surprise to Apple.

Apple complains that Mr. Miller's testimony is based on hearsay, but Apple chose to notice the deposition as a Rule 30(b)(6) deposition, which requires the witness to educate himself on topics to speak on behalf of the company. It is typical practice for 30(b)(6) designees to speak with others in the organization to be prepared to testify, so the fact that Mr. Miller based some of his testimony on such discussions is unremarkable.

The questions and answers Apple complains about relate to details of "who said what to whom" during the negotiations between Unwired Planet and ▬ (which Mr. Miller did not directly participate in). As Unwired Planet's 30(b)(6) designee, Mr. Miller provided answers based on his understanding of the negotiations at the time.[1] Unwired Planet's view of the ▬

---

[1] Subsequent to the deposition, in follow-up to Apple's deposition questions, Mr. Miller learned new information regarding the negotiations of Unwired Planet's agreement with ▬. In particular, Mr. Miller was asked in deposition which party was responsible for the split of the agreement into two licenses (one with Unwired Planet and one with its subsidiary) and the allocation of royalties between the two licenses. Mr. Miller responded in his deposition that it was ▬. Mr. Miller has since clarified that, although he testified correctly that the split of the transaction into two licenses was requested by ▬, it was Unwired Planet (not ▬) that determined the split of the ▬ in

McKool Smith Hennigan, P.C. Redwood Shores, CA

1  transaction is not in any way based on ▉▉▉ considerations. Nor is it based on an agreement involving Unwired Planet's parent corporation—an agreement executed four months after the Unwired Planet/▉▉▉ transaction.

Apple suggests that Mr. Miller was not knowledgeable about the licenses because he refreshed his recollection about one particular term found within the 46 pages outlining the transaction. But a deposition is not a memory test. Mr. Miller's responses from memory were incomplete, so in good faith he clarified the record on re-direct. Apple had a full opportunity to—and in fact did—resume questioning of Mr. Miller following this re-direct. Supplementing testimony on re-direct is not an indication that Mr. Miller was not prepared. To the contrary, Mr. Miller explained that he reviewed the licenses and talked to Unwired Planet's lead negotiator of those licenses (who is currently in China on business) to prepare for his deposition.

While Apple is correct that Unwired Planet does not intend to rely on the ▉▉▉ transaction to prove damages, Apple does intend to rely on it for damages. Apple should not be permitted to paint a misleading story by excluding any discussion of ▉▉▉, and confine its analysis of the license as if the only consideration paid by ▉▉▉. Revenue resulting from licenses under the ▉▉▉ to Unwired Planet's wholly owned subsidiary will benefit Unwired Planet, just as any revenues earned by a subsidiary corporation benefit the parent corporation. If Apple presents an inaccurate characterization of the transaction, the jury should hear the full story from Unwired Planet in rebuttal.

---

royalties would be ▉▉▉. Mr. Miller has submitted an errata to his deposition correcting this point.

McKool Smith Hennigan, P.C.
Redwood Shores, CA

| | | |
|---|---|---|
| 1 | DATED: April 16, 2017 | MCKOOL SMITH HENNIGAN, P.C. |

By  */s/ John Campbell*

J Stephanie Adams Ryan (SBN 289548)
sadamsryan@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Fax: (650) 394-1422

Theodore Stevenson III (*pro hac vice*)
tstevenson@mckoolsmith.com
Douglas Cawley (*pro hac vice*)
dcawley@mckoolsmith.com
Mitchell Sibley (*pro hac vice*)
msibley@mckoolsmith.com
300 Crescent Court, Suite 1500
MCKOOL SMITH, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

John B. Campbell (*pro hac vice*)
jcampbell@mckoolsmith.com
Kathy H. Li (*pro hac vice*)
kli@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

**ATTORNEYS FOR PLAINTIFF
UNWIRED PLANET LLC**

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil L.R. 5.4, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil L.R. 5.4 via the Court's ECF system.

Dated: April 16, 2017        By:   */s /John B. Campbell*
                                                       John B. Campbell