UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNWIRED PLANET, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC,<br><br>    Defendant. | Case No.  13-cv-04134-VC<br><br>**ORDER RE PENDING MOTIONS TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 557, 560, 563, 577, 582, 584, 593, 609, 611, 624, 630 |

The motions to file under seal are granted, with the exception of Apple's motion at Dkt. No. 563.  With respect to that motion, some of the material Apple is attempting to file under seal poses no risk of harm and may already be in the public record.  Unwired must therefore file a responsive declaration no later than April 24, 2017 specifically identifying which portions of Apple's filing are properly sealable.  *See* Civil L.R. 79-5(e)(1).  If the responsive declaration is overbroad or insufficiently tied to the information sought to be sealed, the Court will deny Apple's motion and unseal Apple's filing in its entirety.

The parties are reminded that a protective order is not sufficient justification for keeping material under seal.  *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1098-1103 (9th Cir.), *cert. denied*, 137 S. Ct. 38 (2016).

**IT IS SO ORDERED.**

Dated:  April 18, 2017

_____
VINCE CHHABRIA
United States District Judge